# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>Defendants. | Case No.<br><br>1:19-cv-01301-WMR |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 3.3, Belcalis Marlenis Almánzar ("Plaintiff") provides the following certificate of interested persons and corporate disclosure statement:

(1)  The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Belcalis Marlenis Almánzar (Plaintiff)

Latasha Transrina Kebe a/k/a Latasha Transrina Howard (Defendant)

Starmarie Ebony Jones (Defendant)

(2) The undersigned counsel further certifies that Plaintiff is not aware of any other persons, associations, firms, partnerships, or corporations having a financial interest in or other interest that could be substantially affected by the outcome of this particular case.

(3) The undersigned counsel further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff in this proceeding:

Gary P. Adelman and Sarah M. Matz of Adelman Matz P.C.

Lisa F. Moore and W. Andrew Pequignot of Moore Pequignot LLC

Dated: March 22, 2019            Respectfully submitted,

/s/ Lisa F. Moore
Gary P. Adelman
(pro hac vice application to be filed)
Sarah M. Matz
(pro hac vice application to be filed)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: g@adelmanmatz.com
E-mail: sarah@adelmanmatz.com

Lisa F. Moore (Bar No. 419633)
W. Andrew Pequignot (Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

*Attorneys for Plaintiff*