

Georgia's Select Process Service LLC

# Affidavit of Process Server

In the United States District Court for the Northern District of Georgia

(Name of Court)

| Belcalis Marlenis Almanzar | Latasha Transrina Kebe a/k/a/ Latasha Transrina Howard and Starmarie Ebony Jones | 1:19-cv-1301 |
|---|---|---|
| (Plaintiff/Petitioner) | (Defendant) | (CASE NO.) |

I, Curvin Oneal Self Jr being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state of Georgia, I was authorized by law or order to perform said service.

SERVICE: I served: Latasha Transrina Kebe a/k/a/ Latasha Transrina Howard
(Name of Person/Entity being served)

WITH (list documents) Summons and Complaint and Demand for Jury Trial

BY LEAVING WITH Latasha Transrina Kebe a/k/a/ Latasha Transrina Howard

- ☑ RESIDENCE (address) 1231 Dayspring Trace, Lawrenceville, GA 30045
- ☐ BUSINESS (address)
- ☐ OTHER (address)

ON (date) 4/18/19     AT (time) 9:59PM

**MANNER OF SERVICE:**

- ☑ PERSONAL: BY PERSONALLY DELIVERING COPIES TO THE PERSON BEING SERVED.
- ☐ SUBSTITUTED AT RESIDENCE
- ☐ SUBSTITUTED AT BUSINESS

NON-SERVICE: AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE ADDRESS(ES) LISTED ABOVE, I HAVE BEEN UNABLE TO EFFECT PROCESS UPON THE PERSON/ENTITY BEING SERVED BECAUSE OF THE FOLLOWING REASON(S): (Check One)

- ☐ Unknown at Address   ☐ Moved, left no Forwarding   ☐ Service Cancelled by Litigant
- ☐ Unable to Serve in a Timely Fashion   ☐ Address Does Not Exist   ☐ Other:

SERVICE ATTEMPTS: Service was attempted on: (date/time) (1)

(2)_____ (3)_____ (4)_____

DESCRIPTION: Est- Age 31   Sex F   Race Black   Height 5'6"   Weight 140   Hair Black   Beard? NO   Glasses? NO

Signature of Process Server _____

SUBSCRIBED AND SWORN to before me this 19th day of April, 2019, by Curvin Oneal Self Jr.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC _____

NOTARY PUBLIC for the state of GEORGIA

[Notary Seal: R.J. CLAYTON, COM. EXP. Oct. 13, 2019, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA]

Telephone: (404) 328-6217   Fax: (770) 736-9546
www.gsprocessservice.com
E-mail: gsprocessservice@gmail.com