# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR, | * |
| Plaintiff, | * |
| v. | * Civil Action No. |
| | * 1:19-cv-01301-WMR |
| LATASHA TRANSRINA KEBE et al., | * |
| Defendants. | * |

## DEFENDANT KEBE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 3.3, Latasha Transrina Kebe ("Ms. Kebe") provides the following certificate of interested persons and corporate disclosure statement:

(1) The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Belcalis Marlenis Almánzar (Plaintiff)

Latasha Transrina Kebe a/k/a Latasha Transrina Howard (Defendant)

Starmarie Ebony Jones (Defendant)

(2) The undersigned counsel further certifies that Ms. Kebe is not aware of any other persons, associations, firms, partnerships, or corporations having a financial interest in or other interest that could be substantially affected by the outcome of this particular case.

(3) The undersigned counsel further certifies that the following is a full and complete list of all persons serving as attorneys for Ms. Kebe in this proceeding:

Olga Izmaylova of Sabbak & Izmaylova, P.C.

Sadeer Sabbak of Sabbak & Izmaylova, P.C.

Respectfully submitted this 8th day of May, 2019.

/s/Olga Izmaylova
olga@silawatl.com
Georgia State Bar No. 666858

/s/Sadeer Sabbak
ssabbak@silawatl.com
Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.          *Attorneys for Latasha Kebe*
1875 Old Alabama Road
Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911