# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>　　　　　　Defendants. | Case No.<br><br>1:19-cv-1301-WMR |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME

Having considered the Joint Motion for Extension of Time (the "Motion") filed by Plaintiff Belcalis Marlenis Almánzar ("Almánzar") and Defendant Latasha Transrina Kebe ("Kebe"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1.　　The Motion is GRANTED.

2.　　Almánzar shall have through and including June 12, 2019 to amend her complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B).

3.　　Kebe shall have through and including July 12, 2019 to file her answer to the amended complaint.

4. The deadline to answer or otherwise respond to Kebe's counterclaim, the deadline to file the parties' initial disclosures and the joint preliminary report and discovery plan, and the date that discovery is scheduled to commence shall be extended as follows:

a. If Kebe dismisses her counterclaim on or before July 12, 2019, no response shall be necessary. The parties shall have through and including July 26, 2019 to file their initial disclosures and the joint preliminary report and discovery plan, and discovery shall also commence on this date.

b. If Kebe has not dismissed her counterclaim on or before July 12, 2019, Almánzar shall have through and including August 12, 2019 to answer or otherwise respond to the counterclaim. The parties then shall have through and including August 26, 2019 to file their initial disclosures and joint preliminary report and discovery plan, and discovery shall also commence on this date.

Dated: May ____, 2019

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE