# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>Defendants. | Case No. 1-19-cv-01301-WMR |

## PLAINTIFF'S MOTION TO DISMISS THE COUNTERCLAIMS OF DEFENDANT LATASHA TRANSRINA KEBE

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Belcalis Marlenis Almánzar hereby moves this Court for an order dismissing the counterclaims of Defendant Latasha Transrina Kebe a/k/a Latasha Transrina Howard in their entirety, in the form of the proposed order submitted herewith. This motion is based on the accompanying memorandum of law, the Declaration of Sarah M. Matz, and the record in this case.

Dated: August 12, 2019         Respectfully submitted,

/s/ Sarah M. Matz
Sarah M. Matz (admitted pro hac vice)
Gary P. Adelman (pro hac vice to be filed)
ADELMAN MATZ P.C.

1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

Lisa F. Moore (Bar No. 419633)
W. Andrew Pequignot (Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing PLAINTIFF'S MOTION TO DISMISS THE COUNTERCLAIMS OF DEFENDANT LATASHA TRANSRINA KEBE together with the supporting documents with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

/s/ W. Andrew Pequignot
W. Andrew Pequignot
Georgia Bar No. 424546