# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>　　　　　　　Defendants. | Case No. 1-19-cv-01301-WMR |

## [PROPOSED] ORDER GRANTING
## PLAINTIFF'S MOTION TO DISMISS THE COUNTERCLAIMS OF
## DEFENDANT LATASHA TRANSRINA KEBE

Having considered the Motion to Dismiss the Counterclaims of Defendant Latasha Transrina Kebe filed by Plaintiff Belcalis Marlenis Almánzar (the "Motion"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

The Motion is hereby granted in its entirety. Each of Defendant Kebe's Counterclaims set forth in her Answer dated July 7, 2019 (Doc. No. 12) are dismissed.

Dated: _____, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable William M. Ray II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE