IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Belcalis Marlenis Almanzar,<br>　　　Plaintiff,<br><br>v.<br><br>Latasha Transrina Kebe, et al,<br>　　　Defendants. | Civil Action No.<br>1:19-cv-1301-WMR |

## NOTICE SETTING HEARING

Notice is hereby given that the Court sets a hearing on the Motion to Dismiss [Doc 13] in this case for **Monday, October 7, 2019 at 1:30 p.m.** before the Honorable William M. Ray, II, in Courtroom 1705, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Signed 13th day of August, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE