IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Belcalis Marlenis Almanzar,

          Plaintiff(s),    Case No. 1:19-cv-1301-WMR

v.                               William M. Ray, II
                                 United States District Judge

Latasha Transrina Kebe, et al,

          Defendant(s).

_____/

## ORDER

Local Rule 16.2 provides that the parties shall file a Joint Preliminary Report and Discovery Plan "within thirty days after the appearance of the first defendant by answer or motion or within thirty days after a removed case is filed in this Court." LR 16.2, NDGa.

Defendant Latasha Transrina Kebe filed her Answer (Dkt. 5) to Plaintiff's Complaint (Dkt. 1) on May 8, 2019. The parties' Joint Preliminary Report and Discovery Plan was due on June 7, 2019. *See* LR 16.2, NDGa. The parties failed to file their Joint Preliminary Report and Discovery Plan as required by the Local Rules.

Accordingly, the parties shall file, on or before August 27, 2019,

their Joint Preliminary Report and Discovery Plan.  Failure to comply with this order may result in dismissal of this action without prejudice. *See* LR 41.3(A)(2), NDGa.  The Clerk of Court is **DIRECTED** to submit this matter to the Court if the parties fail to comply with this order.

    **IT IS SO ORDERED**.

Dated: August 13, 2019  
Atlanta, Georgia

_____  
William M. Ray, II  
United States District Judge