IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Belcalis Marlenis Almanzar,<br><br>　Plaintiff,<br><br>　　v.<br><br><br><br>Latasha Tansrina Kebe, et al.<br><br>　Defendants. | CIVIL ACTION FILE<br>NO. 1:19-CV-01301-WMR |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner GARY P. ALDEMAN** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject is **GRANTED**.

SO ORDERED, this 3rd day of September, 2019.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE