# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically served the foregoing **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT LATASHA KEBE** with Olga Izmaylova, Esq. at olga@silawatl.com and Sadeer Sabbak, Esq. at ssabbak@silawatl.com, pursuant to an agreement by the parties.

*David Marcus*

David Marcus