# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 10/07/2019.

TIME COURT COMMENCED: 1:40 P.M.
TIME COURT CONCLUDED: 3:10 P.M.
TIME IN COURT: 1:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

ATTORNEY(S) PRESENT: Olga Izmaylova representing Latasha Transrina Kebe
Sarah Matz representing Belcalis Marlenis Almanzar
William Pequignot representing Belcalis Marlenis Almanzar
Sadeer Sabbak representing Latasha Transrina Kebe

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON: [13]Motion to Dismiss for Failure to State a Claim DENIED

MINUTE TEXT: Plaintiff's counsel argued their Motion to Dismiss Defendant's CounterClaims. Defense presented their argument and asked that alternatively, they be allowed to amend their counterclaims to be more specific. The Court will not dismiss the counterclaims and encourages

| | |
|---|---|
| HEARING STATUS: | settlement discussions. The Court stated if questions arise as to deposition locations, it should be in Atlanta. The parties are directed to diligently pursue discovery.<br><br>Hearing Concluded |