IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BELCALIS MARLENIS ALMÁNZAR,

      Plaintiff,

v.

LATASHA TRANSRINA KEBE a/k/a
LATASHA TRANSRINA HOWARD
and STARMARIE EBONY JONES,

      Defendants.

CIVIL ACTION FILE
NO. 1:19-cv-01301-WMR

## **ORDER**

This matter came before the Court on October 7, 2019 for a hearing on Plaintiff's Motion to Dismiss the Counterclaims of Defendant Latasha Transrina Kebe [Doc. 13]. After consideration of the pleadings, arguments of counsel, and all matters appropriate, the Motion is DENIED.

**IT IS SO ORDERED**, this 9th day of October, 2019.

_____
WILLIAM M. RAY, II
United States District Court Judge
Northern District of Georgia