## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2019, I electronically served the foregoing **Defendant Kebe's Objections and Responses to Plaintiff's First Set of Interrogatories to Defendant Latasha Kebe** upon Gary P. Adelman at g@adelmanmatz.com and upon Sarah M. Matz at sarah@adelmanmatz.com.

I further certify that on November 16, 2019, I sent via USPS mail the foregoing **Defendant Kebe's Objections and Responses to Plaintiff's First Set of Interrogatories to Defendant Latasha Kebe** to Adelman Matz P.C., 1173A Second Avenue, Suite 153, New York, New York 10065.

Respectfully submitted this 16th day of November, 2019.

> _/s/Olga Izmaylova_
> olga@silawatl.com
> Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road
Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911