## **CERTIFICATE OF SERVICE**

I further certify that on November 16, 2019, I sent via USPS mail the foregoing **Defendant Kebe's Responses and Objections to Plaintiff's First Requests to Latasha Kebe for the Production of Documents and Things** and produced the documents and things described in the foregoing Responses on a SanDisk Ultra USB Flash Drive 128 GB (BP190757157Z) to Adelman Matz P.C., 1173A Second Avenue, Suite 153, New York, New York 10065.

Respectfully submitted this 16th day of November, 2019.

> /s/Sadeer Sabbak
> ssabbak@silawatl.com
> Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road
Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911