# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR, <br><br> Plaintiff, <br><br> v. <br><br> LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES, <br><br> Defendants. | Case No. 1-19-cv-01301-WMR |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

Having considered the Joint Motion for Extension of Discovery Deadlines (the "Motion"), filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendant Latasha Transrina Kebe ("Kebe"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. The current deadline to complete discovery and file motions to compel is April 27, 2020. The deadline for all parties to complete discovery and file discovery motions, including but not limited to motions to compel, is extended to August 27, 2020.

3. The current deadline to file motions for summary judgment is May 26, 2020. The deadline for the parties to file motions for summary judgment is extended to September 28, 2020.

Dated: April __, 2020

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE