UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>Defendants. | Case No. 1-19-cv-01301-WMR |

**ORDER GRANTING**
**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Having considered the Joint Motion for Extension of Discovery Deadlines (the "Motion"), filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendant Latasha Transrina Kebe ("Kebe"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. The Motion is GRANTED, however, the deadline for all parties to complete discovery and file discovery motions, including but not limited to motions to compel, is extended to June 30, 2020. The parties should endeavor to complete discovery during this time and any depositions that need to be completed should be completed via video if they are unable to be held in person.

3. The deadline to file motions for summary judgment is July 30, 2020,

Dated: April 9th, 2020

*William M. Ray II*

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE