# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                Plaintiff,<br>    v.<br><br>LATASHA TRANSRINA KEBE a/k/a<br>LATASHA TRANSRINA HOWARD and<br>STARMARIE EBONY JONES,<br><br>                Defendants. | Case No. 1:19-cv-01301-WMR |

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendant Latasha Transrina Kebe ("Kebe") respectfully submit this Joint Motion for Extension of Deadlines in this matter, and provide as follows:

1. On August 26, 2019, the parties filed their Joint Preliminary Report and Discovery Plan (the "Discovery Plan") in this action. (ECF No. 17.) The parties have been operating pursuant to the Discovery Plan's directives and deadlines.

2. Plaintiff propounded written demands on October 4, 2019, and Kebe served written responses in November of 2019 and certain responsive documents in

December of 2019. Kebe propounded written demands on February 9, 2020.

3. The parties previously sought and the Court granted prior extensions of the case deadlines due to significant disruptions caused by the current pandemic and health issues faced by the parties and their counsel.

4. The current deadlines are as follows:

   (a) the deadline for all parties to complete discovery and file discovery motions, including but not limited to motions to compel, is August 31, 2020; and

   (b) the deadline for the parties to file motions for summary judgment is September 30, 2020.

5. Due to ongoing complications from the pandemic, the parties seek additional time to complete discovery. In addition, the parties are in active settlement negotiations and have discussed a possible resolution of this matter and wish to have additional time to explore settlement before burdening this Court with discovery motions.

6. Accordingly, the parties respectfully request the deadlines be extended as follows:

   (a) the deadline for all parties to complete discovery and file discovery motions, including but not limited to motions to compel, be extended

        to October 30, 2020; and

  (b)    the deadline for the parties to file motions for summary judgment be extended to November 30, 2020.

7.    A proposed order has been submitted with this motion.

Dated: July 10, 2020                    Respectfully submitted,

/s/ Lisa F. Moore
Lisa F. Moore (Bar No. 419633)
W. Andrew Pequignot (Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

*Attorneys for Plaintiff*

/s/ Olga Izmaylova (with permission)
Olga Izmaylova (Bar No. 666858)

Sadeer Sabbak (Bar No. 918493)
SABBAK & IZMAYLOVA,
1875 Old Alabama Road, Suite 760
Roswell, Georgia 30076
(404) 793-7773

*Attorneys for Defendant Kebe*

## CERTIFICATION AS TO FONT

In accordance with Local Rule 7.1(D), the undersigned certifies that the foregoing document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

DATED: July 10, 2020

/s/ Lisa F. Moore
Lisa F. Moore

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I electronically filed the foregoing JOINT MOTION FOR EXTENSION OF DEADLINES with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

/s/ Lisa F. Moore
Lisa F. Moore