# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                    Plaintiff,<br>    v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>                    Defendants. | Case No. 1:19-cv-01301-WMR |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF DEADLINES

Having considered the Joint Motion for Extension of Deadlines (the "Motion"), filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendant Latasha Transrina Kebe ("Kebe"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. The deadline for all parties to complete discovery and file discovery motions, including but not limited to motions to compel, is hereby extended to October 30, 2020.

3. The deadline for the parties to file motions for summary judgment is hereby

extended to November 30, 2020.

Dated: July ___, 2020

                                                                                       _____
                                                                                       Honorable William M. Ray II
                                                                                       UNITED STATES DISTRICT JUDGE