UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                    Plaintiff,<br>      v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>                    Defendants. | Case No. 1:19-cv-01301-WMR |

**ORDER GRANTING**
**JOINT MOTION FOR EXTENSION OF DEADLINES**

Having considered the Joint Motion for Extension of Deadlines (the "Motion"), filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendant Latasha Transrina Kebe ("Kebe"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1.    The Motion is GRANTED.

2.    The deadline for all parties to complete discovery and file discovery motions, including but not limited to motions to compel, is hereby extended to October 30, 2020.

3.    The deadline for the parties to file motions for summary judgment is hereby

extended to November 30, 2020.

4.  The Court encourages the parties to use any and all means necessary to complete discovery by the extension deadline, including the use of video depositions and any other technology available.  The Court does not anticipate granting any additional extensions of discovery absence extraordinary cause.

This 13th day of July, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE