UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　Plaintiff,<br>　v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, I emailed PLAINTIFF'S RESPONSES TO DEFENDANT KEBE'S FIRST REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS to Defendant's attorneys of record (pursuant to an agreement by the parties) at the following addresses:

　　　Olga Izmaylova (olga@silawatl.com)
　　　Sadeer Sabbak (ssabbak@silawatl.com)

　　　　　　　　　　　　　　　　　　　/s/ Lisa F. Moore
　　　　　　　　　　　　　　　　　　　Lisa F. Moore