# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, I emailed PLAINTIFF'S RESPONSES TO LATASHA KEBE'S FIRST CONTINUING INTERROGATORIES to Defendant's attorneys of record (pursuant to an agreement by the parties) at the following addresses:

　　　Olga Izmaylova (olga@silawatl.com)
　　　Sadeer Sabbak (ssabbak@silawatl.com)

　　　　　　　　　　　　　　　　　　/s/ Lisa F. Moore
　　　　　　　　　　　　　　　　　　Lisa F. Moore