# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>Defendants. | Case No. 1:19-cv-01301-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, I emailed PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT LATASHA TRANSRINA KEBE to Defendant's attorneys of record (pursuant to an agreement by the parties) at the following addresses:

   Olga Izmaylova (olga@silawatl.com)
   Sadeer Sabbak (ssabbak@silawatl.com)

                              /s/ Lisa F. Moore
                              Lisa F. Moore