UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>Defendants. | Case No. 1-19-cv-01301-WMR |

**[PROPOSED] ORDER GRANTING
JOINT MOTION FOR EXTENSION OF DEADLINES**

Having considered the Joint Motion for Extension of Deadlines (the "Motion"), filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendant Latasha Transrina Kebe ("Kebe"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. The deadline for all parties to complete discovery and file discovery motions, including but not limited to motions to compel, is hereby extended to December 14, 2020.

3. The deadline for all parties to file motions for summary judgment is

hereby extended to January 14, 2021.

Dated: October __, 2020

					_____
					Honorable William M. Ray II
					UNITED STATES DISTRICT JUDGE