IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Belcalis Marlenis Almanzar**, <br>   Plaintiff, <br>     v. <br><br> **Latasha Transrina Kebe** <br> *also known as* <br> Latasha Transrina Howard, **Starmarie Ebony Jones** <br>   Defendants. | CIVIL ACTION FILE <br> NO. 1:19-cv-1301-WMR |

# ORDER

This matter is before the Court on the parties' Joint Motion for an Extension of Time to Complete Discovery [Doc 56]. The Court has read the parties' motion and while the Court does not believe an extension is warranted, the Court is extending all deadlines for an additional thirty (30) days from their expiration. The Court does not plan to extend deadlines any further past this thirty (30) day extension and advises

counsel to make this case their priority over the next thirty (30) days.

SO ORDERED, this 27th day of October, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE