UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF DEFENDANT KEBE'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

I hereby certify that I electronically served **Defendant Kebe's Responses to Plaintiff's First Set of Requests for Admission** upon Lisa Moore at lisa@themoorefirm.com, Andrew Pequignot at andrew@themoorefirm.com, Gary Adelman at g@adelmanmatz.com, and Sarah Matz at sarah@adelmanmatz.com.

Respectfully submitted this 29th day of October, 2020.

<u>*/s/Olga Izmaylova*</u>
olga@silawatl.com
Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911