# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF DEFENDANT KEBE'S VOLUNTARY DISMISSAL OF COUNT I OF THE AMENDED COUNTERCLAIMS WITH PREJUDICE

COMES NOW, LATASHA KEBE, a Defendant in the above-styled civil action, by and through the undersigned Counsel, and, in accordance with F.R.C.P 41(c) and L.R. 41.1, hereby files this Notice of Defendant Kebe's Voluntary Dismissal of Count I of the Amended Counterclaims with Prejudice. Ms. Kebe will proceed with Counts II through V of the Amended Counterclaims and requests the Records of this Honorable Court be marked to reflect same.

Respectfully submitted this 23rd day of November, 2020.

/s/Olga Izmaylova
olga@silawatl.com
Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF NOTICE OF DEFENDANT KEBE'S VOLUNTARY DISMISSAL OF COUNT I OF THE AMENDED COUNTERCLAIMS WITH PREJUDICE

I hereby certify that I electronically served the **Notice of Defendant Kebe's Voluntary Dismissal of Count I of the Amended Counterclaims with Prejudice** upon Lisa Moore at lisa@themoorefirm.com, Andrew Pequignot at andrew@themoorefirm.com, Gary P. Adelman at g@adelmanmatz.com, and Sarah M. Matz at sarah@adelmanmatz.com.

Respectfully submitted this 23rd day of November, 2020.

*/s/Olga Izmaylova*
olga@silawatl.com
Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911