## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>               Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>               Defendants. | Case No. 1:19-cv-01301-WMR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2020, I emailed PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT KEBE'S FIRST REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS to Defendant's attorneys of record (pursuant to an agreement by the parties) at the following addresses:

    Olga Izmaylova (olga@silawatl.com)
    Sadeer Sabbak (ssabbak@silawatl.com)

                                            /s/ W. Andrew Pequignot
                                            W. Andrew Pequignot