# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR, <br><br> Plaintiff, <br><br> v. <br><br> LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES, <br><br> Defendants. | Case No. 1:19-cv-01301-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, I emailed PLAINTIFF'S RESPONSES TO DEFENDANT KEBE'S FIRST SET OF REQUESTS FOR ADMISSION to Defendant's attorneys of record (pursuant to an agreement by the parties) at the following addresses:

>Olga Izmaylova (olga@silawatl.com)
>Sadeer Sabbak (ssabbak@silawatl.com)

/s/ W. Andrew Pequignot
W. Andrew Pequignot