IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Belcalis Marlenis Almanzar**, Plaintiff, v. <br><br> **Latasha Transrina Kebe** *also known as* Latasha Transrina Howard, **Starmarie Ebony Jones** Defendants. | CIVIL ACTION FILE NO. 1:19-cv-1301-WMR |

# ORDER

To the extent required, the Court GRANTS to the Defendant Latasha Transrina Kebe the right to file an Answer and affirmative defenses to the Plaintiff's Second Amended Complaint [Doc 72], and to amend her counterclaims against the Plaintiff by dismissing Count I, slander per se.

This 10th day of December, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

counsel to make this case their priority over the next thirty (30) days.

SO ORDERED, this 27th day of October, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE