IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Belcalis Marlenis Almanzar**,

    Plaintiff,

      v.

 

**Latasha Transrina Kebe**
*also known as*
Latasha Transrina Howard,
**Starmarie Ebony Jones**

    Defendants.

CIVIL ACTION FILE
NO. 1:19-cv-1301-WMR

## NOTICE OF HEARING

Notice is hereby given that the Court schedules a hearing to be conducted via **ZOOM VIDEO** on the pending Motion to Dismiss [Doc 80] in this case for Wednesday, February 3, 2021 at 1:30 p.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom.  Instructions for **ZOOM VIDEO** will be sent separately from the docket.

**Each side shall  submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard.  Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 18th day of December, 2021.

*[signature]*

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE