IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Belcalis Marlenis Almanzar**,

   Plaintiff,

     v.

**Latasha Transrina Kebe**
*also known as*
Latasha Transrina Howard,
**Starmarie Ebony Jones**

   Defendants.

CIVIL ACTION FILE
NO. 1:19-cv-1301-WMR

## AMENDED NOTICE OF HEARING

Notice is hereby given that the Court **adds** the newly filed Motions to Compel [Docs 82 and 84] to the previously scheduled hearing to be conducted via **ZOOM VIDEO** on the Motion to Dismiss [Doc 80] in this case for Wednesday, February 3, 2021 at 1:30 p.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** will be sent separately from the docket.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard.** Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.

SO ORDERED, this 22nd day of December, 2021.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE