**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                      Plaintiff,<br>   v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and KEBE STUDIOS LLC,<br><br>                      Defendants. | Case No. 1:19-cv-01301-WMR |

**[PROPOSED] ORDER GRANTING
CONSENT MOTION FOR EXTENSION OF TIME**

Having considered the Consent Motion for Extension of Time (the "Motion") filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. The deadlines for Plaintiff to respond to the pending motions filed by Defendant Kebe, namely the motion to dismiss (ECF No. 80) and the motions to compel (ECF Nos. 82 and 84), are hereby extended to Friday, January 15, 2020.

Dated: December ___, 2020

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE