# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                    Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and KEBE STUDIOS LLC,<br><br>                    Defendants. | Case No. 1:19-cv-01301-WMR |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT KEBE

Having considered the Motion for Summary Judgment (the "Motion") filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") against Defendant Latasha Transrina Kebe ("Kebe"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

    1.    The Motion is GRANTED as follows:

           (a)    Plaintiff is entitled to partial summary judgment on her claims for defamation *per se* (Counts I and III) and this Court finds as a matter of law that Kebe is liable and that Plaintiff is entitled to injunctive relief.

(b) Plaintiff is entitled to partial summary judgment on her claim for intentional infliction of emotional distress (Count V) and this Court finds as a matter of law that Kebe's conduct was (a) intentional or reckless and (b) extreme and outrageous.

(c) Plaintiff is entitled to summary judgment on each of Kebe's remaining counterclaims.

2. This Court hereby permanently enjoins Defendant Kebe and her partners, agents, representatives, successors, assigns and employees, and any and all persons in active concert or participation with Defendant Kebe, and each of her executors, administrators, successors, licensees, assigns, subsidiaries, parents, affiliates, divisions, co-venturers, partners, officers, directors, employees, agents, shareholders, managers, representatives, consultants, and any and all other persons, corporations, or other entities acting under the supervision, direction, control, or on behalf of any of the foregoing, and each of them, from: making, disseminating, broadcasting, or publishing any statements that Plaintiff has or had herpes or HPV; that Plaintiff uses or has used cocaine; that Plaintiff engaged in a debasing act with a beer bottle; that Plaintiff committed infidelity; and/or that Plaintiff was or is a prostitute (the "Defamatory Statements").

3. This Court further orders Defendant Kebe to remove all of the Defamatory Statements from her online accounts.

Dated: _____, 2020

                                               Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE