UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>LATASHA TRANSRINA KEBE a/k/a<br>LATASHA TRANSRINA HOWARD and<br>KEBE STUDIOS LLC,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") has manually filed the following video files, which are referenced as Exhibit E in connection with Plaintiff's motion for summary judgment:

  CARDI VIDEO 4
  CARDI VIDEO 6 (Ex. 12 to Kebe Dep.)
  CARDI VIDEO 7
  CARDI VIDEO 16
  CARDI VIDEO 20 (Ex. 6 to Kebe Dep.)
  CARDI VIDEO 21 (Ex. 11 to Kebe Dep.)
  CARDI VIDEO 33 (Ex. 17 to Kebe Dep.)
  CARDI VIDEO 34
  CARDI VIDEO 43
  CARDI VIDEO 45
  CARDI VIDEO 46
  CARDI VIDEO 47

CARDI VIDEO 63 (Ex. 23 to Kebe Dep.)
CARDI VIDEO 80 (Ex. 22 to Kebe Dep.)
CARDI VIDEO 83
CARDI VIDEO 85 (Ex. 28 to Kebe Dep.)
CARDI VIDEO 88 (Ex. 21 to Kebe Dep.)
CARDI VIDEO 101 (Ex. 25 to Kebe Dep.)
CARDI VIDEO 116
CARDI VIDEO 132

These files have been served on all parties.


Dated: December 30, 2020        Respectfully submitted,

/s/ W. Andrew Pequignot
Lisa F. Moore (Bar No. 419633)
W. Andrew Pequignot (Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

*Attorneys for Plaintiff*