# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                    Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a<br>LATASHA TRANSRINA HOWARD and<br>KEBE STUDIOS LLC,<br><br>                    Defendants. | Case No. 1:19-cv-01301-WMR |

## [PROPOSED] ORDER
## GRANTING MOTION TO COMPEL

Having considered the Motion to Compel the Production of Documents filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff"), based upon the Court's review of Plaintiff's motion and the record, and for other good cause shown,

THE COURT ORDERS AS FOLLOWS:

The Motion is hereby granted in its entirety. Defendant Latasha Transrina Kebe ("Kebe") is ordered to:

1. Comply with Plaintiff's Document Requests Nos. 39, 40, 41, and 42, and produce all responsive documents in unredacted form;

2. Comply with Plaintiff's Document Requests Nos. 19 and 20, and produce all documents concerning advertising on Kebe's Websites and Social Media Accounts, specifically any documents that evidence any agreements (formal or informal) and revenue earned therefrom in the form set forth in those Requests;

3. To the extent there remains any Published or Unpublished Content that was to be or was distributed via Patreon that has not been produced, Kebe must produce it or confirm that there is none;

4. Comply with Plaintiff's Document Requests Nos. 3, and perform a search of Kebe's emails, text messages and DM's (including without limitation the addresses tashakbusiness@gmail.com, tashatkebe@gmail.com and unwinewithtashak@gmail.com) for communications concerning Plaintiff, specifically including but not limited to communications with Star Marie Jones, Shawna Leeks and "Kyle", and produce the results to Plaintiff; and

5. Return for a videotaped deposition, at Kebe's own expense, to testify regarding those records.

IT IS FURTHER ORDERED THAT, Plaintiff shall be entitled to recover her costs and reasonable expenses, including attorneys' fees, incurred in filing this motion.

IT IS SO ORDERED.


Dated: _____, 2020

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE