UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                              Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a<br>LATASHA TRANSRINA HOWARD and<br>KEBE STUDIOS LLC,<br><br>                              Defendants. | Case No. 1:19-cv-01301-WMR |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") has manually filed the following video files in connection with Plaintiff's motion to compel:

    CARDI VIDEO 4
    CARDI VIDEO 6 (Ex. 12 to Kebe Dep.)

These files have been served on all parties.

Dated: December 31, 2020        Respectfully submitted,

                                        /s/ W. Andrew Pequignot
                                        Lisa F. Moore (Bar No. 419633)

W. Andrew Pequignot (Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2020, I electronically filed the foregoing NOTICE OF MANUAL FILING with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

/s/ W. Andrew Pequignot
W. Andrew Pequignot