# EXHIBIT 3

To Declaration of L. Moore

| | |
|---|---|
| **From:** | Sherri Lundy <Sherri_Lundy@gand.uscourts.gov> |
| **Sent:** | Tuesday, December 1, 2020 9:50 AM |
| **To:** | lisa@themoorefirm.com; Olga Izmaylova |
| **Cc:** | Sarah Matz; Andrew Pequignot; Gary Adelman; Sadeer Sabbak |
| **Subject:** | RE: Almanzar v. Kebe Discovery Disputes |

Thank you both for your emails. Judge Ray has reviewed and asked that I reply that either or both of the parties may file a Motion to Compel on or after December 7th after using this week in a final effort to resolve any discovery disputes. With any motion to compel, the parties should keep detailed time records related to their preparation and prosecution of said motion, as well as their defense to any motion filed by the opposing party. The Court might schedule a haring on the motions or might decide them by written submittals. Should the Court find an unjustified withholding of discovery information and material by either side, or find that either party has made unreasonable demands, Rule 37 will be enforced by the awarding of fees.

**From:** lisa@themoorefirm.com <lisa@themoorefirm.com>
**Sent:** Tuesday, December 1, 2020 12:19 AM
**To:** Olga Izmaylova <olga@silawatl.com>; Sherri Lundy <Sherri_Lundy@gand.uscourts.gov>
**Cc:** Sarah Matz <sarah@adelmanmatz.com>; Andrew Pequignot <andrew@themoorefirm.com>; Gary Adelman <g@adelmanmatz.com>; Sadeer Sabbak <ssabbak@silawatl.com>
**Subject:** RE: Almanzar v. Kebe Discovery Disputes

**CAUTION - EXTERNAL:**

Ms. Lundy, kindly see the attached. Best regards, Lisa

Lisa F. Moore, Esq.
Moore Pequignot LLC
887 W. Marietta St. NW, Suite M-102
Atlanta, GA 30318
404-748-9596

NOTICE: This email and all attachments are confidential and intended solely for the recipients. If you are not an intended recipient, your receipt of this email is the result of an inadvertent disclosure or unauthorized transmission. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately delete and destroy all copies of the email and its attachments, in whatever form, and immediately notify the sender of your receipt of this email. Do not review, copy, forward or rely on the email and its attachments in any way. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or engagement letter, this firm does not represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.