# EXHIBIT 5

To Declaration of L. Moore

-------- Original Message --------
Subject:
From: <lisa@themoorefirm.com>
Date: Mon, December 07, 2020 11:03 am
To: "Sadeer Sabbak" <ssabbak@silawatl.com>

Hi Sadeer. Good morning. I sent you a message yesterday but have not heard back so wanted to check in and see if you would like to meet and confer with Sarah, Andrew, and me as previously agreed. We can be available at your convenience today. Best regards, Lisa

Lisa F. Moore, Esq.
Moore Pequignot LLC
887 W. Marietta St. NW, Suite M-102
Atlanta, GA 30318
404-748-9596

NOTICE: This email and all attachments are confidential and intended solely for the recipients. If you are not an intended recipient, your receipt of this email is the result of an inadvertent disclosure or unauthorized transmission. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately delete and destroy all copies of the email and its attachments, in whatever form, and immediately notify the sender of your receipt of this email. Do not review, copy, forward or rely on the email and its attachments in any way. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or engagement letter, this firm does not represent you as

1

your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.