IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Belcalis Marlenis Almanzar**, <br>   Plaintiff, <br>   v. <br><br> **Latasha Transrina Kebe** <br> *also known as* <br> Latasha Transrina Howard, <br> **Starmarie Ebony Jones** <br>   Defendants. | CIVIL ACTION FILE <br> NO. 1:19-cv-1301-WMR |

## AMENDED NOTICE OF HEARING

Notice is hereby given that the Court **adds** the newly filed Motions to Compel [Doc 96] to the previously scheduled hearing to be conducted via **ZOOM VIDEO** on the Motion to Dismiss [Doc 80] and Motions to Compel [Docs 82 and 84] in this case for Wednesday, February 3, 2021 at 1:30 p.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** will be sent separately from the docket.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 6th day of January, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE