# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>　　　　　　　Defendants. | Case No. 1-19-cv-01301-WMR |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant Latasha Transrina Kebe ("Ms. Kebe") respectfully submits this Consent Motion for Extension of Time to respond to Plaintiff's Motion to Compel Production of Documents, and provides as follows:

1. On December 22, 2020, the parties agreed that each would have twenty-five (25) days, instead of fourteen (14), to respond to motions to compel filed by opposing counsel.

2. On December 31, 2020, Plaintiff filed a motion to compel production of documents. (Dkt. Nos. 96 and 97).

3. The current deadline to respond is Thursday, January 14, 2021.

4. The Court has scheduled a hearing on this, and other, pending motions

for Wednesday, February 3, 2021.

5. In light of the parties' mutual agreement and the fact that the requested extension will not delay the hearing and resolution of this motion, Ms. Kebe respectfully requests an extension of the response deadline to Monday, January 25, 2021.

6. Counsel for Plaintiff has consented to the requested extension.

7. A proposed order has been submitted with this motion.

## CERTIFICATION AS TO FONT

In accordance with Local Rule 7.1(D), the undersigned certifies that the foregoing document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 13th day of January, 2021.

*/s/Olga Izmaylova*
olga@silawatl.com
Georgia State Bar No. 666858

*/s/Sadeer Sabbak*
ssabbak@silawatl.com
Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.   *Attorneys for Latasha Kebe*
1875 Old Alabama Road
Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically filed the foregoing CONSENT MOTION FOR EXTENSION OF TIME with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

*/s/Olga Izmaylova*
olga@silawatl.com
Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road
Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911