# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Having considered the Consent Motion for Extension of Time filed by Defendant Kebe (hereinafter referred to as "Ms. Kebe"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. The Consent Motion for Extension of Time is GRANTED.

2. The deadline for Ms. Kebe to respond to Plaintiff's Motion to Compel Production of Documents (Dkt. Nos. 96 and 97) is hereby extended to Monday, January 25, 2021.

IT IS SO ORDERED, this _____ day of _____, 20__.

                                         _____
                                         Honorable William M. Ray, II
                                         United States District Judge