Control Number : SOP-21007382

# STATE OF GEORGIA

## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

### CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

**Kebe Studios LLC**

have been filed with the Secretary of State on 12/30/2020 pursuant to O.C.G.A. § 14-11-209(f) relating to the following matter:

Case: Belcalis Marlenis Almanzar v. Kebe Studios LLC
Court: United States District Court, Northern District of Georgia
Civil Action No.: 1:19-cv-1301-WMR

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 01/12/2021.



Brad Raffensperger
Secretary of State