# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and KEBE STUDIOS LLC,<br><br>Defendants. | Case No. 1:19-cv-01301-WMR |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Fed. R. Civ. P. 5.2(d) and 26(c), the parties' Consent Protective Order (ECF No. 53), and Section II.J. to Appendix H of this Court's Local Rules, Plaintiff Belcalis Marlenis Almánzar hereby moves this Court through her undersigned counsel for an order permitting Plaintiff to file certain documents under seal, as set forth in the proposed order submitted herewith. This motion is based on the accompanying memorandum of law and the record in this case.

Dated: January 15, 2021              Respectfully submitted,

/s/ W. Andrew Pequignot
Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.

1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

Lisa F. Moore (Bar No. 419633)
W. Andrew Pequignot (Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2021, I electronically filed the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL together with the supporting documents with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

                                              /s/ W. Andrew Pequignot
                                              W. Andrew Pequignot