# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and KEBE STUDIOS LLC,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SEAL

Having considered the Motion to File Documents Under Seal filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff"), based upon the Court's review of Plaintiff's motion and the record, and for other good cause shown,

IT IS HEREBY ORDERED that the Clerk shall file the initial pleadings and supporting documents identified below under seal:

1. Brief in Opposition to Kebe's Motion to Dismiss and, in the alternative, in support of Plaintiff's Cross-Motion to Further Amend Her Complaint, dated January 15, 2021;

2. Exhibit 6 to the Declaration of Sarah M. Matz dated January 15, 2021 (the "Matz Decl."), which is a true and correct copy of relevant pages from the transcript of the Deposition of Latasha Transrina Kebe as taken on November 19, 2020; and

3. Exhibit 7 to the Matz Decl., which is a true and correct copy of relevant pages from the transcript of the Deposition of Cheikna Kebe as taken on November 29, 2020.

Such materials shall remain sealed until this Court orders otherwise.

IT IS SO ORDERED.

Dated: January ___, 2021

```
_____
```
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE