# EXHIBIT 8

**David Marcus**

| | |
|---|---|
| **From:** | Sadeer Sabbak <ssabbak@silawatl.com> |
| **Sent:** | Monday, November 23, 2020 3:22 PM |
| **To:** | Bri'Ana Thomas; Sarah Matz; andrew@themoorefirm.com  (Other); Moore Firm (Other); Gary Adelman |
| **Cc:** | Olga Izmaylova |
| **Subject:** | Kebe Supplemental Production 7 - Supplemental Responses - Certificate of Service |
| **Attachments:** | Kebe Supplemental Responses to First Requests for Production.pdf; Kebe Supplemental Responses to Requests for Production Certificate of Service .pdf |

(1) DEFENDANT KEBE'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUESTS TO LATASHA KEBE FOR THE PRODUCTION OF DOCUMENTS AND THINGS
(2) CERTIFICATE OF SERVICE OF DEFENDANT KEBE'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUESTS TO LATASHA KEBE FOR THE PRODUCTION OF DOCUMENTS AND THINGS
(3) Link and password to Kebe Supplemental Production 7 below:

- **Kebe Supplemental Production –**
    - **Volume 007 (Kebe 265 – 267)**
    - **Volume 008 (Kebe 268 – 311)**
    - **Volume 009 (Kebe 312 – 332)**
    - **Volume 010 (Kebe 333)**
    - **Volume 011 (Kebe 334 – 336)**
    - **Volume 012 (Kebe 337 – 338)**
    - **Volume 013 (Kebe 339 – 343)**
    - **Volume 014 (Kebe 344 – 350)**
    - **Volume 015 (Kebe 351 – 356)**
    - **Volume 016 (Kebe 357 – 360)**
    - **Volume 017 (Kebe 361 – 365)**
    - **Volume 018 (Kebe 366 – 377)**
    - **Volume 019 (Kebe 377 – 397)**
    - **Volume 020 (Kebe 398 – 402)**
    - **Volume 021 (Kebe 403 – 405)**
    - **Volume 022 (Kebe 406 – 431)**
- **Reproduced –**
    - **(Kebe 106 - 119)**
    - **(Kebe 34 – to play .mkv files, download VLC Player https://www.videolan.org/vlc/index.html)**

https://silawatlcom-my.sharepoint.com/:f:/g/personal/ssabbak_silawatl_com/Ej076AY0wLVChDZyycr5ycIBQTLMcrQRETwH_COAv1ajWA?e=Edb5hu

**PASSWORD:** Bloody$hoes

\* *NOTE: the above link will **expire** on Tuesday, December 1, 2020.*

Best,

--
Sadeer Sabbak, Esq.
Sabbak & Izmaylova, P.C.
1875 Old Alabama Rd. Ste. 760
Roswell, GA 30076
Office  (404) 793-7773
Direct  (404) 400-1882
Fax     (678) 878-4911
ssabbak@silawatl.com
www.AtlantaCriminalDefenseTeam.com

