# EXHIBIT 9

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

ANNUAL REGISTRATION                                  *Electronically Filed*
                                                     Secretary of State
                                                     Filing Date: 1/23/2020 12:52:48 AM

**BUSINESS INFORMATION**

| | |
|---|---|
| **CONTROL NUMBER** | 18051029 |
| **BUSINESS NAME** | KEBE STUDIOS LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 01/23/2020 |
| **ANNUAL REGISTRATION PERIOD** | 2020, 2021, 2022 |

**PRINCIPAL OFFICE ADDRESS**

| | |
|---|---|
| **ADDRESS** | 3614 JANNA LN SW, MARIETTA, GA, 30008, USA |

**REGISTERED AGENT**

| NAME | ADDRESS | COUNTY |
|---|---|---|
| Cheickna Kebe | 3614 Janna Ln SW, Marietta, GA, 30008, USA | Cobb |

**AUTHORIZER INFORMATION**

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Cheickna Kebe |
| **AUTHORIZER TITLE** | Organizer |

**Kebe 361**

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

ANNUAL REGISTRATION

*Electronically Filed*
Secretary of State
Filing Date: 1/11/2019 11:39:17 AM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 18051029 |
| **BUSINESS NAME** | KEBE STUDIOS LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 01/11/2019 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 3614 JANNA LN SW, MARIETTA, GA, 30008, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| Cheickna Kebe | 3614 Janna Ln SW, Marietta, GA, 30008, USA | Cobb |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Cheickna Kebe |
| **AUTHORIZER TITLE** | Organizer |

Kebe 362

Control Number : 18030216

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF ORGANIZATION

I, **Brian P. Kemp**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**KEBE STUDIOS LLC**
a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **03/02/2018** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **03/12/2018**.



Brian P. Kemp
Secretary of State

**Kebe 363**

| ARTICLES OF ORGANIZATION | *Electronically Filed* <br> Secretary of State <br> Filing Date: 3/2/2018 8:41:20 AM |
|---|---|

### BUSINESS INFORMATION
| | |
|---|---|
| **CONTROL NUMBER** | 18030216 |
| **BUSINESS NAME** | KEBE STUDIOS LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 03/02/2018 |

### PRINCIPAL OFFICE ADDRESS
| | |
|---|---|
| **ADDRESS** | 3614 Janna LN SW, Marietta, GA, 30008, USA |

### REGISTERED AGENT'S NAME AND ADDRESS
| NAME | ADDRESS |
|---|---|
| Cheickna Kebe | 3614 Janna LN SW, Cobb, Marietta, GA, 30008, USA |

### ORGANIZER(S)
| NAME | TITLE | ADDRESS |
|---|---|---|
| Cheickna Kebe | ORGANIZER | 3614 Janna LN SW, Marietta, GA, 30008, USA |
| Latasha Kebe | ORGANIZER | 3614 Janna LN SW, Marietta, GA, 30008, USA |

### OPTIONAL PROVISIONS
N/A

### AUTHORIZER INFORMATION
| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Cheickna Kebe |
| **AUTHORIZER TITLE** | Organizer |

Control Number : 18030216

# STATE OF GEORGIA

### Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF TERMINATION

I, **Brian P. Kemp**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

### KEBE STUDIOS LLC
a Domestic Limited Liability Company

has been duly terminated on **04/04/2018** under the laws of the State of Georgia by the filing of documents in the office of the Secretary of State and by the paying of fees as required by the Official Code of Georgia Annotated and the Rules and Regulations promulgated there under. Attached hereto is a true and correct copy of said documents.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **04/04/2018**.



Brian P. Kemp
Secretary of State

**Kebe 364**

| | |
|---|---|
| **Certificate of Termination** | *Electronically Filed*<br>Secretary of State<br>Filing Date: 4/4/2018 8:58:05 AM |

**Business Information**

| | |
|---|---|
| Business Name | : KEBE STUDIOS LLC |
| Control Number | : 18030216 |
| Date of Formation | : 03/02/2018 |
| Business Type | : Domestic Limited Liability Company |

**Article 2**

All known debts, liabilities and obligations of the limited liability company have been paid, discharged, or barred.

**Article 3**

There are no actions pending against the limited liability company in any court.

**Article 4**

The certificate of termination shall be effective on  : 04/04/2018

**Authorizer Information**

| | | | |
|---|---|---|---|
| **Authorizer Signature :** | CHEICKNA KEBE | **Authorizer Title :** | Organizer |

Control Number : 18051029

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF ORGANIZATION

I, **Brian P. Kemp**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**KEBE STUDIOS LLC**
a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **04/14/2018** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **04/27/2018**.



Brian P. Kemp
Secretary of State

**Kebe 365**

| ARTICLES OF ORGANIZATION | *Electronically Filed*<br>Secretary of State<br>Filing Date: 4/14/2018 10:43:27 AM |
|---|---|

| **BUSINESS INFORMATION** | |
|---|---|
| **CONTROL NUMBER** | 18051029 |
| **BUSINESS NAME** | KEBE STUDIOS LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 04/14/2018 |

| **PRINCIPAL OFFICE ADDRESS** | |
|---|---|
| **ADDRESS** | 3614 JANNA LN SW, MARIETTA, GA, 30008, USA |

| **REGISTERED AGENT'S NAME AND ADDRESS** | |
|---|---|
| **NAME** | **ADDRESS** |
| Cheickna Kebe | 3614 Janna Ln SW, Cobb, Marietta, GA, 30008, USA |

| **ORGANIZER(S)** | | |
|---|---|---|
| **NAME** | **TITLE** | **ADDRESS** |
| Cheickna Kebe | ORGANIZER | 3614 Janna Ln SW, Marietta, GA, 30008, USA |
| Latasha Kebe | ORGANIZER | 3614 Janna Ln SW, Marietta, GA, 30008, USA |

| **OPTIONAL PROVISIONS** |
|---|
| N/A |

| **AUTHORIZER INFORMATION** | |
|---|---|
| **AUTHORIZER SIGNATURE** | Cheickna Kebe |
| **AUTHORIZER TITLE** | Organizer |