UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                      Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and KEBE STUDIOS LLC,<br><br>                      Defendants. | Case No. 1:19-cv-01301-WMR |

**[PROPOSED] ORDER
GRANTING PLAINTIFF'S MOTION TO AMEND**

Having considered the Motion to Amend filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff"), based upon the Court's review of Plaintiff's motion and the record, and for other good cause shown,

THE COURT ORDERS AS FOLLOWS:

The Motion is hereby granted in its entirety. Plaintiff's Second Amended Complaint [ECF Doc. No. 69], is deemed filed, *nunc pro tunc*.

IT IS SO ORDERED.

Dated: January \_\_\_, 2021

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE