**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

**[PROPOSED] ORDER GRANTING DEFENDANT KEBE'S MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR**
**SUMMARY JUDGMENT**

Having considered Defendant Kebe's Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. Defendant Kebe's Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment is GRANTED.

2. The deadline for Ms. Kebe to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 92) is hereby extended as follows:

   (a) if this Court denies all motions to compel after the hearing on February 3, 2021, then Ms. Kebe shall have 21 days from the date of the Court's order to respond to Plaintiff's Motion for Summary

Judgment.

(b) if this Court compels discovery production after the hearing on February 3, 2021, then Ms. Kebe shall have 21 days from the date of compliance, with this Court's order to produce additional discovery, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED, this _____ day of _____, 20__.


_____
Honorable William M. Ray, II
United States District Judge