# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

BELCALIS MARLENIS ALMÁNZAR,

            Plaintiff,

v.

LATASHA TRANSRINA KEBE et al.,

            Defendants.

Case No. 1-19-cv-01301-WMR

## KEBE STUDIOS LLC MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

COMES NOW Kebe Studios LLC (hereinafter referred to as "Kebe Studios"), by and through undersigned Counsel, and, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Fed. R. Civ. P. 12(a)(4)(A), respectfully moves this Honorable Court for an extension of time to file an Answer to Plaintiff's Second Amended Complaint. In support of this motion, Kebe Studios shows the following:

1. On November 29, 2020, Plaintiff filed a Second Amended Complaint (Dkt. No. 69), in which Kebe Studios LLC was named as a co-defendant for the first time since the beginning of this action.

2. On December 15, 2020, Ms. Kebe filed a Motion to Dismiss Kebe Studios LLC as Impermissibly Added Co-Defendant. (Dkt. No. 80).

3. On December 18, 2020, this Honorable Court filed a Notice of Hearing (Dkt. No. 81), stating that arguments for Ms. Kebe's motion to dismiss will be heard on February 3, 2021.

4. On January 13, 2021, Plaintiff filed a Certificate of Acknowledgement from the Georgia Secretary of State, stating that Kebe Studios LLC was served on December 30, 2020. (Dkt. No. 103).

5. The current deadline for Kebe Studios to file an Answer to Plaintiff's Second Amended Complaint is Wednesday, January 20, 2021.

6. Fed. R. Civ. P. 12 provides that where a motion to dismiss has been filed, no answer need be filed until 14 days after the Court disposes of the motion. *See* Fed. R. Civ. P. 12(a)(4)(A); *see also Gaddy v. Trinity Learning Ctr.,* 2005 WL 8154461 at *1 (N.D. Ga. 2005); *Jones v. Bales,* 58 F.R.D. 453, 456 (N.D. Ga. 1972).

7. Fed. R. Civ. P. 6 allows the Court, for good cause, to extend the time to file an answer if a request is made, before the original time expires. *See* Fed. R. Civ. P. 6(b)(1)(A).

8. In light of the above-cited Federal Rules and related caselaw, and the fact that a motion to dismiss Kebe Studios is pending before this Honorable Court, arguments for which will be heard on February 3,

Kebe Studios respectfully requests the following extension of the response deadline:

(a) if this Honorable Court denies Ms. Kebe's pending motion to dismiss, then Kebe Studios shall have 14 days from the date of the Court's Order to file an Answer to Plaintiff's Second Amended Complaint.

9.  A proposed order has been submitted with this motion.

## **CERTIFICATION AS TO FONT**

In accordance with Local Rule 7.1(D), the undersigned certifies that the foregoing document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 18th day of January, 2021.

*/s/Olga Izmaylova*
olga@silawatl.com
Georgia State Bar No. 666858

*/s/Sadeer Sabbak*
ssabbak@silawatl.com
Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road
Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2021, I electronically filed the foregoing KEBE STUDIOS LLC MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

                                                */s/Olga Izmaylova*
                                                olga@silawatl.com
                                                Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road
Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911