# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a<br>LATASHA TRANSRINA HOWARD and<br>KEBE STUDIOS LLC,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Having considered the Motion for Leave to File Documents Under Seal (the "Motion") filed by Plaintiff Belcalis Marlenis Almánzar ("Almánzar"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. The following documents may be filed under seal:

　　(a)　The transcripts and excerpts of the transcripts from the depositions of Defendant Latasha Kebe and her husband and business manager Cheickna Kebe.

(b) The Declaration of Lisa Moore and exhibits filed in support of Plaintiff's motion for summary judgment.

Dated: January 19, 2021

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE