## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BELCALIS MARLENIS ALMÁNZAR,

              Plaintiff,

    v.

LATASHA TRANSRINA KEBE a/k/a
LATASHA TRANSRINA HOWARD and
KEBE STUDIOS LLC,

              Defendants.

Case No. 1:19-cv-01301-WMR

### ORDER GRANTING
### MOTION FOR LEAVE TO SEAL

Having considered the Motion to File Documents Under Seal filed by

Plaintiff Belcalis Marlenis Almánzar ("Plaintiff"), based upon the Court's review

of Plaintiff's motion and the record, and for other good cause shown,

IT IS HEREBY ORDERED that the Clerk shall file the initial pleadings and

supporting documents identified below under seal:

1. Plaintiff's Brief in Support of Plaintiff's Motion to Compel;

2. Exhibit 5 to the Declaration of Sarah M. Matz dated December 31,

    2020 (the "Matz Decl."), which is a true and correct copy of relevant

pages from the transcript of the Deposition of Latasha Transrina Kebe as taken on November 19, 2020;

3. Exhibit 6 to the Matz Decl., which is a true and correct copy of that email chain between November 19 and 20, 2020;

4. Exhibit 8 to the Matz Decl., which is a true and correct copy of relevant pages from the transcript of the deposition of Cheikna Kebe as taken on November 29, 2020;

5. Exhibit 9 to the Matz Decl., which is a true and correct copy of an email dated November 29, 2020;

6. Exhibit 11 to the Matz Decl., which is a true and correct copy of emails exchanged between counsel for Plaintiff and counsel for Kebe between December 1 and 4, 2020;

7. Exhibit 14 to Matz Decl., which is a true and correct copy of relevant pages from the transcript of the Deposition of Latasha Transrina Kebe as taken on November 30, 2020;

8. Exhibit 15 to Matz Decl., which is a true and correct copy documents bates stamped KEBE 449-462;

9.  Exhibit 1 to the Declaration of Lisa F. Moore dated December 31, 2020 (the "Moore Decl."), which is a true and correct copy of a discovery deficiency letter dated September 15, 2020;

10. Exhibit 2 to the Moore Decl., which is a true and correct copy of the letter to this Court dated November 30, 2020;

11. The Declaration of Sarah M. Matz dated December 31, 2020;

12. The Declaration of Lisa F. Moore dated December 31, 2020; and

13. The Declaration of W. Andrew Pequignot dated December 31, 2020.

Such materials shall remain sealed until this Court orders otherwise.

IT IS SO ORDERED.

Dated: January 19, 2021

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE