**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER ON  DEFENDANT KEBE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Having considered Defendant Kebe's Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment,

THE COURT ORDERS AS FOLLOWS:

1. Defendant Kebe's Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment  [Doc 92] is GRANTED through and until **January 22, 2021**.

This   19th day of January, 2021.

William M. Ray II

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE