# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING KEBE STUDIOS LLC MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

Having considered Kebe Studios LLC's Motion for Extension of Time to File an Answer, Fed. R. Civ. P. 6(b)(1)(A) and Fed. R. Civ. P. 12(a)(4)(A), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. Kebe Studios LLC's Motion for Extension of Time to File an Answer is GRANTED.

2. The deadline for Kebe Studios LLC to file an Answer to Plaintiff's Second Amended Complaint (Dkt. No. 69) is hereby extended as follows:

   (a) if this Court denies Ms. Kebe's pending motion to dismiss, then Kebe Studios LLC shall have 14 days from the date of this Court's Order to file an Answer to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED, this 19th day of January, 2021.

*William M. Ray II*

Honorable William M. Ray, II
United States District Judge