# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF MANUAL FILING

Please take notice that Defendant Latasha Kebe ("Ms. Kebe") has manually filed the following video files, which are referenced in Ms. Kebe's Additional Statement of Material Facts and Brief Opposing Plaintiff's Motion for Summary Judgment:

Kebe 006
Kebe 009
Kebe 016
Kebe 017
Kebe 019
Kebe 062
Kebe 257
Kebe 374
Kebe 381
Kebe 382
Kebe 385
Kebe 387
Kebe 389
Kebe 391

    Kebe 392
    Kebe 396

These files have been served on all parties.

                    Respectfully submitted this 25th day of January, 2021.

                                      */s/Olga Izmaylova*
                                      olga@silawatl.com
                                      Georgia State Bar No. 666858

                                      */s/Sadeer Sabbak*
                                      ssabbak@silawatl.com
                                      Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.       *Attorneys for Latasha Kebe*
1875 Old Alabama Road
Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911