# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## [PROPOSED] ORDER GRANTING DEFENDANT KEBE'S MOTION TO FILE DOCUMENTS UNDER SEAL

This matter having come before the Court on the Motion to File Documents Under Seal filed by Defendant Kebe (hereinafter referred to as "Ms. Kebe"), based upon the Court's review of Ms. Kebe's motion and the record, and for other good cause shown, IT IS HEREBY ORDERED that the Clerk shall file the initial pleadings and supporting documents identified below under seal:

1. The following supporting documents to Kebe's Response to Plaintiff's Motion for Summary Judgment:

    a. Defendant Kebe's Response to Plaintiff's Statement of Material Facts In Support of Plaintiff's Motion for Summary Judgment;

    b. Defendant Kebe's Brief Opposing Plaintiff's Motion for Summary Judgment;

    c. Defendant Kebe's Statement of Additional Material Facts in Support of Brief Opposing Plaintiff's Motion for Summary Judgment (hereinafter referred to as "Kebe's ASMF";

    d. Exhibit A to Kebe's ASMF: Declaration of Sadeer Sabbak (hereinafter referred to as "Declaration");

    e. Exhibit 1 to Declaration: true and correct copies of documents bates numbered Kebe 010-013, 015, 018, 093-100, 106-107, 127-136, 145-147, 187-203, 261-263, 366-367, 370, 373, 376-377, 413-319, 422, 424, 426-428, 436-444, 4470447, and CARDI_000787;

    f. Exhibit 2 to Declaration: excerpts from the 11/19/20 Deposition of Latasha Kebe.

    g. Exhibit 3 to Declaration: excerpts from the 11/30/20 Deposition of Latasha Kebe.

    h. Exhibit 4 to Declaration: excerpts from the 11/29/20 Deposition of Cheick Kebe.

Such materials shall remain sealed until this Court orders otherwise.

IT IS SO ORDERED, this _____ day of _____, 20__.

 

                                                                 _____  
                                                                  William M. Ray, II  
                                                                 United States District Judge