# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br>　　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## NOTICE OF FILING DOCUMENTS

Please take notice that Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") is filing the following documents in support of Plaintiff's Reply Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment Against Defendant Kebe (which was filed separately under seal):

1.　Declaration of W. Andrew Pequignot date February 8, 2021.

Dated: February 8, 2021　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ W. Andrew Pequignot
　　　　　　　　　　　　　　　　　Lisa F. Moore (Bar No. 419633)
　　　　　　　　　　　　　　　　　W. Andrew Pequignot (Bar No. 424546)
　　　　　　　　　　　　　　　　　MOORE PEQUIGNOT LLC
　　　　　　　　　　　　　　　　　887 West Marietta Street, Suite M-102
　　　　　　　　　　　　　　　　　Atlanta, Georgia 30318

Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, I electronically filed the foregoing NOTICE OF FILING DOCUMENTS with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

/s/ W. Andrew Pequignot
W. Andrew Pequignot