# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATION OF PUBLISHED AND UNPUBLISHED CONTENT

I, Sadeer Sabbak, certify that to the best of my knowledge as follows:

1. I am one of the attorneys for Latasha Kebe, Defendant in the above-entitled action.

2. This Certification is being provided in accordance with the Court's Order on Plaintiff's Motion to Compel.

3. On February 10, 2021, Defendant produced to Plaintiff all published and unpublished content as required by this Court's Order.

I declare under penalty of perjury that this declaration is true and correct.

This 10th day of February, 2021.

*/s/Sadeer Sabbak*
Sadeer Sabbak

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE, et all | * | |
| | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF DEFENDANT KEBE

I hereby certify that I electronically served upon Lisa Moore at lisa@themoorefirm.com, Andrew Pequignot at andrew@themoorefirm.com, Gary P. Adelman at g@adelmanmatz.com, and Sarah M. Matz at sarah@adelmanmatz.com the follow:

(1) **Certification of Published and Unpublished Content,**

(2) **Communications in this Courts Order on Plaintiff's Motion to Compel,**

(3) **Information regarding advertising revenue**

(4) **Medical records as ordered by this Court, and**

(5) **A list of people that have not already been named by Plaintiff that Ms. Kebe seeks information on in Kebe's Interrogatory No. 7.**

Respectfully submitted this 10th day of February, 2021.

/s/Sadeer Sabbak
ssabbak@silawatl.com
Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911