# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING DEFENDANT KEBE'S
## MOTION TO FILE DOCUMENTS UNDER SEAL

This matter having come before the Court on the Motion to File Documents Under Seal filed by Defendant Kebe (hereinafter referred to as "Ms. Kebe"), based upon the Court's review of Ms. Kebe's motion and the record, and for other good cause shown, IT IS HEREBY ORDERED that the Clerk shall file the initial pleadings and supporting documents identified below under seal:

1. Defendant Kebe's Brief Opposing Plaintiff's Motion to Compel (hereinafter referred to "Kebe's Opposition Brief");

2. Declaration of Sadeer Sabbak (hereinafter referred to as "Sabbak Declaration");

3. Exhibit 1: excerpts from the 11/19/20 Deposition of Latasha Kebe;

4. Exhibit 2: excerpts from the 11/30/20 Deposition of Latasha Kebe.

5. Exhibit 3: excerpts from the 11/29/20 Deposition of Cheick Kebe.

Such materials shall remain sealed until this Court orders otherwise.

IT IS SO ORDERED, this 11th day of February, 2021.

*William M. Ray II* (signature)

_____
William M. Ray, II
United States District Judge