IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Belcalis Marlenis Almanzar**, <br><br>    Plaintiff, <br><br>    v. <br><br><br> **Latasha Transrina Kebe** <br>*also known as* <br>Latasha Transrina Howard, <br>**Starmarie Ebony Jones** <br><br>    Defendants. | CIVIL ACTION FILE <br>NO. 1:19-cv-1301-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court schedules a hearing to be conducted via **ZOOM VIDEO** on the Motion for Summary Judgment [Doc 92] in this case for Wednesday, March 3, 2021 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** will be sent separately from the docket.

Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.

SO ORDERED, this 11th day of February, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE