

887 West Marietta Street, Suite M-102
Atlanta, GA 30318

P 404.748.9596  E info@TheMooreFirm.com
F 404.565.2941  W TheMooreFirm.com

February 22, 2021

**Via ECF**

Ms. Jennifer Lee
Courtroom Deputy Clerk for Hon. William M. Ray, II
United States District Court for the Northern District of Georgia
2188 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive SW, Atlanta, GA 30303-3309

    Re:    *Almanzar v. Kebe*, No. 1:19-cv-1301-WMR

Dear Ms. Lee:

    I am counsel for the plaintiff in the above-referenced action. Pursuant to Local Rule 83.1, I am writing to notify the Court that my law partner, W. Andrew Pequignot, and I will be on vacation between February 27, 2021 and March 8, 2021. We respectfully request that hearings not be scheduled in this action during our period of absence. Thank you for your attention to this matter.

                      Respectfully submitted,

                      /s/ Lisa F. Moore

                      Lisa F. Moore
                      Moore Pequignot LLC