IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Belcalis Marlenis Almanzar**,

   Plaintiff,

    v.

**Latasha Transrina Kebe**
*also known as*
Latasha Transrina Howard,
**Starmarie Ebony Jones**

   Defendants.

CIVIL ACTION FILE
NO. 1:19-cv-1301-WMR

## NOTICE RESCHEDULING HEARING

Notice is hereby given that the Court **reschedules** a hearing to be conducted via **ZOOM VIDEO** on the Motion for Summary Judgment [Doc 92] in this case for Monday, April 5, 2021 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** will be sent separately from the docket.

Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.

SO ORDERED, this 23rd day of February, 2021.



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE