# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## ORDER GRANTING
## MOTION FOR LEAVE TO SEAL

Having considered the Motion to File Documents Under Seal filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff"), based upon the Court's review of Plaintiff's motion and the record, and for other good cause shown,

IT IS HEREBY ORDERED that the Clerk shall file the initial pleadings and supporting documents identified below under seal:

1.　Plaintiff's Reply Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment Against Defendant Kebe, dated February 8, 2021;

2.　Plaintiff's Response to Kebe's Statement of Additional Material, dated February 8, 2021; and

3. Plaintiff's Reply Statement of Material Facts in Support of Summary Judgment Against Defendant Kebe, dated February 8, 2021.

Such materials shall remain sealed until this Court orders otherwise.

IT IS SO ORDERED.

Dated: February 23rd, 2021

*/s/ William M. Ray II*

_____
Honorable William M. Ray II
UNITED STATES DISTRICT JUDGE