# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a LATASHA TRANSRINA HOWARD and STARMARIE EBONY JONES,<br><br>Defendants. | Case No. 1:19-cv-01301-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I emailed PLAINTIFF'S THIRD SUPPLEMENTAL RESPONSES TO LATASHA KEBE'S FIRST CONTINUING INTERROGATORIES to Defendant's attorneys of record (pursuant to an agreement by the parties) at the following addresses:

    Olga Izmaylova (olga@silawatl.com)
    Sadeer Sabbak (ssabbak@silawatl.com)

    /s/ W. Andrew Pequignot
    W. Andrew Pequignot