# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 04/08/2021.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 2:25 P.M.
TIME IN COURT: 4:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Olga Izmaylova representing Kebe Studios LLC<br>Olga Izmaylova representing Latasha Transrina Kebe<br>Sarah Matz representing Belcalis Marlenis Almanzar<br>Lisa Moore representing Belcalis Marlenis Almanzar<br>William Pequignot representing Belcalis Marlenis Almanzar<br>Sadeer Sabbak representing Kebe Studios LLC<br>Sadeer Sabbak representing Latasha Transrina Kebe |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [92]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |

| | |
|---|---|
| MINUTE TEXT: | The Court heard oral argument from counsel via Zoom on the pending Motion for Summary Judgment and will issue an order pending further review. The Court advised parties to be ready for trial by mid-September. |
| HEARING STATUS: | Hearing Concluded |