**ATLANTA CRIMINAL DEFENSE TEAM**
**SABBAK & IZMAYLOVA** PC

1875 Old Alabama Rd. Ste. 760
Roswell, GA 30076
P: (404) 793-7773
F: (678) 878-4911

June 7, 2021

Courtroom Deputy
Courtroom of Hon. William M. Ray, II
U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

    RE:   Almanzar v. Kebe et al (1:19-cv-01301-WMR)

Dear Courtroom Deputy:

This letter is to notify the Court, pursuant to LR 83.1(E)(4), NDGa, that I will be out of the office on the following dates:

August 13, 2021 through and including August 23, 2021;
October 14, 2021 through and including October 15, 2021; and
December 29, 2021 through and including January 5, 2022.

I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

*/s/ Olga Izmaylova*
OLGA IZMAYLOVA
*Attorney for Latasha Kebe*

cc: Counsel for the Plaintiff