# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CIVIL JURY CALENDAR commencing the following dates in Courtroom 1705 of the Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, the Honorable William M. Ray, II, presiding:

**Friday, September 10, 2021**

Attorneys should report at 9:00 a.m. and jury selection will begin at 9:30 a.m., with trials then beginning the same day or the subsequent business day.   Any requests for continuance must be filed as a motion.

The Court has modified its courtroom procedures in response to the Covid-19 epidemic to include requiring the use of face masks, shield barriers, and distanced seating.

ATTENTION ALL COUNSEL: The Court requires you to provide to the Courtroom Deputy Clerk three (3) copies your exhibit and witness lists at the start of trial for use by the Court and clerk during trial.  The list shall contain an identifying description of each exhibit to the right of the exhibit numbers. The list shall be double spaced with approximately 1½ inches of space the left of the exhibit numbers for court use.  Additionally, the Court requires electronic filing of your requests to charge prior to the beginning of the trial calendar and no later than noon, unless otherwise directed by the court after this notice.

EXHIBITS: Counsel are reminded of our local rules regarding custody of trial exhibits. Any exhibit larger than 8 ½ x 11 will be returned to counsel. Counsel should plan to pick up their exhibits immediately after the close of court on the day of the verdict. **LR 79.1 has changed** in regard to over-sized and non-documentary exhibits and states in part. "Oversized and non-documentary original exhibits will be returned to the parties at the conclusion of the hearing or trial, except for audio and video files. Within ten days following the conclusion of a trial or hearing, all parties must file photographs or other appropriate reproductions of oversized and non-documentary physical or demonstrative exhibits tendered as evidence at the trial or any hearing, unless otherwise ordered by the court. These photographs and reproductions must be filed electronically by counsel and in paper by *pro se* litigants. The parties must indicate on each photograph or reproduction whether the displayed exhibit was admitted or

rejected."

The use of equipment for the presentation of evidence or of evidence other than documents and enlargements of documents at trial must have an order authorizing the bringing in of that equipment into the courthouse. An order must be presented to the Courtroom Deputy Clerk **prior to the date the trial is to begin**. The order should identify the case by style and case number, a list of each piece of equipment and who will be bringing the equipment into the building. These orders must be on file with the U.S. Marshall's office before the equipment can be taken into the court area.

**Our courtroom is technology equipped. If you intend to take advantage of this you must, prior to trial, schedule a training session for yourself or someone on your staff. The court will not allow time for training at the beginning of the trial. Please contact Courtroom Deputy Jennifer Lee at Jennifer_Lee@gand.uscourts.gov or 404-215-1484 at least ten (10) days prior to the start of your trial to schedule this training session. Attorneys without blue cards will need to file motions to allow electronic equipment into the courtroom.**

**Counsel MUST provide a courtesy copy of any documents e-filed just prior to trial or on any day during trial.**

This 15th day of June, 2021.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

| | **CASE NUMBER** | **STYLE** | **CAUSE OF ACTION** |
|---|---|---|---|
| (1) | 1:19-cv-1301-WMR | Almanzar v. Kebe | 28:1332 Diversity |