# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>  Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE a/k/a<br><br>LATASHA TRANSRINA HOWARD and<br><br>KEBE STUDIOS LLC,<br><br>  Defendants. | CIVIL ACTION FILE NO:<br><br>1:19-CV-01301-WMR |

## ORDER

The Court **ORDERS** Defendant Kebe to refile Doc. 117 and the supporting exhibits under seal in accordance with the Court's sealed filing procedure.

**IT IS SO ORDERED,** this 17th day of June, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE