**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR, <br><br> Plaintiff, <br> v. <br><br> LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC, <br><br> Defendants. | Case No. 1:19-cv-01301-WMR |

## UNOPPOSED MOTION FOR CONTINUANCE

Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") respectfully submits this motion for a continuance of the trial in this action, which is currently scheduled to begin on Monday, September 13, 2021. Plaintiff recently announced that she is pregnant with her second child. Plaintiff will be unable to attend trial on the currently scheduled dates because she is scheduled to give birth around that time and Plaintiff's OBGYN has advised her that she will not be able to travel for a period of time before and after delivery. Plaintiff therefore seeks a continuance. Taking into account the schedules of the parties and their attorneys, Plaintiff proposes that the trial be rescheduled to begin on Monday, November 8, 2021 (or the following week) if those dates are available on the Court's schedule.

Defendants do not oppose this motion.

Dated: July 23, 2021          Respectfully submitted,

/s/ Lisa F. Moore
Lisa F. Moore (Bar No. 419633)
W. Andrew Pequignot (Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

*Attorneys for Plaintiff*

## **CERTIFICATION AS TO FONT**

In accordance with Local Rule 7.1(D), the undersigned certifies that the foregoing document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

Dated: July 23, 2021

                                          /s/ Lisa F. Moore
                                          Lisa F. Moore

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

BELCALIS MARLENIS ALMÁNZAR,

            Plaintiff,

v.

LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,

            Defendants.

Case No. 1:19-cv-01301-WMR

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2021, I electronically filed the foregoing UNOPPOSED MOTION FOR CONTINUANCE with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record

                            /s/ Lisa F. Moore
                            Lisa F. Moore