# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>Defendants. | Case No. 1:19-cv-01301-WMR |

## ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME

Having considered the Joint Motion for Extension of Time (the "Motion") filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendants Latasha Transrina Kebe and Kebe Studios LLC ("Defendants"), THE COURT ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. The deadline for the parties to file the consolidated pretrial order is hereby extended to October 7, 2021.

3. The deadline for the parties to produce expert reports in accordance with Federal Rule 26(a)(2) is hereby extended to September 10, 2021.

Dated:  August 25th, 2021

_____
Honorable William M. Ray, II
UNITED STATES DISTRICT JUDGE