UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>      Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>      Defendants. | Case No. 1:19-cv-01301-WMR |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendants Latasha Transrina Kebe and Kebe Studios LLC ("Defendants") submit this joint motion for an extension and provide as follows:

1. On July 26, 2021, the Court granted a motion for continuance and rescheduled the trial in this action from September 13, 2021 to November 9, 2021.

2. On August 25, 2021, in light of the continuance, the Court granted the parties an extension of time to prepare and file the consolidated pretrial order in accordance with Local Rule 16.4 until October 7, 2021.

3. The parties have been working diligently to prepare the pretrial order, but due to professional conflicts of the parties' attorneys, a considerable number of

differences between the parties remain unresolved—especially as to the respective exhibit lists and stipulations of fact.

4. The parties believe they are making progress on these issues and seek a one-week extension of time, until October 14, 2021, to file the parties' proposed pretrial order. The additional time will allow the parties to narrow significantly the issues of disagreement and further streamline the pretrial conference and the trial.

5. The requested extension of time will not affect any Court-ordered deadlines in this action or cause any delay in the scheduled trial dates.

Dated: October 6, 2021

/s/ Lisa F. Moore
Lisa F. Moore (GA Bar No. 419633)
W. Andrew Pequignot (GA Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
(404) 748-9596 (telephone)
lisa@themoorefirm.com
andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
(646) 650-2207 (telephone)
sarah@adelmanmatz.com
g@adelmanmatz.com

*Attorneys for Plaintiff*

Dated: October 6, 2021

/s/ Olga Izmaylova (with permission)
Olga Izmaylova (GA Bar No. 666858)
Sadeer Sabbak (GA Bar No. 918493)
SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 760
Roswell, Georgia
(404) 793-7773 (telephone)
olga@silawatl.com
ssabbak@silawatl.com

*Attorneys for Defendants*

## **CERTIFICATION AS TO FONT**

In accordance with Local Rule 7.1(D), the undersigned certifies that the foregoing document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

DATED: October 6, 2021

/s/ Lisa F. Moore
Lisa F. Moore
Georgia Bar No. 419633

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this date the foregoing JOINT MOTION FOR EXTENSION OF TIME with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

DATED: October 6, 2021

/s/ Lisa F. Moore
Lisa F. Moore
Georgia Bar No. 419633