## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR, <br><br> Plaintiff, <br><br> v. <br><br> LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC, <br><br> Defendants. | Case No. 1:19-cv-01301-WMR |

## ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME

Having considered the Joint Motion for Extension of Time (the "Motion")

filed by Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendants Latasha

Transrina Kebe and Kebe Studios LLC ("Defendants"), THE COURT ORDERS

AS FOLLOWS:

1.      The Motion is GRANTED. The deadline for the parties to file the

consolidated pretrial order is hereby extended to October 14, 2021.

Dated:  October 6th, 2021

_____
Honorable William M. Ray, II
UNITED STATES DISTRICT JUDGE