# ATTACHMENT A

## (Legal Qualification Voir Dire Questions)

1. Is there anyone here who is not a U.S. Citizen?

2. Is there anyone who is not at least 18 years old?

3. Is there anyone who is over 70 years old?

4. Is there anyone who does not live in Cherokee, Clayton, Cobb, DeKalb, Douglas, Fulton, Gwinnett, Henry, Newton, or Rockdale county?

5. Over the last year, has anyone primarily resided in a county other than Cherokee, Clayton, Cobb, DeKalb, Douglas, Fulton, Gwinnett, Henry, Newton, or Rockdale?

6. Are you able to read, write, and understand the English language?

7. Is anyone unable to speak the English language?

8. Has anyone been convicted of a felony crime (punishable by imprisonment for more than one year) for which their civil rights have not been legally restored?

9. Does anyone currently face a felony charge punishable by imprisonment for more than one year?

10. Is anyone currently an active member of the U.S. Armed Forces?

11. Is anyone currently an active member of any fire or police department?

12. Does anyone currently hold public office in the executive, legislative, or judicial branch of government?

13. This trial is expected to last for _____ days. Is there anything about the length or scheduling of the trial that would interfere with your ability to serve?

14. Do you have any medical, personal, or financial problem that would prevent you from serving on this jury?

15. Is there anyone who has any special disability or problem that would make serving as a member of this jury difficult or impossible?

16. Is anyone here a primary care provider for a child, elderly person, or anyone with a physical or mental disability that would impair your ability to sit on the jury?

17. Does anyone hold any belief, religious or otherwise, which discourages or prevents jury service?

18. Do you know personally, or have you had any interaction with, Plaintiff Belcalis Marlenis Almanzar p/k/a Cardi B?

19. Do you know any employees or representatives of Plaintiff Belcalis Almanzar p/k/a Cardi B?

20. Do you know anyone who has done work for or with Plaintiff Belcalis Almanzar p/k/a Cardi B?

21. Do you know personally, or have you had any interaction with, Defendant Latasha Kebe p/k/a Tasha K or her husband Cheickna Kebe?

22. Have you had any personal or business interaction with Defendant Kebe Studios LLC?

23. Do you know any employees or representatives of Defendant Kebe Studios LLC?

24. Do you know anyone who has done work for or with Defendant Latasha Kebe or Defendant Kebe Studios LLC?

25. Do you know personally, or have you had any interaction with, Dr. Sherry Blake?

26. Do you know personally, or have you had any interaction with, Starmarie Ebony Jones?

27. Do you know personally, or have you had any interaction with, Plaintiff's attorney Lisa Moore?

28. Do you know personally, or have you had any interaction with, Plaintiff's attorney Andrew Pequignot?

29. Do you know personally, or have you had any interaction with, any other attorneys or employees at Moore Pequignot LLC?

30. Do you know personally, or have you had any interaction with, Plaintiff's attorney Sarah Matz?

31. Do you know personally, or have you had any interaction with, Plaintiff's attorney Gary Adelman?

32. Do you know personally, or have you had any interaction with, any other attorneys or employees at Adelman Matz P.C.?

33. Do you know personally, or have you had any interaction with, Defendants' attorney Sadeer Sabbak?

34. Do you know personally, or have you had any interaction with, Defendants' Olga Izmaylova?

35. Do you know personally, or have you had any interaction with, any other attorneys or employees at Sabbak & Izmaylova, P.C.?

36. Do you know anything about this case from any source other than what I've told you?

37. If you are selected to sit on this case, will you be able to render a verdict solely on the evidence presented at the trial and in the context of the law as I will give it to you in my instructions, disregarding any other ideas, notions, or beliefs about the law that you may have previously encountered.

38. Has anyone been disqualified from serving on a jury before?