# ATTACHMENT B-1

## (Plaintiff's General Voir Dire Questions)

1. Do any of you know anyone else sitting around you?

2. How many of you know Judge Ray or anyone else in the courtroom?

3. Does anyone have strong feelings about people or companies who bring lawsuits?

4. Do you belong to any social, civil, political, or religious organizations?

5. Describe your educational background.

6. Have you or a close friend or relative ever been trained or employed in the law, law enforcement, or a law-related field? In other words, have you or a close friend or relative ever:

    a. been trained or employed as a law clerk, paralegal, judge, legal secretary, lawyer, or court employee;

    b. been trained or employed as a law enforcement, corrections, security, parole or probation officer or investigator;

    c. been trained or employed in the insurance business, or as an accident, health, or claims investigator or adjuster; or

    d. studied law, criminology, forensic science, or any similar field of study, or worked in a related occupation not already identified?

7. Would anyone here accept or reject any part of the testimony of a witness solely because the witness's area of expertise is psychology?

8. Have you or a close friend or relative been trained in the field of psychology?

9. Have you or any family member or close personal friend ever filed a claim or a lawsuit of any kind?

10. Has anyone ever filed a claim or a lawsuit against you or a member of your family or a close friend?

11. Have you ever served on a jury or appeared as a witness at a trial before? If so, please answer: What kind of case? Where and when?

12. If you served on a jury, did the jury reach a verdict?

13. Were you the foreperson of the jury?

14. Have you ever served on a grand jury before? If so, in what court?

15. Do you have strong feelings about celebrities?

16. Are you or a close friend or family member in the entertainment industry?

17. Are you or a close friend or family member a blogger or social media personality?

18. Which social media platforms do you use regularly?

19. Do you follow any celebrity gossip accounts on social media? Which ones?

20. Does anyone follow Defendant Latasha Kebe p/k/a Tasha K on social media?

21. Have you ever followed or viewed any of the unwinewithTashaK accounts?

22. Are there any cases, now or in the past, involving celebrities that you have followed with interest?

23. Do you have strong feelings against rap music or artists who perform this genre of music?

24. Are you or have you ever been an erotic dancer?

25. Do you think it is important to tell the truth?

26. Do you think it is important that others tell the truth?

27. Have you ever been harassed online or cyber-bullied?

28. Have you ever been publicly portrayed in a manner that was untrue or misleading or accused of doing something that you did not do?

29. Would your feelings be hurt if someone said something about you that was untrue?

30. Do you believe it is ok to post things on the Internet even if they are not true?

31. Do you think people should have a thicker skin when it comes to things said about them online?

32. Do you believe that it is ok to say things about celebrities even if they are not true?

33. Do you think people should be held responsible when they do not tell the truth?

34. Does anyone regularly watch *The Wendy Williams Show*?

35. Does anyone follow the rap artist Nicki Minaj on social media?

36. Would anyone here be reluctant to award damages to Plaintiff solely because of her public persona or because she is perceived as a wealthy celebrity?

37. Is there anything, whether or not covered in the previous questions, that would affect your ability to be a fair and impartial juror or would in any way be a problem for you in serving on this jury?

38. Is there anything else that you feel is important for the parties in this case to know about you?

# ATTACHMENT B-2

## (Defendants' General Voir Dire Questions)

1. Does anyone here consider themselves a fan of Plaintiff Belcalis Almanzar p/k/a Cardi B?

2. Does anyone here follow Plaintiff Belcalis Almanzar p/k/a Cardi B on social media?

3. Did anyone here ever watch Plaintiff Belcalis Almanzar p/k/a Cardi B on a show called Love & Hip Hop: New York?

4. Does anyone here regularly listen to Plaintiff Belcalis Almanzar p/k/a Cardi B's music or has anyone here regularly listened to her music in the past?

5. Do you know any employees or representatives of Plaintiff's husband Kiari Cephus p/k/a Offset or his rap group called Migos?

6. Has anyone here ever attended a live event hosted by Dr. Sherry Blake?

7. Do you know any employees or representatives of Dr. Sherry Blake?

8. Has anyone here ever read a book titled "The Single Married Woman"?

9. Has anyone here ever read a book titled "Care for the Caregiver . . . Surviving the Emotional Rollercoaster"?

10. Does anyone here think they know any of the following people:

    - Dennis Byron

    - Candice Pelham

    - Tope Solaja

    - Nique Laclaire

11. Does anyone here follow or watch (or followed or watched in the past) any of the following YouTube channels:

    - Lovelyti TV

    - Daytime Tea Time

    - Nique at Nite

12. Does anyone here watch YouTube more than two-to-three times a week?

13. Does anyone here have strong feelings (either positive or negative) about bloggers, social media personalities, or people who discuss entertainment news?

14. Does anyone here have strong feelings (either positive or negative) about independent media, meaning any small media outlet that is not controlled by a large corporation or a government.

15. Does anyone here lack trust and confidence in mainstream media?

16. Has anyone here already formed opinions about the parties or about this case?