## ATTACHMENT "D"

DEFENDANTS' OUTLINE OF THE CASE

The Defendants deny that Kebe Studios LLC was set up solely as an alter ego for Defendant Kebe, for the purpose of hiding Defendant Kebe's revenue, or for any other illegal or improper purposes.

Plaintiff, who is a public figure, alleges that the Defendants devised a malicious plan to use their social media platforms to intentionally target Plaintiff and publish false stories about her. The Defendants deny the accusations that any of their published stories about Plaintiff are defamatory because their stories are true. In fact, Defendant Kebe has seen Plaintiff admit to most of the facts Plaintiff now alleges are false and defamatory.

Furthermore, the Defendants deny the suggestion that they have ever used their social media platforms to specifically target Plaintiff. Defendant Kebe determines which stories to publish based on the trending topics, not based on the name of any specific celebrity. Defendant Kebe has never fabricated a story about the Plaintiff just so she can publish it on her social media platforms. Defendant Kebe denies publishing any stories, about Plaintiff or anyone else, on her social media platforms that she knows are false prior to their publication.

The Defendants deny that any of Kebe's public statements about Plaintiff were false or have ever depicted Plaintiff in a false light. The Defendants deny that they have ever intentionally wanted to cause Plaintiff emotional distress. The Defendants further deny that Plaintiff has actually suffered any emotional distress. The Defendants deny that they have ever done anything in order to specifically harm Plaintiff in any way.

The Defendants deny that they have acted in bad faith at any time throughout the litigation of this case. The Defendants deny that they are liable to Plaintiff for any compensatory damages, punitive damages, expenses of litigation, or attorneys' fees.

Relevant Rules, Regulations, Statutes, Ordinances, and Illustrative Case Law

O.C.G.A. § 51-5-1

O.C.G.A. § 51-5-4

O.C.G.A. § 51-5-5

O.C.G.A. § 51-5-6

O.C.G.A. § 51-5-7

O.C.G.A. § 51-12-2

O.C.G.A. § 51-12-4

O.C.G.A. § 51-12-5.1

O.C.G.A. § 51-12-6

O.C.G.A. § 13-6-11

*Pierce v. Warner Bros Entm't, Inc.,* 237 F. Supp. 3d 1375 (M.D. Ga. 2017)

*Monge v. Madison Cnty. Record, Inc.,* 802 F. Supp. 2d 1327 (N.D. Ga. 2011)

*Rosanova v. Playboy Enters., Inc.,* 411 F. Supp. 440 (S.D. Ga. 1976)

*Cottrell v. Smith,* 788 S.E.2d 772 (Ga. 2016)

*Ryckeley v. Callaway,* 412 S.E.2d 826 (Ga. 1992)

*Plantation at Bay Creek Homeowners Ass'n, Inc. v. Glasier,* 825 S.E.2d 542 (Ga. Ct. App. 2019)

*Howerton v. Harbin Clinic, LLC,* 776 S.E.2d 288 (Ga. Ct. App. 2015)

*Jones v. Fayette Family Dental Care, Inc.,* 718 S.E.2d 88 (Ga. Ct. App. 2011)

*Abdul-Malik v. AirTran Airways, Inc.,* 678 S.E.2d 555 (Ga. Ct. App. 2009)

*Smith v. Stewart,* 660 S.E.2d 822 (Ga. Ct. App. 2008)

*Bollea v. World Championship Wrestling, Inc.,* 610 S.E.2d 92 (Ga. Ct. App. 2005)

*Wolff v. Middlebrooks,* 568 S.E.2d 88 (Ga. Ct. App. 2002)

*Lively v. McDaniel,* 522 S.E.2d 711 (Ga. Ct. App. 1999)

*Troncalli v. Jones,* 514 S.E.2d 478 (Ga. Ct. App. 1999)

*Zarach v. Atlanta Claims Ass'n,* 500 S.E.2d 1 (Ga. Ct. App. 1998)

*Willis v. United Family Life Ins.,* 487 S.E.2d 376 (Ga. Ct. App. 1997)

*Sevcech v. Ingles Mkts., Inc.,* 474 S.E.2d 4 (Ga. Ct. App. 1996)

*Zielinski v. Clorox Co.,* 450 S.E.2d 222 (Ga. Ct. App. 1994)

*Brewer v. Rogers,* 439 S.E.2d 77 (Ga. Ct. App. 1993)

*Yandle v. Mitchell Motors, Inc.,* 404 S.E.2d 313 (Ga. Ct. App. 1991)

*Tucker v. News Publ'g Co.,* 397 S.E.2d 499 (Ga. Ct. App. 1990)

*Thomason v. Times-Journal, Inc.,* 379 S.E.2d 551 (Ga. Ct. App. 1989)

*Carter v. Willowrun Condo. Ass'n, Inc.,* 345 S.E.2d 924 (Ga. Ct. App. 1986)

*Sanders v. Brown,* 343 S.E.2d 722 (Ga. Ct. App. 1986)

*Chance v. Munford, Inc.,* 342 S.E.2d 746 (Ga. Ct. App. 1986)

*Macon Tel. Publ'g Co. v. Elliott,* 302 S.E.2d 692 (Ga. Ct. App. 1983)

*Brown v. Capricorn Records, Inc.,* 222 S.E.2d 618 (Ga. Ct. App. 1975)

*C. B. Cabaniss v. Hipsley,* 151 S.E.2d 496 (Ga. Ct. App. 1966)

*World Ins. Co. v. Peavy,* 139 S.E.2d 440 (Ga. Ct. App. 1964)

*American Fin. & Loan Corp. v. Coots,* 125 S.E.2d 689 (Ga. Ct. App. 1962)

*Delta Fin. Co. v. Ganakas,* 91 S.E.2d 383 (Ga. Ct. App. 1956)

*Stephens v. Waits,* 184 S.E. 781 (Ga. Ct. App. 1936)