# ATTACHMENT E

# (Stipulated Facts)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BELCALIS MARLENIS ALMÁNZAR,

          Plaintiff,

v.

LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,

          Defendants.

Case No. 1:19-cv-01301-WMR

## STIPULATED FACTS

Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendants Latasha Transrina Kebe ("Kebe") and Kebe Studios LLC ("Kebe Studios") (Kebe and Kebe Studios are collectively referred to as "Defendants"), by and through their undersigned counsel, respectfully submit these statements of fact that are agreed upon and may be admitted into evidence. Plaintiff and Defendants may each rely on and/or utilize any agreed upon fact set forth herein.

1. Plaintiff is a Grammy award-winning musical artist and songwriter professionally known as "Cardi B."

2. Since the release of her debut mixtape in 2015, Plaintiff's musical works have reached peak positions on charts in the United States and around the world and garnered her millions of fans.

3. Plaintiff is a proud and loving mother of a young girl.

4. Kebe was previously known as Latasha Howard.

5. Kebe Studios was formed on or about April 14, 2018 as a Georgia limited liability company.

6. Defendants produce, host, and publish videos on YouTube under the moniker "unWinewithTashaK."

7. Defendants advertise and sometimes post these videos on various social media platforms including Twitter and Instagram.

8. Kebe Studios only has two members who each own 50% of its membership units.

9. Kebe Studios only members are Kebe and Cheickna Kebe ("C. Kebe").

10. C. Kebe is Kebe's husband.

11. Kebe is in control of, and makes all of the decisions, regarding the content Defendants publish on YouTube and other social media platforms.

12. Defendants own and/or control the following platforms and/or websites:

    a. https://www.unwinewithtashak.com (the "Website");

    b. https://www.amazon.com/shop/unwinewithtashak;

    c. https://streamlabs.com/unwinewithtashak/merch;

    d. https://www.youtube.com/channel/UCeh2lG0oUUMk8B6-l5ctB6w (the "Main YouTube Channel");

    e. https://www.youtube.com/channel/UCant8s3U2uPZz-6p7lvU9MQ (the "Wino Gang Podcast"), which, until April of 2019, was called unWinewithTashaK Live; and

    f. Patreon Page https://www.patreon.com/TashaK

13. Defendants own and/or control the following platforms and/or social media handles/accounts:

    a. Facebook - @unwinewithtashak (https://www.facebook.com/unwinewithtashak);

    b. Facebook - Tasha Kebe (https://www.facebook.com/tashakebe);

    c. Twitter - @unwinewithtasha (https://twitter.com/unwinewithtasha)

    d. Instagram - @unwinewithtashak (https://www.instagram.com/unwinewithtashak). This account was deactivated on 8/10/18 and was reactivated on 10/7/19);

    e. Instagram - @wineisthenewtea (https://www.instagram.com/wineisthenewtea)

14. Defendants previously owned and/or controlled the following platforms and/or social media handles/accounts, which are now all deactivated:

    a. Instagram - @unwinewithtashakofficial (https://www.instagram.com/unwinewithtashakofficial).

    b. Instagram - @thewinebloggerlady (https://www.instagram.com/thewinebloggerlady).

    c. Instagram - @iamunwinewithtashak (https://www.instagram.com/iamunwinewithtashak).

    d. Instagram - @unwinewithtasha (https://www.instagram.com/unwinewithtasha).

    e. Instagram - @tashakunwined (https://www.instagram.com/tashakunwined).

15. Defendants publish content to gain more viewers and followers to their social media channels and, as a result, more advertising revenue.

16. Defendants receive revenue through advertising on YouTube, as well as from monetization of videos on Patreon and sometimes directly from advertisers.

17. Defendants receive those monies through Patreon, PayPal, Venmo, and direct payments into bank accounts.

18. On September 2, 2018, Defendants published a video on YouTube (the "9/2 Video").

19. On September 19, 2018, Defendants published a video on YouTube, which showed Kebe conducting an interview of an individual named Starmarie Jones ("Jones") (the "9/19/18 Video"). To date, the 9/19/2018 video has been viewed over four million times.

20. Kebe's interview with Jones in the 9/19/18 Video was recorded before it was published.

21. Plaintiff's prior counsel sent a letter dated September 19, 2018.

22. Kebe received the September 19, 2018 letter.

23. Kebe did not remove the 9/19/18 Video.

24. On September 21, 2018, Defendants published a video on YouTube (the "9/21/18 Video).

25. On or around November 13, 2018, Defendants published a video on YouTube.

26. On February 28, 2019, Plaintiff's counsel sent Kebe a demand to take down the 9/19/18 Video and the 9/21/18 Video and retract the allegedly defamatory statements contained in the videos.

27. Kebe received the February 28, 2019 letter.

28. Kebe did not take down the 9/19/18 Video and the 9/21/18 Video or issue any retractions.

29. On March 21, 2019, Plaintiff filed this action.

30. On November 29, 2020, Plaintiff added Kebe Studios LLC as a defendant.

31. On or around March 25, 2019, Kebe temporarily unlisted and/or made private the 9/19/18 Video and 9/21/18 Video on the Main YouTube channel.

32. On or around March 26, 2019, Kebe re-listed and/or made public the 9/19/18 Video and 9/21/18 Video on the Main YouTube channel.

33. On April 25, 2019, Defendants published a recording of a phone call Kebe had with Lovelyti (the "Lovelyti Recorded Call").

34. The Lovelyti Recorded Call was recorded prior to this lawsuit being filed and prior to Kebe re-listing and/or making the 9/19/18 Video and 9/21/18 Video public again.

35. On October 2, 2020, Plaintiff's counsel sent Kebe's counsel a third letter.

36. On or about December 18, 2018, Defendants posted on Facebook (the "12/18/18 Facebook Post").

37. On January 25, 2019 Defendants posted on Twitter (the "1/25/19 Tweet").

38. On December 18, 2018, Defendants published a video on YouTube (the "12/18/18 Video).

39. On January 4, 2019, Defendants published a video on YouTube (the "1/4/19 Video).

40. On April 23, 2019, Defendants published a video on YouTube (the "4/23/19 Video).

41. On November 8, 2019, Defendants published a video on YouTube (the "11/8/19 Video).

42. On December 30, 2019, Defendants published a video on YouTube (the "12/30/19 Video).

43. On April 24, 2020, Defendants published a video on YouTube (the "4/24/20 Video).

44. On September 18, 2020, Defendants published a video on YouTube (the "9/18/20 Video).

45. On September 19, 2020, Defendants published a video on YouTube (the "9/19/20 Video).

46. On September 21, 2020, Defendants published a video on YouTube (the "9/21/20 Video).

47. Defendants posted the story about Plaintiff committing an allegedly debasing act with a beer bottle in the 12/18/18 Video.

48. Kebe saw the video on a pornography website called PornHub.

49. Kebe and Plaintiff have interacted with each other through the use of their social media accounts.

50. Defendants have not issued any retractions or repudiations pertaining to Plaintiff.

51. The videos published by Defendants on 9/19/18, 12/18/18, 1/4/19, 4/23/19, 11/8/19, 12/30/19, and 9/18/20 are still available to be viewed by the public.

52. On September 17, 2021, Defendants published a YouTube video.