# ATTACHMENT F-1

## (Plaintiff's Witness List)

**Plaintiff will have the following witnesses present at trial:**

1. Belcalis Marlenis Almanzar c/o Plaintiff's attorneys

2. Dr. Sherry L. Blake, 1100 Peachtree Street NE, Suite 900, Atlanta, GA 30309

Dr. Blake provided therapeutic coaching to Plaintiff during the weekend of November 1, 2018, and she subsequently provided psychotherapy to Plaintiff in November 2020. During these sessions, Plaintiff described being embarrassed, stressed, and humiliated as a result of ongoing personal and false attacks made by Defendants. Plaintiff reported difficulty sleeping (or alternatively, sleeping too much), decreased appetite, anxiousness, loss of interest in activities (including working), and feelings of helplessness and hopelessness. In her professional opinion and based on her treatment of Plaintiff, the witness is expected to testify that Plaintiff has suffered emotional distress, depression, and anxiety stemming from the statements made by Defendants that form the basis of Plaintiff's claims in this proceeding.

**Plaintiff intends to subpoena or present the testimony of the following witnesses by other means if they are not brought to trial by Defendants:**

1. Defendant Latasha Transrina Kebe c/o Defendants' attorneys

2. Cheickna Kebe c/o Defendants' attorneys

**Plaintiff may call the following witnesses at trial:**

1. Lisa F. Moore, Moore Pequignot LLC (on Plaintiff's legal fees and expenses)

2. Sarah M. Matz, Adelman Matz P.C. (on Plaintiff's legal fees and expenses)

3. Dr. Tamara Grisales, Center for Women's Pelvic Health at UCLA, 200 Medical Plaza, Suite 140, Los Angeles, California 90095 (on Plaintiff's medical records)

4. Olga Izmaylova and/or Sadeer Sabbak, Sabbak & Izmaylova, P.C. (to the extent necessary to authenticate reports generated by Defendants' attorneys)

5. Any other witness necessary to authenticate or lay a foundation for the admission of documentary evidence

6. Any witness identified by Defendants

7. Plaintiff reserves the right to call impeachment and rebuttal witnesses as necessary

## **Attachment F-2: Defendants' Witness List**

Defendants will have the following witnesses at trial:

    Latasha Kebe

Defendants may have the following witness at trial:

    Belcalis Marlenis Almanzar
    Cheickna Kebe