**ATTACHMENT G-1**

**(Plaintiff's Exhibit List)**

|  | Bates Nos. |
|---|---|
| 1. | CARDI_000146- CARDI_000149 |
| 2. | CARDI_000231 |
| 3. | CARDI_000774-CARDI_000777 |
| 4. | CARDI_000376 |
| 5. | CARDI_000407 |
| 6. | CARDI_000408 |
| 7. | CARDI_000703 |
| 8. | CARDI_000704 |
| 9. | CARDI_000705 |
| 10. | CARDI_000706 |
| 11. | CARDI_000707 |
| 12. | CARDI_000708 |
| 13. | CARDI_000709 |
| 14. | CARDI_000710 |
| 15. | CARDI_000711 |
| 16. | CARDI_000712 |
| 17. | CARDI_000713 |
| 18. | CARDI_000714 |
| 19. | CARDI_000715 |

| 20. | CARDI_000716 |
|-----|--------------|
| 21. | CARDI_000717 |
| 22. | CARDI_000718-CARDI_000724 |
| 23. | CARDI_000725 |
| 24. | CARDI_000726-CARDI_000727 |
| 25. | CARDI_000728-CARDI_000729 |
| 26. | CARDI_000730-CARDI_000731 |
| 27. | CARDI_000732 |
| 28. | CARDI_000733-CARDI_000744 |
| 29. | CARDI_000745 |
| 30. | CARDI_000746 |
| 31. | CARDI_000378 |
| 32. | CARDI_000379 |
| 33. | CARDI_000380-CARDI_000385 |
| 34. | CARDI_000399 |
| 35. | CARDI_000400 |
| 36. | CARDI_000401 |
| 37. | CARDI_000402 |
| 38. | CARDI_000403 |
| 39. | CARDI_000404 |

| 40. | CARDI_000405 |
|-----|--------------|
| 41. | CARDI_000386- CARDI_000387 |
| 42. | CARDI_000388-CARDI_000389 |
| 43. | CARDI_000390-CARDI_000398 |
| 44. | CARDI_000406 |
| 45. | CARDI_000747- CARDI_000748 |
| 46. | CARDI_000749 |
| 47. | CARDI_000646 |
| 48. | CARDI_000791 |
| 49. | CARDI_000792 |
| 50. | CARDI_000799-CARDI_000802 |
| 51. | CARDI_000125 |
| 52. | CARDI_000150 |
| 53. | CARDI_000151 |
| 54. | CARDI_000152 |
| 55. | CARDI_000153 |
| 56. | CARDI_000154 |
| 57. | CARDI_000155 |
| 58. | CARDI_000156 |
| 59. | CARDI_000157 |
| 60. | CARDI_000158 |

| 61. | CARDI_000159 |
|-----|--------------|
| 62. | CARDI_000160 |
| 63. | CARDI_000161 |
| 64. | CARDI_000162 |
| 65. | CARDI_000163 |
| 66. | CARDI_000164 |
| 67. | CARDI_000165 |
| 68. | CARDI_000166 |
| 69. | CARDI_000167 |
| 70. | CARDI_000168 |
| 71. | CARDI_000169 |
| 72. | CARDI_000170 |
| 73. | CARDI_000171 |
| 74. | CARDI_000172 |
| 75. | CARDI_000173 |
| 76. | CARDI_000174 |
| 77. | CARDI_000175 |
| 78. | CARDI_000176 |
| 79. | CARDI_000177 |
| 80. | CARDI_000178 |
| 81. | CARDI_000180 |
| 82. | CARDI_000181 |

| 83.  | CARDI_000182 |
|------|--------------|
| 84.  | CARDI_000183 |
| 85.  | CARDI_000184 |
| 86.  | CARDI_000185 |
| 87.  | CARDI_000186 |
| 88.  | CARDI_000187 |
| 89.  | CARDI_000188 |
| 90.  | CARDI_000189 |
| 91.  | CARDI_000190 |
| 92.  | CARDI_000191 |
| 93.  | CARDI_000192 |
| 94.  | CARDI_000193 |
| 95.  | CARDI_000194 |
| 96.  | CARDI_000195 |
| 97.  | CARDI_000196 |
| 98.  | CARDI_000208 |
| 99.  | CARDI_000209 |
| 100. | CARDI_000210 |
| 101. | CARDI_000211 |
| 102. | CARDI_000229 |
| 103. | CARDI_000496 |
| 104. | CARDI_000497 |

| 105. | CARDI_000498 |
|------|--------------|
| 106. | CARDI_000502 |
| 107. | CARDI_000506 |
| 108. | CARDI_000507 |
| 109. | CARDI_000508 |
| 110. | CARDI_000509 |
| 111. | CARDI_000510 |
| 112. | CARDI_000511 |
| 113. | CARDI_000512 |
| 114. | CARDI_000513 |
| 115. | CARDI_000514 |
| 116. | CARDI_000515 |
| 117. | CARDI_000517 |
| 118. | CARDI_000518 |
| 119. | CARDI_000519 |
| 120. | CARDI_000520 |
| 121. | CARDI_000521 |
| 122. | CARDI_000522 |
| 123. | CARDI_000523 |
| 124. | CARDI_000524 |
| 125. | CARDI_000525 |
| 126. | CARDI_000526 |

| 127. | CARDI_000527 |
|------|--------------|
| 128. | CARDI_000528 |
| 129. | CARDI_000529 |
| 130. | CARDI_000530 |
| 131. | CARDI_000531 |
| 132. | CARDI_000532 |
| 133. | CARDI_000533 |
| 134. | CARDI_000534 |
| 135. | CARDI_000535 |
| 136. | CARDI_000536 |
| 137. | CARDI_000537 |
| 138. | CARDI_000538 |
| 139. | CARDI_000539 |
| 140. | CARDI_000540 |
| 141. | CARDI_000541 |
| 142. | CARDI_000544 |
| 143. | CARDI_000564 |
| 144. | CARDI_000565 |
| 145. | CARDI_000567 |
| 146. | CARDI_000568 |
| 147. | CARDI_000570 |
| 148. | CARDI_000574 |

