# ATTACHMENT G-2

## (Defendants' Exhibit List)

1.      KEBE 007
2.      KEBE 011
3.      KEBE 012
4.      KEBE 013
5.      KEBE 015
6.      KEBE 018
7.      KEBE 093-100
8.      KEBE 101-103
9.      KEBE 104-105
10.     KEBE 106-107
11.     KEBE 108-119
12.     KEBE 120-126
13.     KEBE 127-136
14.     KEBE 137-140
15.     KEBE 141-143
16.     KEBE 144
17.     KEBE 145-146
18.     KEBE 147
19.     KEBE 170
20.     KEBE 173
21.     KEBE 176
22.     KEBE 187
23.     KEBE 262-263
24.     KEBE 334
25.     KEBE 335
26.     KEBE 336
27.     KEBE 351
28.     KEBE 352
29.     KEBE 353

| | |
|---|---|
| **30.** | KEBE 354 |
| **31.** | KEBE 355 |
| **32.** | KEBE 367 |
| **33.** | KEBE 368 |
| **34.** | KEBE 369 |
| **35.** | KEBE 370 |
| **36.** | KEBE 371 |
| **37.** | KEBE 372 |
| **38.** | KEBE 373 |
| **39.** | KEBE 397 |
| **40.** | KEBE 398 |
| **41.** | KEBE 399 |
| **42.** | KEBE 400 |
| **43.** | KEBE 402 |
| **44.** | KEBE 406 |
| **45.** | KEBE 407 |
| **46.** | KEBE 408 |
| **47.** | KEBE 409 |
| **48.** | KEBE 410 |
| **49.** | KEBE 411 |
| **50.** | KEBE 412 |
| **51.** | KEBE 413 |
| **52.** | KEBE 414 |
| **53.** | KEBE 415 |
| **54.** | KEBE 416 |
| **55.** | KEBE 417 |
| **56.** | KEBE 418 |
| **57.** | KEBE 419 |
| **58.** | KEBE 420 |
| **59.** | KEBE 421 |
| **60.** | KEBE 422 |
| **61.** | KEBE 423 |

| | |
|---|---|
| **62.** | KEBE 424 |
| **63.** | KEBE 425 |
| **64.** | KEBE 426 |
| **65.** | KEBE 427 |
| **66.** | KEBE 428 |
| **67.** | KEBE 447 |
| **68.** | KEBE 448 |
| **69.** | KEBE 463 - 477 |
| **70.** | KEBE 478 |
| **71.** | KEBE 492-502 |
| **72.** | KEBE 503-511 |
| **73.** | KEBE 512-515 |
| **74.** | KEBE 516-517 |
| **75.** | KEBE 518-522 |
| **76.** | KEBE 523 |
| **77.** | KEBE 525 |
| **78.** | KEBE 526-527 |
| **79.** | KEBE 528-529 |
| **80.** | KEBE 530 |
| **81.** | KEBE 531-534 |
| **82.** | KEBE 535-548 |
| **83.** | KEBE 549 |
| **84.** | KEBE 559 |
| **85.** | KEBE 560-561 |
| **86.** | KEBE 562 |
| **87.** | KEBE 563 |
| **88.** | KEBE 564 |
| **89.** | KEBE 565 |
| **90.** | KEBE 569-572 |
| **91.** | KEBE 573 |
| **92.** | KEBE 574 |
| **93.** | KEBE 575 |

| | |
|---|---|
| **94.** | KEBE 576 |
| **95.** | KEBE 577 |
| **96.** | KEBE 579 |
| **97.** | KEBE 580-582 |
| **98.** | KEBE 583-590 |
| **99.** | KEBE 591-593 |
| **100.** | KEBE 603 |
| **101.** | KEBE 606 |
| **102.** | KEBE 607 |
| **103.** | KEBE 608 |
| **104.** | KEBE 609 |
| **105.** | KEBE 610 |
| **106.** | KEBE 611 |
| **107.** | KEBE 612 |
| **108.** | KEBE 613 |
| **109.** | KEBE 614 |
| **110.** | KEBE 616 |
| **111.** | KEBE 617 |
| **112.** | KEBE 618 |
| **113.** | KEBE 619 |
| **114.** | KEBE 620 |
| **115.** | KEBE 640 |
| **116.** | KEBE 641 |
| **117.** | KEBE 642 |
| **118.** | KEBE 643 |
| **119.** | KEBE 644 |
| **120.** | KEBE 645 |
| **121.** | KEBE 436 - 444 |
| **122.** | CARDI VIDEO 006 |
| **123.** | CARDI VIDEO 043 |
| **124.** | CARDI VIDEO 047 |
| **125.** | CARDI VIDEO 080 |

