## ATTACHMENT I-1

### (Plaintiff's Proposed Special Verdict Form)

Answer the questions below in the order they are presented.

**A.   LIABILITY.**

    1.   Do you find for Plaintiff against Defendant Latasha Kebe, Defendant Kebe Studios LLC, or both, on Plaintiff's DEFAMATION claim? (Check one for each Defendant.)

    As to Defendant Latasha Kebe:

Yes _____  No _____
   (liable)      (not liable)

    As to Defendant Kebe Studios LLC:

Yes _____  No _____
   (liable)      (not liable)

    2.   Do you find for Plaintiff against Defendant Latasha Kebe, Defendant Kebe Studios LLC, or both, on Plaintiff's INVASION OF PRIVACY - FALSE LIGHT claim? (Check one for each Defendant.)

    As to Defendant Latasha Kebe:

Yes _____  No _____
   (liable)      (not liable)

    As to Defendant Kebe Studios LLC:

Yes _____  No _____
   (liable)      (not liable)

    3.   Do you find for Plaintiff against Defendant Latasha Kebe, Defendant Kebe Studios LLC, or both, on Plaintiff's INTENTIONAL INFLICTION OF EMOTIONAL DISTRIESS claim? (Check one for each Defendant.)

As to Defendant Latasha Kebe:

Yes  _____    No  _____
     (liable)          (not liable)

As to Defendant Kebe Studios LLC:

Yes  _____    No  _____
     (liable)          (not liable)

**B.   DAMAGES.**

4. Please set forth the amount of damages, if any, that Plaintiffs have proven by a preponderance of the evidence in each of the following categories:

| | |
|---|---|
| Pain and Suffering | $_____ |
| Medical Expenses | $_____ |
| Other Damages for Defamatory Statements | $_____ |
| Total | $_____ |

5. Do you find Defendant Latasha Kebe and Defendant Kebe Studios LLC jointly and severally liable for the damages awarded to Plaintiff?

   Yes  _____    No  _____

6. If the answer to Question 5 is "Yes," skip this question. If the answer to Question 5 is "No," please assign to each Defendant the percentage of fault, if any, you attribute to causing Plaintiff's damages. (The total must equal 100%.)

   Defendant Latasha Kebe:        _____ %

   Defendant Kebe Studios LLC:    _____ %

2

**C.     LEGAL FEES AND EXPENSES / PUNITIVE DAMAGES.**

    7.     Concerning a possible award of attorneys' fees and expenses (the amount of which will be determined at a later time), please answer the following additional question:

        a.     Do you find that Defendant Latasha Kebe, Defendant Kebe Studios LLC, or both, have acted in bad faith, have been stubbornly litigious, or have caused Plaintiff unnecessary trouble and expense? (Check one for each Defendant.)

        As to Defendant Latasha Kebe:

        Yes  _____     No  _____

        As to Defendant Kebe Studios LLC:

        Yes  _____     No  _____

    8.     Concerning a possible award of punitive damages (the amount of which will be determined at a later time), please answer the following additional questions:

        a.     Do you find that Plaintiff has proven by clear and convincing evidence that Defendant Latasha Kebe, Defendant Kebe Studios LLC, or both, are guilty of willful misconduct, malice, fraud, wantonness, oppression, or entire want of care? (Check one for each Defendant.)

        As to Defendant Latasha Kebe:

        Yes  _____     No  _____

        As to Defendant Kebe Studios LLC:

        Yes  _____     No  _____

    b. Do you find that Plaintiff has proven by clear and convincing evidence that Defendant Latasha Kebe, Defendant Kebe Studios LLC, or both, acted with specific intent to cause harm to Plaintiff? (Check one for each Defendant.)

    As to Defendant Latasha Kebe:

Yes  _____  No  _____

    As to Defendant Kebe Studios LLC:

Yes  _____  No  _____

The foreperson should sign and date this verdict form.

_____
Foreperson

_____
Date

# ATTACHMENT I-2

## (Defendants' Proposed Special Verdict Form)

### JURY VERDICT - SPECIAL INTERROGATORIES AND FINDINGS

### Plaintiff's Claims of Defamation (Counts I - III)

We, the jurors, unanimously answer as follows:

1. Plaintiff has proven, by a preponderance of the evidence, that one or more of the statements at issue are substantially false.

    YES:_____          NO:_____

*If you answer yes, then go to the next question. If you answer no, then your investigation of the Defamation claims ends and you can proceed to question 3.*

2. Plaintiff has proven, by clear and convincing evidence, that the substantially false statements were published with actual malice that is, actual knowledge that the statements are false or reckless disregard as to their truth or falsity.

    YES:_____          NO:_____

*If you answer yes, then make your findings below. If you answer no, then your investigation of the Defamation claims ends and you can proceed to question 3.*

We, the jury, unanimously, make the following findings regarding liability for Plaintiff's Defamation claims (Please answer for each Defendant):

   As to Defendant Latasha Kebe:

   YES:_____          NO:_____
       (liable)                (not liable)


   As to Defendant Kebe Studios LLC:

   YES:_____          NO:_____
       (liable)                (not liable)


*Please proceed to question 3.*

1

**Plaintiff's Claim of Invasion of Privacy False Light (Count IV)**

We, the jurors, unanimously answer as follows:

3. Plaintiff has proven, by a preponderance of the evidence, that one or more of the published statements at issue are nondefamatory.

    YES:\_\_\_\_\_          NO:\_\_\_\_\_

*If you answer yes, then go to the next question. If you answer no, then your investigation of the Invasion of Privacy claim ends and you can proceed to the instructions at the bottom of this page.*

4. Plaintiff has proven, by a preponderance of the evidence, that the publicity depicted Plaintiff in a false light, which would be highly offensive to a reasonable person.

