## ATTACHMENT J

## (Plaintiff's Deposition Designations)

| | KEBE, LATASHA 11/19/20 VOL 1 |
|---|---|
| 1 | 020:08 - 020:22 |
| 2 | 023:25 - 024:22 |
| 3 | 025:24 - 026:18 |
| 4 | 027:04 - 027:06 |
| 5 | 028:17 - 029:15 |
| 6 | 029:24 - 034:06 |
| 7 | 034:12 - 035:20 |
| 8 | 036:21 - 037:15 |
| 9 | 037:19 - 038:15 |
| 10 | 039:13 - 040:11 |
| 11 | 041:12 - 042:14 |
| 12 | 043:15 - 043:17 |
| 13 | 044:08 - 044:18 |
| 14 | 045:17 - 045:24 |
| 15 | 053:25 - 054:08 |
| 16 | 057:13 - 058:09 |
| 17 | 059:06 - 060:05 |
| 18 | 060:10 - 060:25 |
| 19 | 066:07 - 066:12 |
| 20 | 068:19 - 069:22 |
| 21 | 076:09 - 076:25 |
| 22 | 077:02 - 077:24 |
| 23 | 078:18 - 079:16 |
| 24 | 086:05 - 086:24 |
| 25 | 090:24 - 091:05 |
| 26 | 091:18 - 092:04 |
| 27 | 092:08 - 093:07 |
| 28 | 094:03 - 094:21 |
| 29 | 096:16 - 097:02 |
| 30 | 098:15 - 098:21 |

| 31 | 100:08 - 100:14 |
| 32 | 110:19 - 112:07 |
| 33 | 112:11 - 114:25 |
| 34 | 115:13 - 116:03 |
| 35 | 116:15 - 117:16 |
| 36 | 140:12 - 145:14 |
| 37 | 143:22 - 145:14 |
| 38 | 148:15- 149:19 |
| 39 | 155:07 - 155:17 |
| 40 | 159:24 - 160:08 |
| 41 | 189:21 - 189:25 |
| 42 | 190:02 - 190:15 |
| 43 | 191:13 - 191:16 |
| 44 | 192:03 - 192:06 |
| 45 | 195:15 - 195:25 |
| 46 | 199:02 - 201:25 |
| 47 | 202:02 - 203:18 |
| 48 | 205:09 - 205:22 |
| 49 | 207:09 - 209:18 |
| 50 | 211:16 - 211:20 |
| 51 | 216:06 - 216:17 |
| 52 | 217:20 - 218:07 |
| 53 | 221:24 - 224:11 |
| 54 | 225:13 - 226:11 |
| 55 | 229:03 - 229:13 |
| 56 | 230:17 - 232:07 |
| 57 | 236:24 - 238:21 |
| 58 | 240:22 - 241:02 |
| 59 | 242:14 - 243:17 |
| 60 | 246:05 - 247:20 |
| 61 | 247:25 - 249:13 |
| 62 | 249:25 - 250:07 |
| 63 | 250:13 - 250:17 |
| 64 | 251:14 - 251:21 |
| 65 | 254:13 - 255:17 |
| 66 | 256:24 - 257:20 |

| 67 | 259:03 - 259:06 |
|----|-----------------|
| 68 | 259:09 - 259:15 |
| 69 | 260:18 - 260:22 |
| 70 | 262:12 - 262:25 |
| 71 | 263:01 - 266:03 |
| 72 | 266:15 - 267:07 |
| 73 | 268:11 - 268:18 |
| 74 | 271:23 - 272:12 |
| 75 | 274:04 - 274:09 |
| 76 | 276:21 - 277:17 |
| 77 | 277:24 - 278:05 |
| 78 | 278:15 - 278:18 |
| 79 | 279:06 - 281:14 |
| 80 | 282:06 - 282:13 |
| 81 | 283:25 - 284:21 |
| 82 | 123:03 - 124:06 |
| 83 | 234:13 - 235:05 |