| 149. | CARDI_000575 |
|------|--------------|
| 150. | CARDI_000576 |
| 151. | CARDI_000577 |
| 152. | CARDI_000578 |
| 153. | CARDI_000579 |
| 154. | CARDI_000580 |
| 155. | CARDI_000581 |
| 156. | CARDI_000582 |
| 157. | CARDI_000583 |
| 158. | CARDI_000584 |
| 159. | CARDI_000585 |
| 160. | CARDI_000586 |
| 161. | CARDI_000587 |
| 162. | CARDI_000588 |
| 163. | CARDI_000589 |
| 164. | CARDI_000590 |
| 165. | CARDI_000591 |
| 166. | CARDI_000592 |
| 167. | CARDI_000593 |
| 168. | CARDI_000606 |
| 169. | CARDI_000607 |
| 170. | CARDI_000608 |

| 171. | CARDI_000609 |
|------|--------------|
| 172. | CARDI_000610 |
| 173. | CARDI_000611 |
| 174. | CARDI_000612 |
| 175. | CARDI_000613 |
| 176. | CARDI_000614 |
| 177. | CARDI_000616 |
| 178. | CARDI_000618 |
| 179. | CARDI_000625 |
| 180. | CARDI_000627 |
| 181. | CARDI_000628 |
| 182. | CARDI_000629 |
| 183. | CARDI_000632 |
| 184. | CARDI_000658 |
| 185. | CARDI_000659 |
| 186. | CARDI_000684 |
| 187. | CARDI_000701 |
| 188. | CARDI_000845 |
| 189. | CARDI_000846 |
| 190. | CARDI_000847 |
| 191. | CARDI_000622 |
| 192. | CARDI_000623 |

| 193. | CARDI_000624 |
|------|--------------|
| 194. | CARDI_000230 |
| 195. | CARDI_0000630 |
| 196. | CARDI_0000631 |
| 197. | CARDI_0000633 |
| 198. | CARDI_000346 |
| 199. | CARDI_000347 |
| 200. | CARDI_000348 |
| 201. | CARDI_000349 |
| 202. | CARDI_000453 |
| 203. | CARDI_000454 |
| 204. | CARDI_000455 |
| 205. | CARDI_000456 |
| 206. | CARDI_000457 |
| 207. | CARDI_000458 |
| 208. | CARDI_000459 |
| 209. | CARDI_000460 |
| 210. | CARDI_000461 |
| 211. | CARDI_000619 |
| 212. | CARDI_000620 |
| 213. | CARDI_000661 |
| 214. | CARDI_000662 |
| 215. | CARDI_000663 |

| 216. | CARDI_000664 |
|------|--------------|
| 217. | CARDI_000665 |
| 218. | CARDI_000666 |
| 219. | CARDI_000667 |
| 220. | CARDI_000668 |
| 221. | CARDI_000499 |
| 222. | CARDI_000546 |
| 223. | CARDI_000547 |
| 224. | CARDI_000548 |
| 225. | CARDI_000549 |
| 226. | CARDI_000550 |
| 227. | CARDI_000561 |
| 228. | CARDI_000562 |
| 229. | CARDI_000563 |
| 230. | CARDI_000566 |
| 231. | CARDI_000359 |
| 232. | CARDI_000360-CARDI_000362 |
| 233. | CARDI_000363 |
| 234. | CARDI_000364-CARDI_000366 |
| 235. | CARDI_000214-CARDI_000216 |

| 236. | CARDI_000367 |
|------|--------------|
| 237. | CARDI_000368-CARDI_000370 |
| 238. | CARDI_000351 |
| 239. | CARDI_000352 |
| 240. | CARDI_000353 |
| 241. | CARDI_000354 |
| 242. | CARDI_000355 |
| 243. | CARDI_000356 |
| 244. | CARDI_000505 |
| 245. | CARDI_000213 |
| 246. | CARDI_000121-CARDI_000122 |
| 247. | CARDI_000844 |
| 248. | CARDI_000465-CARDI_000473 |
| 249. | CARDI_000751 |
| 250. | CARDI_000783-CARDI_000786 |
| 251. | CARDI_000082 |
| 252. | CARDI_000091 |
| 253. | CARDI_000092 |
| 254. | CARDI_000093 |
| 255. | CARDI_000094 |
| 256. | CARDI_000096 |

| 257. | CARDI_000099 |
|------|--------------|
| 258. | CARDI_000100 |
| 259. | CARDI_000101 |
| 260. | CARDI_000103 |
| 261. | CARDI_000106 |
| 262. | CARDI_000108 |
| 263. | CARDI_000109 |
| 264. | CARDI_000110 |
| 265. | CARDI_000112 |
| 266. | CARDI_000113 |
| 267. | CARDI_000114 |
| 268. | CARDI_000116 |
| 269. | CARDI_000117 |
| 270. | CARDI_000212 |
| 271. | CARDI_000326 |
| 272. | CARDI_000423 |
| 273. | CARDI_000426 |
| 274. | CARDI_000427 |
| 275. | CARDI_000474 |
| 276. | CARDI_000483 |
| 277. | CARDI_000488 |
| 278. | CARDI_000489 |
| 279. | CARDI_000554 |
| 280. | CARDI_000556 |