| | |
|---|---|
| **126.** | CARDI VIDEO 085 |
| **127.** | CARDI VIDEO 101 |
| **128.** | CARDI VIDEO 132 |
| **129.** | KEBE 005 |
| **130.** | KEBE 006 |
| **131.** | KEBE 009 |
| **132.** | KEBE 014 |
| **133.** | KEBE 016 |
| **134.** | KEBE 017 |
| **135.** | KEBE 019 |
| **136.** | KEBE 023 |
| **137.** | KEBE 024 |
| **138.** | KEBE 025 |
| **139.** | KEBE 027 |
| **140.** | KEBE 028 |
| **141.** | KEBE 029 |
| **142.** | KEBE 030 |
| **143.** | KEBE 032 |
| **144.** | KEBE 033 |
| **145.** | KEBE 035 |
| **146.** | KEBE 036 |
| **147.** | KEBE 040 |
| **148.** | KEBE 041 |
| **149.** | KEBE 042 |
| **150.** | KEBE 044 |
| **151.** | KEBE 045 |
| **152.** | KEBE 046 |
| **153.** | KEBE 047 |
| **154.** | KEBE 048 |
| **155.** | KEBE 049 |
| **156.** | KEBE 050 |
| **157.** | KEBE 051 |

| | |
|---|---|
| **158.** | KEBE 053 |
| **159.** | KEBE 054 |
| **160.** | KEBE 055 |
| **161.** | KEBE 257 |
| **162.** | KEBE 374 |
| **163.** | KEBE 378 |
| **164.** | KEBE 379 |
| **165.** | KEBE 382 |
| **166.** | KEBE 385 |
| **167.** | KEBE 386 |
| **168.** | KEBE 387 |
| **169.** | KEBE 388 |
| **170.** | KEBE 389 |
| **171.** | KEBE 391 |
| **172.** | KEBE 392 |
| **173.** | KEBE 393 |
| **174.** | KEBE 394 |
| **175.** | KEBE 395 |
| **176.** | KEBE 396 |
| **177.** | KEBE 623 |
| **178.** | KEBE 624 |
| **179.** | CARDI VIDEO 138 |
| **180.** | CARDI_000002 |
| **181.** | CARDI_000003 |
| **182.** | CARDI_000011 |
| **183.** | CARDI_000012 |
| **184.** | CARDI_000013 |
| **185.** | CARDI_000014 |
| **186.** | CARDI_000029 |
| **187.** | CARDI_000030 |
| **188.** | CARDI_000031 |
| **189.** | CARDI_000032 |

**190.** CARDI_000035
**191.** CARDI_000036
**192.** CARDI_000041
**193.** CARDI_000042
**194.** CARDI_000043
**195.** CARDI_000049
**196.** CARDI_000050
**197.** CARDI_000051
**198.** CARDI_000052
**199.** CARDI_000057
**200.** CARDI_000058
**201.** CARDI_000059
**202.** CARDI_000060
**203.** CARDI_000061
**204.** CARDI_000062
**205.** CARDI_000066
**206.** CARDI_000069
**207.** CARDI_000074
**208.** CARDI_000075
**209.** CARDI_000081
**210.** CARDI_000082
**211.** CARDI_000087
**212.** CARDI_000088
**213.** CARDI_000098
**214.** CARDI_000109
**215.** CARDI_000110
**216.** CARDI_000114
**217.** CARDI_000115
**218.** CARDI_000118
**219.** CARDI_000119
**220.** CARDI_000120
**221.** CARDI_000126