    YES:\_\_\_\_\_          NO:\_\_\_\_\_

*If you answer yes, then make your findings below. If you answer no, then your investigation of the Invasion of Privacy claim ends and you can proceed to the instructions at the bottom of this page.*

We, the jury, unanimously, make the following findings regarding liability for Plaintiff's Invasion of Privacy False Light claim (Please answer for each Defendant):

   As to Defendant Latasha Kebe:

   YES:_____          NO:_____
       (liable)                    (not liable)

   As to Defendant Kebe Studios LLC:

   YES:_____          NO:_____
       (liable)                    (not liable)

*Only if you found Defendant Latasha Kebe, Defendant Kebe Studios LLC, or both, liable to Plaintiff for her Defamation and/or Invasion of Privacy claims, then you can proceed to question 5. If you found that neither Defendant is liable to Plaintiff for her Defamation and/or Invasion of Privacy claims, then your investigation ends.*

**Plaintiff's Claim of Intentional Infliction of Emotional Distress (Count V)**

We, the jurors, unanimously answer as follows:

5. Plaintiff has proven, by a preponderance of the evidence, that the conduct at issue was directed at the Plaintiff and not at the public in general.

    YES:_____          NO:_____

*If you answer yes, then go to the next question. If you answer no, then your investigation of the Intentional Infliction of Emotional Distress claim ends and you can proceed to the instructions at the bottom of page 4.*

6. Plaintiff has proven, by a preponderance of the evidence, that the conduct at issue was intentional or reckless.

    YES:_____          NO:_____

*If you answer yes, then go to the next question. If you answer no, then your investigation of the Intentional Infliction of Emotional Distress claim ends and you can proceed to the instructions at the bottom of page 4.*

7. Plaintiff has proven, by a preponderance of the evidence, that the conduct at issue was so outrageous in character and so extreme in degree, as to go beyond all possible bounds of decency, and be regarded as atrocious and utterly intolerable in a civilized community.

    YES:_____          NO:_____

*If you answer yes, then go to the next question. If you answer no, then your investigation of the Intentional Infliction of Emotional Distress claim ends and you can proceed to the instructions at the bottom of page 4.*

8. Plaintiff has proven, by a preponderance of the evidence, that she has suffered emotional distress so severe that no reasonable person could be expected to endure it.

    YES:_____          NO:_____

*If you answer yes, then go to the next question. If you answer no, then your investigation of the Intentional Infliction of Emotional Distress claim ends and you can proceed to the instructions at the bottom of page 4.*

9. Plaintiff has proven, by a preponderance of the evidence, that the outrageous and extreme conduct at issue was the cause of her severe emotional distress.

   YES:_____         NO:_____

*If you answer yes, then make your findings below. If you answer no, then your investigation of the Intentional Infliction of Emotional Distress claim ends and you can proceed to the instructions at the bottom of this page.*

We, the jury, unanimously, make the following findings regarding liability for Plaintiff's Intentional Infliction of Emotional Distress claim (Please answer for each Defendant):

   As to Defendant Latasha Kebe:

   YES:_____         NO:_____
       (liable)              (not liable)


   As to Defendant Kebe Studios LLC:

   YES:_____         NO:_____
       (liable)              (not liable)


*Only if you found Defendant Latasha Kebe, Defendant Kebe Studios LLC, or both, liable to Plaintiff for one or more of her claims, then you can proceed to question 10. If you found that neither Defendant is liable to Plaintiff for any of her claims, then your investigation ends.*

4

**Damages**

We, the jury, unanimously, make the following findings regarding damages:

10. Plaintiff has proven, by a preponderance of the evidence, that she is entitled to recover actual monetary damages.

    YES:_____          NO:_____

    *If you answer yes, please specify the amount of Plaintiff's actual monetary damages:*

    $_____.

11. Plaintiff has proven, by a preponderance of the evidence, that she is entitled to recover general damages for pain and suffering.

    YES:_____          NO:_____

    *If you answer yes, please specify the amount of Plaintiff's general damages:*

    $_____.

12. Plaintiff has proven that Defendant Latasha Kebe and Defendant Kebe Studios LLC are jointly and severally liable for the damages awarded to her, if any.

    YES:_____          NO:_____

    *If you answer no, please assign the percentage of fault, if any, you attribute to each Defendant for causing Plaintiff's damages. (The total must equal to 100%).*

    Defendant Latasha Kebe:         _____%

    Defendant Kebe Studios LLC:     _____%

*Please proceed to question 13.*

**Litigation Expenses and Punitive Damages**

We, the jurors, unanimously answer as follows:

13. Do you find that Defendant Latasha Kebe, Defendant Kebe Studios LLC, both, or neither, have acted in bad faith, have been stubbornly litigious, or have caused Plaintiff unnecessary trouble and expense? (Please answer for each Defendant).

    As to Defendant Latasha Kebe:

    YES:_____        NO:_____

    As to Defendant Kebe Studios LLC:

    YES:_____        NO:_____

14. Do you find that Plaintiff has proven, by clear and convincing evidence, that the actions of Defendant Latasha Kebe, Defendant Kebe Studios LLC, both, or neither, showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequence? (Please answer for each Defendant).

    As to Defendant Latasha Kebe:

    YES:_____        NO:_____

    As to Defendant Kebe Studios LLC:

    YES:_____        NO:_____

15. Do you find that Plaintiff has proven, by clear and convincing evidence, that Defendant Latasha Kebe, Defendant Kebe Studios LLC, both, or neither, acted with the specific intent to cause harm to Plaintiff? (Please answer for each Defendant).

    As to Defendant Latasha Kebe:

    YES:_____        NO:_____

    As to Defendant Kebe Studios LLC:

    YES:_____        NO:_____

This _____ day of _____, 20___.


_____
Foreperson