| | KEBE, LATASHA 11/30/20 VOL 2 |
|----|-----------------|
| 1 | 044:23 - 045:20 |
| 2 | 047:08 - 047:20 |
| 3 | 048:12 - 049:15 |
| 4 | 056:04 - 057:08 |
| 5 | 058:12 - 058:25 |
| 6 | 063:09 - 064:07 |
| 7 | 071:02 - 071:12 |
| 8 | 072:07 - 072:12 |
| 9 | 073:04 - 074:09 |
| 10 | 078:11 - 079:13 |
| 11 | 080:12 - 080:21 |
| 12 | 080:24 - 081:17 |
| 13 | 082:11 - 084:23 |
| 14 | 088:18 - 088:22 |
| 15 | 092:07 - 092:23 |
| 16 | 093:14 - 094:03 |

| | |
|---|---|
| 17 | 095:04 - 096:25 |
| 18 | 097:02 - 097:13 |
| 19 | 102:22 - 103:02 |
| 20 | 107:11 - 107:16 |
| 21 | 109:10 - 110:18 |
| 22 | 111:06 - 111:14 |
| 23 | 116:02 - 121:11 |
| 24 | 124:11 - 125:12 |
| 25 | 147:03 - 150:22 |
| 26 | 151:08 - 151:13 |
| 27 | 151:14 - 154:06 |
| 28 | 160:09 - 161:04 |
| 29 | 163:03 - 166:11 |
| 30 | 168:18 - 168:25 |
| 31 | 169:02 - 170:20 |
| 32 | 171:16 - 172:05 |
| 33 | 173:11 - 174:02 |
| 34 | 176:24 - 177:19 |
| 35 | 178:10 - 178:24 |
| 36 | 179:16 - 182:23 |
| 37 | 183:02 - 184:14 |
| 38 | 184:17 - 186:12 |
| 39 | 188:13 - 188:15 |
| 40 | 188:24 - 188:24 |
| 41 | 196:02 - 196:03 |
| 42 | 197:06 - 197:13 |
| 43 | 197:23 - 198:18 |
| 44 | 215:05 - 216:12 |
| 45 | 217:05 - 217:20 |
| 46 | 218:16 - 219:25 |
| 47 | 220:09 - 221:07 |
| 48 | 221:24 - 222:04 |
| 49 | 223:24 - 224:08 |
| 50 | 226:24 - 227:18 |
| 51 | 227:24 - 228:11 |
| 52 | 245:23 - 247:15 |

| | |
|---|---|
| 53 | 249:22 - 250:02 |
| 54 | 042:23 - 43:08 |
| 55 | 189:02 - 189:16 |
| 56 | 256:21 - 258:08 |
| 57 | 266:18 - 267:05 |
| 58 | 267:12 - 268:12 |
| 59 | 268:19 - 269:10 |
| 60 | 313:11 - 317:05 |

| | KEBE, CHEICKNA 11/29/20 VOL 1 |
|---|---|
| 1 | 027:15 - 027:21 |
| 2 | 028:19 - 029:10 |
| 3 | 035:04 - 035:11 |
| 4 | 041:16 - 041:23 |
| 5 | 042:09 - 044:07 |
| 6 | 045:03 - 045:11 |
| 7 | 045:17 - 046:18 |
| 8 | 056:18 - 056:25 |
| 9 | 057:02 - 057:08 |
| 10 | 057:11 - 057:19 |
| 11 | 059:17 - 062:10 |
| 12 | 080:22 - 081:17 |
| 13 | 087:13 - 087:19 |
| 14 | 088:10 - 088:15 |
| 15 | 090:04 - 093:08 |
| 16 | 095:14 - 095:22 |
| 17 | 103:16 - 104:11 |
| 18 | 109:05 - 109:13 |
| 19 | 109:25 - 110:07 |
| 20 | 165:11 - 167:02 |
| 21 | 167:08 - 167:17 |
| 22 | 169:05 - 169:23 |
| 23 | 171:02 - 171:10 |
| 24 | 179:07 - 181:05 |
| 25 | 191:05 - 193:16 |

| | |
|---|---|
| 26 | 194:10 - 195:18 |
| 27 | 195:24 - 196:18 |
| 28 | 197:19 - 200:04 |
| 29 | 202:02 - 202:17 |
| 30 | 204:03 - 204:12 |
| 31 | 086:12 - 087:08 |
| 32 | 103:07 - 103:15 |
| 33 | 171:11 - 171:12 |
| 34 | 183:02 - 183:11 |
| 35 | 183:24 - 184:05 |
| 36 | 186:15 - 187:15 |