| 281. | CARDI_000560 |
|------|--------------|
| 282. | CARDI_000595 |
| 283. | CARDI_000604 |
| 284. | CARDI_000605 |
| 285. | CARDI_000679 |
| 286. | CARDI_000545 |
| 287. | CARDI_000594 |
| 288. | CARDI_000596 |
| 289. | CARDI_000598 |
| 290. | CARDI_000599 |
| 291. | CARDI_000601 |
| 292. | CARDI_000679 |
| 293. | CARDI_000797 |
| 294. | CARDI_000798 |
| 295. | CARDI_000803 |
| 296. | CARDI_000804 |
| 297. | CARDI_000848 |
| 298. | CARDI_000002 |
| 299. | CARDI_000007 |
| 300. | CARDI_000017 |
| 301. | CARDI_000022 |
| 302. | CARDI_000031 |
| 303. | CARDI_000032 |
| 304. | CARDI_000034 |

| 305. | CARDI_000037 |
|------|--------------|
| 306. | CARDI_000038 |
| 307. | CARDI_000040 |
| 308. | CARDI_000044 |
| 309. | CARDI_000048 |
| 310. | CARDI_000049 |
| 311. | CARDI_000050 |
| 312. | CARDI_000051 |
| 313. | CARDI_000052 |
| 314. | CARDI_000053 |
| 315. | CARDI_000055 |
| 316. | CARDI_000066 |
| 317. | CARDI_000067 |
| 318. | CARDI_000068 |
| 319. | CARDI_000069 |
| 320. | CARDI_000070 |
| 321. | CARDI_000072 |
| 322. | CARDI_000320 |
| 323. | CARDI_000324 |
| 324. | CARDI_000325 |
| 325. | CARDI_000327 |
| 326. | CARDI_000328 |
| 327. | CARDI_000329 |
| 328. | CARDI_000330 |

| 329. | CARDI_000331 |
|------|--------------|
| 330. | CARDI_000338 |
| 331. | CARDI_000339 |
| 332. | CARDI_000340 |
| 333. | CARDI_000422 |
| 334. | CARDI_000428 |
| 335. | CARDI_000429 |
| 336. | CARDI_000430 |
| 337. | CARDI_000431 |
| 338. | CARDI_000432 |
| 339. | CARDI_000462 |
| 340. | CARDI_000482 |
| 341. | CARDI_000485 |
| 342. | CARDI_000555 |
| 343. | CARDI_000557 |
| 344. | CARDI_000559 |
| 345. | CARDI_000569 |
| 346. | CARDI_000597 |
| 347. | CARDI_000621 |
| 348. | CARDI_000819 |
| 349. | CARDI_000820 |
| 350. | CARDI_000821 |
| 351. | CARDI_000822 |
| 352. | CARDI_000823 |

| 353. | CARDI_000824 |
|------|--------------|
| 354. | CARDI_000825 |
| 355. | CARDI_000826 |
| 356. | CARDI_000827 |
| 357. | CARDI_000828 |
| 358. | CARDI_000829 |
| 359. | CARDI_000830 |
| 360. | CARDI_000831 |
| 361. | CARDI_000832 |
| 362. | CARDI_000833 |
| 363. | CARDI_000834 |
| 364. | CARDI_000835 |
| 365. | CARDI_000836 |
| 366. | CARDI_000837 |
| 367. | CARDI_000838 |
| 368. | CARDI_000839 |
| 369. | CARDI_000840 |
| 370. | CARDI_000841 |
| 371. | CARDI_000842 |
| 372. | CARDI_000843 |
| 373. | CARDI_000076 |
| 374. | CARDI_000078 |
| 375. | CARDI_000079 |
| 376. | CARDI_000083 |

| 377. | CARDI_000084 |
|------|--------------|
| 378. | CARDI_000085 |
| 379. | CARDI_000086 |
| 380. | CARDI_000088 |
| 381. | CARDI_000089 |
| 382. | CARDI_000124 |
| 383. | CARDI_000486 |
| 384. | CARDI_000572 |
| 385. | CARDI_000573 |
| 386. | CARDI_000342 |
| 387. | CARDI_000343 |
| 388. | CARDI_000344 |
| 389. | CARDI_0000463 |
| 390. | CARDI_000516 |
| 391. | CARDI_000542-CARDI_000543 |
| 392. | CARDI_000571 |
| 393. | CARDI_000600 |
| 394. | CARDI_000615 |
| 395. | CARDI_000697 |
| 396. | CARDI_000698 |
| 397. | CARDI_000699 |
| 398. | CARDI_000772 |
| 399. | CARDI_000773 |

| 400. | CARDI_000793 |
|------|--------------|
| 401. | CARDI_000794 |
| 402. | CARDI_000134 |
| 403. | CARDI_000197 |
| 404. | CARDI_000199 |
| 405. | CARDI_000200 |
| 406. | CARDI_000480 |
| 407. | CARDI_000551 |
| 408. | CARDI_000201 |
| 409. | CARDI_000203 |
| 410. | CARDI_000204 |
| 411. | CARDI_000205 |
| 412. | CARDI_000207 |
| 413. | CARDI_000232 |
| 414. | CARDI_000234 |
| 415. | CARDI_000256 |
| 416. | CARDI_000257 |
| 417. | CARDI_000258 |
| 418. | CARDI_000260 |
| 419. | CARDI_000261 |
| 420. | CARDI_000263 |
| 421. | CARDI_000264 |

| 422. | CARDI_000297 |
|------|--------------|
| 423. | CARDI_000235 |
| 424. | CARDI_000321 |
| 425. | CARDI_000236 |
| 426. | CARDI_000253 |
| 427. | CARDI_000254 |
| 428. | CARDI_000255 |
| 429. | CARDI_000267 |
| 430. | CARDI_000279 |
| 431. | CARDI_000285 |
| 432. | CARDI_000262 |
| 433. | CARDI_000237 |
| 434. | CARDI_000238 |
| 435. | CARDI_000239 |
| 436. | CARDI_000240 |
| 437. | CARDI_000242 |
| 438. | CARDI_000243 |
| 439. | CARDI_000244 |
| 440. | CARDI_000245 |
| 441. | CARDI_000246 |
| 442. | CARDI_000247 |
| 443. | CARDI_000248 |