**222.**     CARDI_000144
**223.**     CARDI_000156
**224.**     CARDI_000179
**225.**     CARDI_000166
**226.**     CARDI_000165
**227.**     CARDI_000212
**228.**     CARDI_000237
**229.**     CARDI_000241
**230.**     CARDI_000246
**231.**     CARDI_000296
**232.**     CARDI_000303
**233.**     CARDI_000304
**234.**     CARDI_000305
**235.**     CARDI_000306
**236.**     CARDI_000307
**237.**     CARDI_000308
**238.**     CARDI_000310
**239.**     CARDI_000309
**240.**     CARDI_000311
**241.**     CARDI_000312
**242.**     CARDI_000323
**243.**     CARDI_000324
**244.**     CARDI_000328
**245.**     CARDI_000350
**246.**     CARDI_000346
**247.**     CARDI_000347
**248.**     CARDI_000348
**249.**     CARDI_000349
**250.**     CARDI_000351
**251.**     CARDI_000352
**252.**     CARDI_000353
**253.**     CARDI_000354

| | |
|---|---|
| **254.** | CARDI_000355 |
| **255.** | CARDI_000356 |
| **256.** | CARDI_000376 |
| **257.** | CARDI_000378 |
| **258.** | CARDI_000379 |
| **259.** | CARDI_000380 |
| **260.** | CARDI_000386 |
| **261.** | CARDI_000388 |
| **262.** | CARDI_000390 |
| **263.** | CARDI_000399 |
| **264.** | CARDI_000400 |
| **265.** | CARDI_000401 |
| **266.** | CARDI_000402 |
| **267.** | CARDI_000403 |
| **268.** | CARDI_000404 |
| **269.** | CARDI_000405 |
| **270.** | CARDI_000406 |
| **271.** | CARDI_000407 |
| **272.** | CARDI_000408 |
| **273.** | CARDI_000409 |
| **274.** | CARDI_000410 |
| **275.** | CARDI_000411 |
| **276.** | CARDI_000412 |
| **277.** | CARDI_000413 |
| **278.** | CARDI_000415 |
| **279.** | CARDI_000414 |
| **280.** | CARDI_000416 |
| **281.** | CARDI_000417 |
| **282.** | CARDI_000418 |
| **283.** | CARDI_000419 |
| **284.** | CARDI_000420 |
| **285.** | CARDI_000433 |

| | |
|---|---|
| **286.** | CARDI_000434 |
| **287.** | CARDI_000435 |
| **288.** | CARDI_000436 |
| **289.** | CARDI_000437 |
| **290.** | CARDI_000438 |
| **291.** | CARDI_000439 |
| **292.** | CARDI_000440 |
| **293.** | CARDI_000441 |
| **294.** | CARDI_000442 |
| **295.** | CARDI_000443 |
| **296.** | CARDI_000444 |
| **297.** | CARDI_000445 |
| **298.** | CARDI_000447 |
| **299.** | CARDI_000446 |
| **300.** | CARDI_000448 |
| **301.** | CARDI_000449 |
| **302.** | CARDI_000450 |
| **303.** | CARDI_000451 |
| **304.** | CARDI_000452 |
| **305.** | CARDI_000453 |
| **306.** | CARDI_000454 |
| **307.** | CARDI_000455 |
| **308.** | CARDI_000456 |
| **309.** | CARDI_000457 |
| **310.** | CARDI_000458 |
| **311.** | CARDI_000460 |
| **312.** | CARDI_000459 |
| **313.** | CARDI_000461 |
| **314.** | CARDI_000703 |
| **315.** | CARDI_000705 |
| **316.** | CARDI_000704 |
| **317.** | CARDI_000706 |

| | |
|---|---|
| **318.** | CARDI_000707 |
| **319.** | CARDI_000708 |
| **320.** | CARDI_000709 |
| **321.** | CARDI_000710 |
| **322.** | CARDI_000711 |
| **323.** | CARDI_000712 |
| **324.** | CARDI_000713 |
| **325.** | CARDI_000714 |
| **326.** | CARDI_000715 |
| **327.** | CARDI_000716 |
| **328.** | CARDI_000717 |
| **329.** | CARDI_000718 - 000724 |
| **330.** | CARDI_000725 |
| **331.** | CARDI_000726 - 000727 |
| **332.** | CARDI_000728-000729 |
| **333.** | CARDI_000730 - 000731 |
| **334.** | CARDI_000732 |
| **335.** | CARDI_000733 - 000744 |
| **336.** | CARDI_000745 |
| **337.** | CARDI_000746 |
| **338.** | CARDI_000747 |
| **339.** | CARDI_000749 |
| **340.** | CARDI_000750 |
| **341.** | CARDI_000751 |
| **342.** | CARDI_000752 |
| **343.** | CARDI_000774 |
| **344.** | CARDI_000778 |
| **345.** | CARDI_000779 |
| **346.** | CARDI_000780 |
| **347.** | CARDI_000781 |
| **348.** | CARDI_000782 |
| **349.** | CARDI_000787 |