| 444. | CARDI_000249 |
|------|--------------|
| 445. | CARDI_000250 |
| 446. | CARDI_000251 |
| 447. | CARDI_000252 |
| 448. | CARDI_000268 |
| 449. | CARDI_000259 |
| 450. | CARDI_000265 |
| 451. | CARDI_000278 |
| 452. | CARDI_000280-CARDI_000282 |
| 453. | CARDI_000283 |
| 454. | CARDI_000284 |
| 455. | CARDI_000286-CARDI_000288 |
| 456. | CARDI_000293 |
| 457. | CARDI_000496 |
| 458. | CARDI_000129-CARDI_000133 |
| 459. | CARDI_000136-CARDI_000139 |
| 460. | CARDI_000140-CARDI_000141 |
| 461. | CARDI_000144-CARDI_000145 |
| 462. | CARDI_000816-CARDI_000818 |

| 463. | CARDI_000497 |
|------|--------------|
| 464. | CARDI_000498 |
| 465. | CARDI_000500 |
| 466. | CARDI_000501 |
| 467. | CARDI_000126-CARDI_000128 |
| 468. | CARDI_000753 |
| 469. | CARDI_000754 |
| 470. | CARDI_000755 |
| 471. | CARDI_000756 |
| 472. | CARDI_000760 |
| 473. | CARDI_000761 |
| 474. | CARDI_000762 |
| 475. | CARDI_000763 |
| 476. | CARDI_000764 |
| 477. | CARDI_000765 |
| 478. | CARDI_000766 |
| 479. | CARDI_000767 |
| 480. | CARDI_000768 |
| 481. | CARDI_000769 |
| 482. | CARDI_000770 |
| 483. | CARDI_000771 |
| 484. | CARDI_000357 |

| 485. | CARDI_000358 |
|------|--------------|
| 486. | CARDI_000669 |
| 487. | CARDI_000670 |
| 488. | CARDI_000673 |
| 489. | CARDI_000675 |
| 490. | CARDI_000676 |
| 491. | CARDI_000677 |
| 492. | CARDI_000678 |
| 493. | CARDI_000765 |
| 494. | CARDI_000767 |
| 495. | CARDI_000770 |
| 496. | CARDI_000639 |
| 497. | CARDI_000653 |
| 498. | CARDI_000683 |
| 499. | CARDI_000689 |
| 500. | CARDI_000690 |
| 501. | CARDI_000477 |
| 502. | CARDI_000640 |
| 503. | CARDI_000654 |
| 504. | CARDI_000421 |
| 505. | CARDI_000464 |
| 506. | CARDI_000494 |
| 507. | CARDI_000495 |
| 508. | CARDI_000643 |

| 509. | CARDI_000644 |
|------|--------------|
| 510. | CARDI_000678 |
| 511. | CARDI_000688 |
| 512. | CARDI_000493 |
| 513. | CARDI_000691 |
| 514. | CARDI_000491 |
| 515. | CARDI_000626 |
| 516. | CARDI_000648 |
| 517. | CARDI_000650 |
| 518. | CARDI_000682 |
| 519. | CARDI_000685 |
| 520. | CARDI_000476 |
| 521. | CARDI_000477 |
| 522. | CARDI_000686 |
| 523. | CARDI_000693 |
| 524. | CARDI_000695 |
| 525. | CARDI_000475 |
| 526. | CARDI_000647 |
| 527. | CARDI_000750 |
| 528. | CARDI_000752 |
| 529. | CARDI_000341 |
| 530. | CARDI_000313 |
| 531. | CARDI_000314 |

| | |
|---|---|
| 532. | CARDI_000316 |
| 533. | CARDI_000317-CARDI00318 |
| 534. | CARDI_000315 |
| 535. | CARDI_000233 |
| 536. | CARDI VIDEO 001 |
| 537. | CARDI VIDEO 002 |
| 538. | CARDI VIDEO 003 |
| 539. | CARDI VIDEO 004 |
| 540. | CARDI VIDEO 005 |
| 541. | CARDI VIDEO 006 |
| 542. | CARDI VIDEO 007 |
| 543. | CARDI VIDEO 010 |
| 544. | CARDI VIDEO 011 |

| 545. | CARDI VIDEO 012 |
|------|-----------------|
| 546. | CARDI VIDEO 013 |
| 547. | CARDI VIDEO 014 |
| 548. | CARDI VIDEO 015 |
| 549. | CARDI VIDEO 016 |
| 550. | CARDI VIDEO 019 |
| 551. | CARDI VIDEO 020 |
| 552. | CARDI VIDEO 021 |
| 553. | CARDI VIDEO 024 |
| 554. | CARDI VIDEO 025 |
| 555. | CARDI VIDEO 026 |
| 556. | CARDI VIDEO 029 |

| 557. | CARDI VIDEO 031 |
|------|-----------------|
| 558. | CARDI VIDEO 032 |
| 559. | CARDI VIDEO 033 |
| 560. | CARDI VIDEO 034 |
| 561. | CARDI VIDEO 035 |
| 562. | CARDI VIDEO 036 |
| 563. | CARDI VIDEO 037 |
| 564. | CARDI VIDEO 039 |
| 565. | CARDI VIDEO 040 |
| 566. | CARDI VIDEO 042 |
| 567. | CARDI VIDEO 045 |
| 568. | CARDI VIDEO 046 |
| 569. | CARDI VIDEO 047 |

| 570. | CARDI VIDEO 049 |
|------|-----------------|
| 571. | CARDI VIDEO 050 |
| 572. | CARDI VIDEO 053 |
| 573. | CARDI VIDEO 054 |
| 574. | CARDI VIDEO 056 |
| 575. | CARDI VIDEO 057 |
| 576. | CARDI VIDEO 058 |
| 577. | CARDI VIDEO 059 |
| 578. | CARDI VIDEO 062 |
| 579. | CARDI VIDEO 063 |
| 580. | CARDI VIDEO 064 |
| 581. | CARDI VIDEO 065 |
| 582. | CARDI VIDEO 066 |