**350.** CARDI AND DENNIS - IN-CAMERA

**351.** CARDI_000409

**352.** CARDI_000410

**353.** CARDI_000411

**354.** CARDI_000412

**355.** CARDI_000413

**356.** CARDI_000415

**357.** CARDI_000414

**358.** CARDI_000416

**359.** CARDI_000417

**360.** CARDI_000419

**361.** CARDI_000420

**362.** CARDI_000418

**Plaintiff's Objections to Defendants' Exhibits**

| Document | Objections |
|---|---|
| **1.**      KEBE 007 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **2.**      KEBE 011 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **3.**      KEBE 012 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **4.**      KEBE 013 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **5.**      KEBE 015 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **6.**      KEBE 018 | Authentication (901); Relevance (401) |

| | | |
|---|---|---|
| **7.** KEBE 093-100 | | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **8.** KEBE 101-103 | | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **9.** KEBE 104-105 | | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **10.** KEBE 106-107 | | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
| **11.** KEBE 108-119 | | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
| **12.** KEBE 120-126 | | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |

| **13.** 136 | KEBE 127-136 | Authentication (901); Relevance (401); Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| --- | --- | --- |
| **14.** 140 | KEBE 137-140 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **15.** 143 | KEBE 141-143 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **16.** | KEBE 144 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **17.** 146 | KEBE 145-146 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **18.** | KEBE 147 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |

| 19. | KEBE 170 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
|---|---|---|
| 20. | KEBE 173 | |
| 21. | KEBE 176 | |
| 22. | KEBE 187 | Incomplete (106) |
| 23. 263 | KEBE 262- | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| 24. | KEBE 334 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); |
| 25. | KEBE 335 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| 26. | KEBE 336 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| 27. | KEBE 351 | Authentication (901); Relevance (401) Hearsay (802); |

| | | |
|---|---|---|
| | | Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **28.** | KEBE 352 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **29.** | KEBE 353 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **30.** | KEBE 354 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **31.** | KEBE 355 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **32.** | KEBE 367 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **33.** | KEBE 368 | Authentication (901); Relevance (401) Hearsay (802); |

| | | |
|---|---|---|
| | | Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **34.** | KEBE 369 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **35.** | KEBE 370 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **36.** | KEBE 371 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **37.** | KEBE 372 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **38.** | KEBE 373 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **39.** | KEBE 397 | Authentication (901); Relevance (401) Hearsay (802); |

| | | |
|---|---|---|
| | | Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **40.** | KEBE 398 | Authentication (901); Relevance (401) Prejudice/Confusion/Waste of Time (403); Best Evidence Rule (1002)/Completeness (106) |
| **41.** | KEBE 399 | Authentication (901); Relevance (401) Prejudice/Confusion/Waste of Time (403); Best Evidence Rule (1002)/Completeness (106) |
| **42.** | KEBE 400 | Authentication (901); Relevance (401); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **43.** | KEBE 402 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **44.** | KEBE 406 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **45.** | KEBE 407 | |
| **46.** | KEBE 408 | |
| **47.** | KEBE 409 | |

| 48. | KEBE 410 | |
|---|---|---|
| 49. | KEBE 411 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 50. | KEBE 412 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Completeness (106) |
| 51. | KEBE 413 | Authentication (901);<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Completeness (106); |
| 52. | KEBE 414 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
| 53. | KEBE 415 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
| 54. | KEBE 416 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |

| 55. | KEBE 417 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
|---|---|---|
| 56. | KEBE 418 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
| 57. | KEBE 419 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
| 58. | KEBE 420 | |
| 59. | KEBE 421 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
| 60. | KEBE 422 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |
| 61. | KEBE 423 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 62. | KEBE 424 | Authentication (901);<br>Relevance (401)<br>Hearsay (802); |