| 583. | CARDI VIDEO 067 |
|------|-----------------|
| 584. | CARDI VIDE0 068 |
| 585. | CARDI VIDEO 069 |
| 586. | CARDI VIDEO 070 |
| 587. | CARDI VIDEO 072 |
| 588. | CARDI VIDEO 073 |
| 589. | CARDI VIDEO 074 |
| 590. | CARDI VIDEO 076 |
| 591. | CARDI VIDEO 077 |
| 592. | CARDI VIDEO 078 |
| 593. | CARDI VIDEO 079 |
| 594. | CARDI VIDEO 080 |
| 595. | CARDI VIDEO 081 |

| 596. | CARDI VIDEO 082 |
|------|-----------------|
| 597. | CARDI VIDEO 083 |
| 598. | CARDI VIDEO 084 |
| 599. | CARDI VIDEO 085 |
| 600. | CARDI VIDEO 086 |
| 601. | CARDI VIDEO 087 |
| 602. | CARDI VIDEO 088 |
| 603. | CARDI VIDEO 091 |
| 604. | CARDI VIDEO 092 |
| 605. | CARDI VIDEO 093 |
| 606. | CARDI VIDEO 094 |
| 607. | CARDI VIDEO 096 |
| 608. | CARDI VIDEO 097 |
| 609. | CARDI VIDEO 098 |

| 610. | CARDI VIDEO 100 |
|---|---|
| 611. | CARDI VIDEO 101 |
| 612. | CARDI VIDEO 102 |
| 613. | CARDI VIDEO 103 |
| 614. | CARDI VIDEO 104 |
| 615. | CARDI VIDEO 105 |
| 616. | CARDI VIDEO 106 |
| 617. | CARDI VIDEO 107 |
| 618. | CARDI VIDEO 109 |
| 619. | CARDI VIDEO 110 |
| 620. | CARDI VIDEO 111 |
| 621. | CARDI VIDEO 112 |
| 622. | CARDI VIDEO 113 |
| 623. | CARDI VIDEO 114 |

| 624. | CARDI VIDEO 115 |
|------|-----------------|
| 625. | CARDI VIDEO 116 |
| 626. | CARDI VIDEO 117 |
| 627. | CARDI VIDEO 118 |
| 628. | CARDI VIDEO 119 |
| 629. | CARDI VIDEO 120 |
| 630. | CARDI VIDEO 122 |
| 631. | CARDI VIDEO 123 |
| 632. | CARDI VIDEO 124 |
| 633. | CARDI VIDEO 125 |
| 634. | CARDI VIDEO 126 |
| 635. | CARDI VIDEO 127 |
| 636. | CARDI VIDEO 128 |
| 637. | CARDI VIDEO 129 |
| 638. | CARDI VIDEO 131 |

| 639. | CARDI VIDEO 132 |
|------|-----------------|
| 640. | CARDI VIDEO 135 |
| 641. | CARDI VIDEO 136 |
| 642. | CARDI VIDEO 137 |
| 643. | CARDI VIDEO 138 |
| 644. | CARDI VIDEO 139 |
| 645. | CARDI VIDEO 140 |
| 646. | CARDI VIDEO 141 |
| 647. | CARDI VIDEO 143 |
| 648. | CARDI VIDEO 144 |
| 649. | CARDI VIDEO 145 |
| 650. | CARDI VIDEO 146 |
| 651. | CARDI VIDEO 147 (same as CARDI VIDEO 21 but full) |

| 652. | CARDI VIDEO 148 |
|---|---|
| 653. | CARDI VIDEO 149 |
| 654. | CARDI VIDEO 151 |
| 655. | CARDI VIDEO 152 |
| 656. | CARDI VIDEO 153 |
| 657. | CARDI VIDEO 154 |
| 658. | CARDI VIDEO 155 |
| 659. | CARDI VIDEO 156 |
| 660. | CARDI VIDEO 157 (same as CARDI VIDEO 156 - file issue) |
| 661. | CARDI VIDEO 158 |
| 662. | CARDI VIDEO 159 |
| 663. | CARDI VIDEO 160 |
| 664. | CARDI VIDEO 161 |
| 665. | CARDI VIDEO 162 |

| 666. | CARDI VIDEO 165 |
|------|-----------------|
| 667. | CARDI VIDEO 166 |
| 668. | CARDI VIDEO 167 |
| 669. | CARDI VIDEO 168 |
| 670. | CARDI VIDEO 169 |
| 671. | CARDI VIDEO 170 |
| 672. | CARDI VIDEO 171 |
| 673. | CARDI VIDEO 172 |
| 674. | CARDI VIDEO 173 |
| 675. | Kebe 020 |
| 676. | Kebe 021 |
| 677. | Kebe 022 |
| 678. | Kebe 023 |
| 679. | Kebe 026 |
| 680. | Kebe 027 |
| 681. | Kebe 029 |
| 682. | Kebe 031 |
| 683. | Kebe 032 |
| 684. | Kebe 033 |
| 685. | Kebe 034 |

| 686. | Kebe 035 |
|------|----------|
| 687. | Kebe 036 |
| 688. | Kebe 037 |
| 689. | Kebe 038 |
| 690. | Kebe 039 |
| 691. | Kebe 041 |
| 692. | Kebe 042 |
| 693. | Kebe 043 |
| 694. | Kebe 045 |
| 695. | Kebe 046 |
| 696. | Kebe 049 |
| 697. | Kebe 050 |
| 698. | Kebe 051 |
| 699. | Kebe 052 |
| 700. | Kebe 053 |
| 701. | Kebe 054 |
| 702. | Kebe 055 |
| 703. | Kebe 056 |
| 704. | Kebe 057 |
| 705. | Kebe 058 |
| 706. | Kebe 059 |
| 707. | Kebe 060 |
| 708. | Kebe 061 |
| 709. | Kebe 062 |