| | | |
|---|---|---|
| | | Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404 |
| **63.** | KEBE 425 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **64.** | KEBE 426 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **65.** | KEBE 427 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **66.** | KEBE 428 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **67.** | KEBE 447 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **68.** | KEBE 448 | Authentication (901); Relevance (401) Hearsay (802); |

| | | |
|---|---|---|
| | | Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **69.** | KEBE 463 - 477 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **70.** | KEBE 478 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **71.** | KEBE 492- 502 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) Best Evidence Rule (1002) |
| **72.** | KEBE 503- 511 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) Best Evidence Rule (1002) |
| **73.** | KEBE 512- 515 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |

| | | |
|---|---|---|
| **74.** 517 | KEBE 516-517 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **75.** 522 | KEBE 518-522 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) Best Evidence Rule (1002) |
| **76.** | KEBE 523 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **77.** | KEBE 525 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **78.** 527 | KEBE 526-527 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **79.** 529 | KEBE 528-529 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); |

| 80. | KEBE 530 | |
|---|---|---|
| 81. 534 | KEBE 531- | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| 82. 548 | KEBE 535- | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); |
| 83. | KEBE 549 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| 84. | KEBE 559 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| 85. 561 | KEBE 560- | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| 86. | KEBE 562 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |

| | | |
|---|---|---|
| **87.** | KEBE 563 | Authentication (901); <br> Relevance (401) <br> Hearsay (802); <br> Prejudice/Confusion/Waste of Time (403); |
| **88.** | KEBE 564 | Authentication (901); <br> Relevance (401) <br> Hearsay (802); <br> Prejudice/Confusion/Waste of Time (403); <br> Improper Character Evidence/Prejudicial (404) |
| **89.** | KEBE 565 | Authentication (901); <br> Relevance (401) <br> Hearsay (802); <br> Prejudice/Confusion/Waste of Time (403); <br> Improper Character Evidence/Prejudicial (404) |
| **90.** <br> 572 | KEBE 569- | Authentication (901); <br> Relevance (401) <br> Hearsay (802); <br> Prejudice/Confusion/Waste of Time (403); <br> Improper Character Evidence/Prejudicial (404) |
| **91.** | KEBE 573 | |
| **92.** | KEBE 574 | Authentication (901); <br> Relevance (401) <br> Hearsay (802); <br> Prejudice/Confusion/Waste of Time (403); <br> Improper Character Evidence/Prejudicial (404) |
| **93.** | KEBE 575 | Authentication (901); <br> Relevance (401) <br> Hearsay (802); <br> Prejudice/Confusion/Waste of Time (403); <br> Improper Character Evidence/Prejudicial (404) |

| | | |
|---|---|---|
| **94.** | KEBE 576 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **95.** | KEBE 577 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **96.** | KEBE 579 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **97.** | KEBE 580-582 | |
| **98.** | KEBE 583-590 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **99.** | KEBE 591-593 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Incomplete (106) |
| **100.** | KEBE 603 | Authentication (901); |

| | | |
|---|---|---|
| | | Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **101.** | KEBE 606 | |
| **102.** | KEBE 607 | |
| **103.** | KEBE 608 | |
| **104.** | KEBE 609 | |
| **105.** | KEBE 610 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **106.** | KEBE 611 | |
| **107.** | KEBE 612 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **108.** | KEBE 613 | |
| **109.** | KEBE 614 | |
| **110.** | KEBE 616 | Authentication (901);<br>Relevance (401)<br>Hearsay (802); |
| **111.** | KEBE 617 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Best Evidence Rule (1002) |

| 112. | KEBE 618 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Best Evidence Rule (1002) |
|------|----------|---|
| 113. | KEBE 619 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 114. | KEBE 620 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 115. | KEBE 640 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 116. | KEBE 641 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 117. | KEBE 642 | |
| 118. | KEBE 643 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Incomplete (106) |
| 119. | KEBE 644 | |

| | | |
|---|---|---|
| **120.** | KEBE 645 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **121.** | KEBE 436 - 444 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **122.** | CARDI VIDEO 006 | |
| **123.** | CARDI VIDEO 043 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Incomplete (106) |
| **124.** | CARDI VIDEO 047 | |
| **125.** | CARDI VIDEO 080 | |
| **126.** | CARDI VIDEO 085 | |
| **127.** | CARDI VIDEO 101 | |
| **128.** | CARDI VIDEO 132 | |
| **129.** | KEBE 005 | Authentication (901);<br>Relevance (401) |

| | | Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002);<br>Incomplete (106) |
|---|---|---|
| **130.** | KEBE 006 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002);<br>Incomplete (106) |
| **131.** | KEBE 009 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002);<br>Incomplete (106) |
| **132.** | KEBE 014 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002);<br>Incomplete (106) |
| **133.** | KEBE 016 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002);<br>Incomplete (106) |
| **134.** | KEBE 017 | Authentication (901);<br>Relevance (401) |

| | | |
|---|---|---|
| | | Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002);<br>Incomplete (106) |
| **135.** | KEBE 019 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002)<br>Incomplete (106) |
| **136.** | KEBE 023 | |
| **137.** | KEBE 024 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002)<br>Incomplete (106) |
| **138.** | KEBE 025 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002);<br>Incomplete (106) |
| **139.** | KEBE 027 | |
| **140.** | KEBE 028 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |

| | | |
|---|---|---|
| | | Best Evidence Rule (1002); |
| **141.** | KEBE 029 | |
| **142.** | KEBE 030 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **143.** | KEBE 032 | |
| **144.** | KEBE 033 | |
| **145.** | KEBE 035 | |
| **146.** | KEBE 036 | |
| **147.** | KEBE 040 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **148.** | KEBE 041 | |
| **149.** | KEBE 042 | |
| **150.** | KEBE 044 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |

| 151. | KEBE 045 | |
|---|---|---|
| 152. | KEBE 046 | |
| 153. | KEBE 047 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 154. | KEBE 048 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 155. | KEBE 049 | |
| 156. | KEBE 050 | |
| 157. | KEBE 051 | |
| 158. | KEBE 053 | |
| 159. | KEBE 054 | |
| 160. | KEBE 055 | |
| 161. | KEBE 257 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 162. | KEBE 374 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404);<br>Incomplete (106) |

| 163. | KEBE 378 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404);<br>Incomplete (106) |
|------|----------|---|
| 164. | KEBE 379 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Incomplete (106) |
| 165. | KEBE 382 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Incomplete (106) |
| 166. | KEBE 385 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Incomplete (106) |
| 167. | KEBE 386 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Incomplete (106) |
| 168. | KEBE 387 | Authentication (901);<br>Relevance (401)<br>Hearsay (802); |

| | | |
|---|---|---|
| | | Prejudice/Confusion/Waste of Time (403);<br><br>Improper Character Evidence/Prejudicial (404)<br><br>Incomplete (106) |
| **169.** | KEBE 388 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br><br>Improper Character Evidence/Prejudicial (404)<br><br>Incomplete (106) |
| **170.** | KEBE 389 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br><br>Improper Character Evidence/Prejudicial (404)<br><br>Incomplete (106) |
| **171.** | KEBE 391 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br><br>Improper Character Evidence/Prejudicial (404)<br><br>Incomplete (106) |
| **172.** | KEBE 392 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br><br>Improper Character Evidence/Prejudicial (404)<br><br>Incomplete (106) |
| **173.** | KEBE 393 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br><br>Improper Character Evidence/Prejudicial (404) |

| | | Incomplete (106) |
|---|---|---|
| **174.** | KEBE 394 | |
| **175.** | KEBE 395 | |
| **176.** | KEBE 396 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Incomplete (106) |
| **177.** | KEBE 623 | |
| **178.** | KEBE 624 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Incomplete (106) |
| **179.** CARDI VIDEO 138 | | |
| **180.** CARDI_000002 | | |
| **181.** CARDI_000003 | | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **182.** CARDI_000011 | | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |

| | |
|---|---|
| **183.** CARDI_000012 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **184.** CARDI_000013 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **185.** CARDI_000014 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **186.** CARDI_000029 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **187.** CARDI_000030 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **188.** CARDI_000031 | |

| | |
|---|---|
| **189.**<br>CARDI_000032 | |
| **190.**<br>CARDI_000035 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **191.**<br>CARDI_000036 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **192.**<br>CARDI_000041 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **193.**<br>CARDI_000042 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **194.**<br>CARDI_000043 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **195.**<br>CARDI_000049 | |