| 710. | Kebe 063 |
|------|----------|
| 711. | Kebe 064 |
| 712. | Kebe 065 |
| 713. | Kebe 066 |
| 714. | Kebe 067 |
| 715. | Kebe 068 |
| 716. | Kebe 069 |
| 717. | Kebe 070 |
| 718. | Kebe 071 |
| 719. | Kebe 072 |
| 720. | Kebe 073-Kebe 080 |
| 721. | Kebe 081-Kebe 088 |
| 722. | Kebe 171-Kebe 172 |
| 723. | Kebe 173 |
| 724. | Kebe 174-Kebe 175 |
| 725. | Kebe 176 |
| 726. | Kebe 177-Kebe 178 |
| 727. | Kebe 179 |
| 728. | Kebe 180-Kebe 182 |
| 729. | Kebe 183 |

| 730. | Kebe 184 |
|------|----------|
| 731. | Kebe 185 |
| 732. | Kebe 186 |
| 733. | Kebe 187 |
| 734. | Kebe 188 |
| 735. | Kebe 189 |
| 736. | Kebe 190 |
| 737. | Kebe 209 |
| 738. | Kebe 210 |
| 739. | Kebe 211 |
| 740. | Kebe 212 |
| 741. | Kebe 213 |
| 742. | Kebe 214 |
| 743. | Kebe 215 |
| 744. | Kebe 216 (.mp4 only) |
| 745. | Kebe 217 (.mp4 only) |
| 746. | Kebe 218 |
| 747. | Kebe 219 |
| 748. | Kebe 220 |
| 749. | Kebe 221 |

| 750. | Kebe 222 |
|------|----------|
| 751. | Kebe 223 |
| 752. | Kebe 224 |
| 753. | Kebe 225 |
| 754. | Kebe 226 |
| 755. | Kebe 227 |
| 756. | Kebe 228 |
| 757. | Kebe 229 |
| 758. | Kebe 230 |
| 759. | Kebe 231 |
| 760. | Kebe 232 |
| 761. | Kebe 233 |
| 762. | Kebe 234 |
| 763. | Kebe 235 |
| 764. | Kebe 236 |
| 765. | Kebe 237 |
| 766. | Kebe 238 |
| 767. | Kebe 239 |
| 768. | Kebe 240 |
| 769. | Kebe 241 |
| 770. | Kebe 242 |
| 771. | Kebe 243 |
| 772. | Kebe 244 |
| 773. | Kebe 245 |

| 774. | Kebe 246 |
|------|----------|
| 775. | Kebe 247 |
| 776. | Kebe 249 |
| 777. | Kebe 250 |
| 778. | Kebe 251 |
| 779. | Kebe 254 |
| 780. | Kebe 255 |
| 781. | Kebe 256 |
| 782. | Kebe 258 |
| 783. | Kebe 259 |
| 784. | Kebe 260 |
| 785. | Kebe 265 |
| 786. | Kebe 266 |
| 787. | Kebe 267 |
| 788. - | Kebe 268 |
| 789. | Kebe 269 |
| 790. | Kebe 270 |
| 791. | Kebe 271 |
| 792. | Kebe 272 |
| 793. | Kebe 273 |
| 794. | Kebe 274 |
| 795. | Kebe 275 |

| 796. | Kebe 276 |
|---|---|
| 797. | Kebe 277 |
| 798. | Kebe 278 |
| 799. | Kebe 279 |
| 800. | Kebe 280 |
| 801. | Kebe 281 |
| 802. | Kebe 282 |
| 803. | Kebe 283 |
| 804. | Kebe 284 |
| 805. | Kebe 285 |
| 806. | Kebe 286 |
| 807. | Kebe 287 |
| 808. | Kebe 288 |
| 809. | Kebe 289 |
| 810. | Kebe 290 |

| 811. | Kebe 291 |
|------|----------|
| 812. | Kebe 292 |
| 813. | Kebe 293 |
| 814. | Kebe 294 |
| 815. | Kebe 295 |
| 816. | Kebe 296 |
| 817. | Kebe 297 |
| 818. | Kebe 298 |
| 819. | Kebe 299 |
| 820. | Kebe 300 |
| 821. | Kebe 301 |
| 822. | Kebe 302 |
| 823. | Kebe 303 |
| 824. | Kebe 304 |
| 825. | Kebe 305 |

| 826. | Kebe 306 |
|------|----------|
| 827. | Kebe 307 |
| 828. | Kebe 308 |
| 829. | Kebe 309 |
| 830. | Kebe 310 |
| 831. | Kebe 311 |
| 832. | Kebe 312 |
| 833. | Kebe 313 |
| 834. | Kebe 314 |
| 835. | Kebe 315 |
| 836. | Kebe 316 |
| 837. | Kebe 317 |
| 838. | Kebe 318 |
| 839. | Kebe 319 |
| 840. | Kebe 320 |

| 841. | Kebe 321 |
|------|----------|
| 842. | Kebe 322 |
| 843. | Kebe 323 |
| 844. | Kebe 324 |
| 845. | Kebe 325 |
| 846. | Kebe 326 |
| 847. | Kebe 327 |
| 848. | Kebe 328 |
| 849. | Kebe 329 |
| 850. | Kebe 330 |
| 851. | Kebe 331 |
| 852. | Kebe 332 |
| 853. | Kebe 333 |
| 854. | Kebe 337 |
| 855. | Kebe 338 |

| 856. | Kebe 339 |
|------|----------|
| 857. | Kebe 340 |
| 858. | Kebe 341 |
| 859. | Kebe 342 |
| 860. | Kebe 343 |
| 861. | Kebe 357 |
| 862. | Kebe 358 |
| 863. | Kebe 359 |
| 864. | Kebe 360 |
| 865. | Kebe 361 |
| 866. | Kebe 362 |
| 867. | Kebe 363 |
| 868. | Kebe 364 |
| 869. | Kebe 365 |
| 870. | Kebe 403 |
| 871. | Kebe 404 |
| 872. | Kebe 405 |
| 873. | Kebe 407 |
| 874. | Kebe 408 |
| 875. | Kebe 409 |