| | |
|---|---|
| **196.**<br>CARDI_000050 | |
| **197.**<br>CARDI_000051 | |
| **198.**<br>CARDI_000052 | |
| **199.**<br>CARDI_000057 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **200.**<br>CARDI_000058 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **201.**<br>CARDI_000059 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **202.**<br>CARDI_000060 | Authentication (901);<br>Relevance (401)<br>Hearsay (802); |
| **203.**<br>CARDI_000061 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **204.**<br>CARDI_000062 | |

| | |
|---|---|
| **205.**<br>CARDI_000066 | |
| **206.**<br>CARDI_000069 | |
| **207.**<br>CARDI_000074 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **208.**<br>CARDI_000075 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **209.**<br>CARDI_000081 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **210.**<br>CARDI_000082 | |
| **211.**<br>CARDI_000087 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **212.**<br>CARDI_000088 | |
| **213.**<br>CARDI_000098 | Authentication (901);<br>Hearsay (802); |

| | |
|---|---|
| | Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **214.** CARDI_000109 | |
| **215.** CARDI_000110 | |
| **216.** CARDI_000114 | |
| **217.** CARDI_000115 | |
| **218.** CARDI_000118 | Authentication (901); Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) Best Evidence Rule (1002)/Completeness (106) |
| **219.** CARDI_000119 | Authentication (901); Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) Best Evidence Rule (1002)/Completeness (106) |
| **220.** CARDI_000120 | Authentication (901); Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **221.** CARDI_000126 | Incomplete (106) |

| | |
|---|---|
| **222.**<br>CARDI_000144 | Incomplete (106) |
| **223.**<br>CARDI_000156 | |
| **224.**<br>CARDI_000179 | Authentication (901);<br><br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Improper Character Evidence/Prejudicial (404) |
| **225.**<br>CARDI_000166 | |
| **226.**<br>CARDI_000165 | |
| **227.**<br>CARDI_000212 | |
| **228.**<br>CARDI_000237 | |
| **229.**<br>CARDI_000241 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002) |
| **230.**<br>CARDI_000246 | |
| **231.**<br>CARDI_000296 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |

| | |
|---|---|
| **232.** CARDI_000303 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **233.** CARDI_000304 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **234.** CARDI_000305 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **235.** CARDI_000306 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **236.** CARDI_000307 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **237.** CARDI_000308 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |

| | |
|---|---|
| **238.**<br>CARDI_000310 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **239.**<br>CARDI_000309 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **240.**<br>CARDI_000311 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **241.**<br>CARDI_000312 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **242.**<br>CARDI_000323 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **243.**<br>CARDI_000324 | |
| **244.**<br>CARDI_000328 | |

| | |
|---|---|
| **245.** CARDI_000350 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **246.** CARDI_000346 | |
| **247.** CARDI_000347 | |
| **248.** CARDI_000348 | |
| **249.** CARDI_000349 | |
| **250.** CARDI_000351 | |
| **251.** CARDI_000352 | |
| **252.** CARDI_000353 | |
| **253.** CARDI_000354 | |
| **254.** CARDI_000355 | |
| **255.** CARDI_000356 | |

| | |
|---|---|
| **256.**<br>CARDI_000376 | |
| **257.**<br>CARDI_000378 | |
| **258.**<br>CARDI_000379 | |
| **259.**<br>CARDI_000380 | |
| **260.**<br>CARDI_000386 | |
| **261.**<br>CARDI_000388 | |
| **262.**<br>CARDI_000390 | |
| **263.**<br>CARDI_000399 | |
| **264.**<br>CARDI_000400 | |
| **265.**<br>CARDI_000401 | |
| **266.**<br>CARDI_000402 | |
| **267.**<br>CARDI_000403 | |
| **268.**<br>CARDI_000404 | |

| | |
|---|---|
| **269.** CARDI_000405 | |
| **270.** CARDI_000406 | |
| **271.** CARDI_000407 | |
| **272.** CARDI_000408 | |
| **273.** CARDI_000409 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **274.** CARDI_000410 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **275.** CARDI_000411 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **276.** CARDI_000412 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |

| 277.<br>CARDI_000413 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
|---|---|
| 278.<br>CARDI_000415 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 279.<br>CARDI_000414 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 280.<br>CARDI_000416 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 281.<br>CARDI_000417 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 282.<br>CARDI_000418 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |

| 283.<br>CARDI_000419 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
|---|---|
| 284.<br>CARDI_000420 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 285.<br>CARDI_000433 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 286.<br>CARDI_000434 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 287.<br>CARDI_000435 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 288.<br>CARDI_000436 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| 289.<br>CARDI_000437 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |

| | Improper Character Evidence/Prejudicial (404) |
|---|---|
| **290.** CARDI_000438 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **291.** CARDI_000439 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **292.** CARDI_000440 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **293.** CARDI_000441 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **294.** CARDI_000442 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **295.** CARDI_000443 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); |

| | Improper Character Evidence/Prejudicial (404) |
|---|---|
| **296.**<br>CARDI_000444 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **297.**<br>CARDI_000445 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **298.**<br>CARDI_000447 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **299.**<br>CARDI_000446 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **300.**<br>CARDI_000448 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **301.**<br>CARDI_000449 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403); |

| | |
|---|---|
| | Improper Character Evidence/Prejudicial (404) |
| **302.** CARDI_000450 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **303.** CARDI_000451 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **304.** CARDI_000452 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **305.** CARDI_000453 | |
| **306.** CARDI_000454 | |
| **307.** CARDI_000455 | |
| **308.** CARDI_000456 | |
| **309.** CARDI_000457 | |

| | |
|---|---|
| **310.**<br>CARDI_000458 | |
| **311.**<br>CARDI_000460 | |
| **312.**<br>CARDI_000459 | |
| **313.**<br>CARDI_000461 | |
| **314.**<br>CARDI_000703 | |
| **315.**<br>CARDI_000705 | |
| **316.**<br>CARDI_000704 | |
| **317.**<br>CARDI_000706 | |
| **318.**<br>CARDI_000707 | |
| **319.**<br>CARDI_000708 | |
| **320.**<br>CARDI_000709 | |
| **321.**<br>CARDI_000710 | |
| **322.**<br>CARDI_000711 | |

| | |
|---|---|
| **323.**<br>CARDI_000712 | |
| **324.**<br>CARDI_000713 | |
| **325.**<br>CARDI_000714 | |
| **326.**<br>CARDI_000715 | |
| **327.**<br>CARDI_000716 | |
| **328.**<br>CARDI_000717 | |
| **329.**<br>CARDI_000718 - 000724 | |
| **330.**<br>CARDI_000725 | |
| **331.**<br>CARDI_000726 - 000727 | |
| **332.**<br>CARDI_000728-000729 | |
| **333.**<br>CARDI_000730 - 000731 | |
| **334.**<br>CARDI_000732 | |
| **335.**<br>CARDI_000733 - 000744 | |

| | |
|---|---|
| **336.**<br>CARDI_000745 | |
| **337.**<br>CARDI_000746 | |
| **338.**<br>CARDI_000747 | |
| **339.**<br>CARDI_000749 | |
| **340.**<br>CARDI_000750 | |
| **341.**<br>CARDI_000751 | |
| **342.**<br>CARDI_000752 | |
| **343.**<br>CARDI_000774 | |
| **344.**<br>CARDI_000778 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **345.**<br>CARDI_000779 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |

| | |
|---|---|
| **346.**<br>CARDI_000780 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **347.**<br>CARDI_000781 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **348.**<br>CARDI_000782 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **349.**<br>CARDI_000787 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **350.**    CARDI AND<br>DENNIS - IN-CAMERA | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404)<br>Best Evidence Rule (1002)/Completeness (106) |
| **351.**<br>CARDI_000409 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |

| | |
|---|---|
| **352.**<br>CARDI_000410 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **353.**<br>CARDI_000411 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **354.**<br>CARDI_000412 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **355.**<br>CARDI_000413 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **356.**<br>CARDI_000415 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |
| **357.**<br>CARDI_000414 | Authentication (901);<br>Relevance (401)<br>Hearsay (802);<br>Prejudice/Confusion/Waste of Time (403);<br>Improper Character Evidence/Prejudicial (404) |

| **358.** CARDI_000416 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
|---|---|
| **359.** CARDI_000417 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **360.** CARDI_000419 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **361.** CARDI_000420 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |
| **362.** CARDI_000418 | Authentication (901); Relevance (401) Hearsay (802); Prejudice/Confusion/Waste of Time (403); Improper Character Evidence/Prejudicial (404) |