| 876. | Kebe 410 |
|------|----------|
| 877. | Kebe 420 |
| 878. | Kebe 432 |
| 879. | Kebe 479-Kebe 484 |
| 880. | Kebe 485-Kebe 489 |
| 881. | Kebe 490 |
| 882. | Kebe 491 |
| 883. | Kebe 514 |
| 884. | Kebe 530 |
| 885. | Kebe 550 |
| 886. | Kebe 552-Kebe 553 |
| 887. | Kebe 554-Kebe 555 |
| 888. | Kebe 556-Kebe 557 |
| 889. | Kebe 558 |
| 890. | Kebe 573 |
| 891. | Kebe 580-Kebe 582 |

| 892. | Kebe 591-Kebe 592 |
|------|-------------------|
| 893. | Kebe 594 |
| 894. | Kebe 595 |
| 895. | Kebe 596 |
| 896. | Kebe 597 |
| 897. | Kebe 598 |
| 898. | Kebe 599 |
| 899. | Kebe 600 |
| 900. | Kebe 601 |
| 901. | Kebe 602 |
| 902. | Kebe 604 |
| 903. | Kebe 606 |
| 904. | Kebe 607 |
| 905. | Kebe 608 |
| 906. | Kebe 609 |
| 907. | Kebe 611 |
| 908. | Kebe 613 |
| 909. | Kebe 614 |
| 910. | Kebe 623 |
| 911. | Kebe 642 |
| 912. | Kebe 644 |

| 913. | Kebe 646 |
|------|----------|
| 914. | Kebe 648 |
| 915. | CHAQ_020 |
| 916. | CHAQ_021 |
| 917. | CHAQ_022 |
| 918. | CHAQ_023 |
| 919. | CHAQ_024 |
| 920. | CHAQ_025 |
| 921. | CHAQ_026 |
| 922. | CHAQ_027 |
| 923. | CHAQ_033 |
| 924. | CARDI_000492 |
| 925. | CARDI_000490 |
| 926. | CARDI_000487 |
| 927. | CARDI_000479 |
| 928. | CARDI_000481 |
| 929. | CARDI_000135 |
| 930. | CARDI_000142 |
| 931. | CARDI_000062 |

| 932. | CARDI_000063 |
|------|--------------|
| 933. | CARDI_000503 |
| 934. | CARDI_000504 |
| 935. | CARDI_000681 |

## <u>Defendants' Objections to Plaintiffs' Attachment G-1</u>

I.    Plaintiff's alleged medical records are inadmissible as a business record under Rule 803(6) of the Federal Rules of Evidence as they cannot be authenticated. Plaintiff has not provided Ms. Kebe with any witness information for any of Plaintiff's treating physicians. Still, Plaintiff's alleged medical records do not contain any certification by a records custodian as required by Rule 902(11).

**[EX. 1]** CARDI_000146- CARDI_000149

**[EX. 2]** CARDI_000231

II.    Objection to Hearsay, Relvence, and Authenticity

**[EX. 402]** CARDI_000089

**[EX. 267]** CARDI_000100

**[EX. 253]** CARDI_000118

**[EX. 52]** CARDI_000120 Objection to Hearsay

**[EX. 252]** CARDI_000121-CARDI_000122

**[EX. 480]** CARDI_000129- CARDI_000133 Defendant objects on relevance grounds and under the Best Evidence Rule. If relevant, the audio should be played.

**[EX. 198]** CARDI_000230

**[EX. 434]** CARDI_000232 **[EX. 2]** CARDI_000233 **[EX. 435]** CARDI_000234 **[EX. 445]** CARDI_000235 **[EX. 447]** CARDI_000236 **[EX. 455]** CARDI_000237 **[EX. 456]** CARDI_000238 **[EX. 457]** CARDI_000239 **[EX. 458]** CARDI_000240 **[EX. 459]** CARDI_000242 **[EX. 460]** CARDI_000243 **[EX. 461]** CARDI_000244 **[EX. 4621]** CARDI_000245

**[EX. 464 - 467]** CARDI_000247 CARDI_000248 CARDI_000249

**[EX. 468]** CARDI_000251 **[EX. 469]** CARDI_000252 **[EX. 448]** CARDI_000253 **[EX. 449]** CARDI_000254 **[EX. 450]** CARDI_000255 **[EX. 436]** CARDI_000256 **[EX. 437- 438]** CARDI_000257 CARDI_000258 **[EX. 471]** CARDI_000259 **[EX. 439 - 440]** CARDI_000260 CARDI_000261 **[EX. 454]** CARDI_000262        **[EX. 441 - 442]** CARDI_000263 CARDI_000264 **[EX. 472]** CARDI_000265 **[EX. 451]** CARDI_000267 **[EX. 470]** CARDI_000268 **[EX. 473]** CARDI_000278 **[EX. 452]** CARDI_000279 **[EX. 474]** CARDI_000280- CARDI_000282 **[EX. 474 - 476]** CARDI_000283 CARDI_000284 **[EX. 476]** CARDI_000285 **[EX. 477]** CARDI_000286-CARDI_000288 **[EX. 478]** CARDI_000293

**[EX. 444]** CARDI_000297

**[EX. 552]** CARDI_000313 **[EX. 553]** CARDI_000314 **[EX. 554]** CARDI_000316 **[EX. 555]** CARDI_000317-CARDI_00318 Settlement Discussions are inadmissible.

**[EX. 446]** CARDI_000321

**[EX. 352]** CARDI_000340

**[EX. 407 -409]** CARDI_000342 CARDI_000343 CARDI_000344

**[EX. 244 -245]** CARDI_000351 CARDI_000352

**[EX. 247 -249]** CARDI_000354 CARDI_000355 CARDI_000356

**[EX. 506 - 507]** CARDI_000357 CARDI_000358

**[EX. 237 - 238]** CARDI_000359 CARDI_000360-CARDI_000362

**[EX. 233]** CARDI_000409 **[EX. 234]** CARDI_000420 **[EX. 526]** CARDI_000421

**[EX. 284 - 212]** CARDI_000447 **[EX. 236]** CARDI_000451 **[EX. 235]** CARDI_000452 **[EX. 000]** CARDI_000453 **[EX. 000]** CARDI_000454 **[EX. 000]** CARDI_000455 **[EX. 000]** CARDI_000456 **[EX. 000]** CARDI_000457 **[EX. 000]** CARDI_000458 **[EX. 000]** CARDI_000459 **[EX. 000]** CARDI_000460 **[EX. 000]** CARDI_000461

**[EX. 527]** CARDI_000464 **[EX. 255]** CARDI_000465-CARDI_000473

**[EX. 542]** CARDI_000476 **[EX. 543]** CARDI_000477 [ **[EX. 1045]** CARDI_000479 **[EX. 427]** CARDI_000480 **[EX. 1046]** CARDI_000481 CARDI_000482

**[EX. 1043]** CARDI_000490 **[EX. 536]** CARDI_000491 **[EX. 000]** CARDI_000492 **[EX. 000]** CARDI_000492

**[EX. 534]** CARDI_000493

**[EX. 528 - 529]** CARDI_000494 **[EX. 000]** CARDI_000495

**[EX. 000]** CARDI_000496 CARDI_000497 CARDI_000498

**[EX. 000]** CARDI_000505

**[EX. 000]** CARDI_000516

**[EX. 000]** CARDI_000542-CARDI_000543

**[EX. 000]** CARDI_000546 CARDI_000547 CARDI_000548 CARDI_000549

**[EX. 000]** CARDI_000551

**[EX. 000]** CARDI_000559

**[EX. 000]** CARDI_000563

**[EX. 000]** CARDI_000566

**[EX. 000]** CARDI_000570 CARDI_000571

**[EX. 000]** CARDI_000600 CARDI_000601 CARDI_000605

**[EX. 000]** CARDI_000615 CARDI_000619 CARDI_000620 CARDI_000623 CARDI_000624 CARDI_000626 CARDI_000629 CARDI_000633 CARDI_000634 CARDI_000639 CARDI_000640 CARDI_000643 CARDI_000644 CARDI_000646 CARDI_000647 CARDI_000648 CARDI_000650 CARDI_000653 CARDI_000654

**[EX. 000]** CARDI_000661 CARDI_000662 CARDI_000663 CARDI_000664 CARDI_000665 CARDI_000666 CARDI_000667

CARDI_000668 CARDI_000669 CARDI_000670 CARDI_000673
CARDI_000675 CARDI_000676 CARDI_000677 CARDI_000678

**[EX. 000]** CARDI_000682 CARDI_000683 CARDI_000684
CARDI_000685 CARDI_000686 CARDI_000688 CARDI_000689
CARDI_000690 CARDI_000691 CARDI_000693 CARDI_000695

**[EX. 000]** CARDI_000750

**[EX. 000]** CARDI_000754 CARDI_000755 CARDI_000756
CARDI_000760 CARDI_000761 CARDI_000762 CARDI_000763
CARDI_000764 CARDI_000765 CARDI_000765 CARDI_000766
CARDI_000767 CARDI_000767 CARDI_000768 CARDI_000769
CARDI_000770 CARDI_000770 CARDI_000771 CARDI_000772
CARDI_000773 CARDI_000774-CARDI_000777 CARDI_000783-
CARDI_000786 CARDI_000791 CARDI_000792 CARDI_000793
CARDI_000794 CARDI_000797 CARDI_000798 CARDI_000799

**[EX. 000]** CARDI_000816-CARDI_000818

**[EX. 000]** CARDI_000825 CARDI_000826

**[EX. 000]** CARDI_000828 CARDI_000829 CARDI_000830
CARDI_000831 CARDI_000832 CARDI_000833 CARDI_000834
CARDI_000835 CARDI_000836 CARDI_000837 CARDI_000838

**[EX. 000]** CARDI_000841 CARDI_000842 CARDI_000843
CARDI_000844 CARDI_000845

**[EX. 000]** CARDI_000848

**[EX. 000]** Kebe 170 Kebe 171-Kebe 172 Kebe 173 Kebe 174-Kebe 175
Kebe 176 Kebe 177-Kebe 178

**[EX. 000]** Kebe 552-Kebe 553 Kebe 554-Kebe 555 Kebe 556-Kebe 557
Kebe 558

**[EX. 000]** CARDI VIDEO 082

**[EX. 000]** CARDI VIDEO 105

**[EX. 000]** CARDI VIDEO 112

**[EX. 000]** CARDI VIDEO 113

**[EX. 000]** CARDI VIDEO 114

**[EX. 000]** CARDI VIDEO 118

**[EX. 000]** CARDI VIDEO 135

**[EX. 000]** CARDI VIDEO 136

**[EX. 000]** CARDI VIDEO 137

**[EX. 000]** CARDI VIDEO 138

**[EX. 000]** CARDI VIDEO 142

**[EX. 000]** CARDI VIDEO 152

**[EX. 000]** CARDI VIDEO 153

**[EX. 000]** CARDI VIDEO 155

**[EX. 000]** CARDI VIDEO 156

**[EX. 000]** CARDI VIDEO 157 (same as CARDI VIDEO 156 - file issue)

**[EX. 000]** CARDI VIDEO 158

**[EX. 000]** CARDI VIDEO 159

**[EX. 000]** CARDI VIDEO 160

**[EX. 000]** CARDI VIDEO 165