# Exhibit A to Plaintiff's Motion *in Limine*

CARDI_000014

CARDI_000015

CARDI_000041

CARDI_000042

CARDI_000043

CARDI_000058

CARDI_000081

CARDI_000179

CARDI_000241

CARDI_000303

CARDI_000304

CARDI_000305

CARDI_000306

CARDI_000307

CARDI_000308

CARDI_000309

CARDI_000310

CARDI_000311

CARDI_000312

CARDI_000350

CARDI_000436

CARDI_000437

CARDI_000438

CARDI_000439

CARDI_000440

CARDI_000441

CARDI_000442

CARDI_000443

CARDI_000444

CARDI_000445

CARDI_000446

CARDI_000447

CARDI_000448

CARDI_000449

CARDI_000450

CARDI_000451

CARDI_000452

CARDI_000778

CARDI_000779

CARDI_000780

CARDI_000781

CARDI_000782

CARDI_000787-790

CARDI AND DENNIS-IN-CAMERA

Kebe 005

Kebe 006

Kebe 007

Kebe 008

Kebe 009

Kebe 011

Kebe 012

Kebe 013

Kebe 014

Kebe 015

Kebe 016

Kebe 030

Kebe 093-100

Kebe 101-103

Kebe 104-105

Kebe 106-107

Kebe 108-119

Kebe 120-126

Kebe 127-136

Kebe 137-140

Kebe 141-143

Kebe 144

Kebe 145-146

Kebe 147

Kebe 170

Kebe 257

Kebe 262-263

Kebe 351

Kebe 352

Kebe 353

Kebe 354

Kebe 355

Kebe 367

Kebe 368

Kebe 369

Kebe 370

Kebe 371

Kebe 372

Kebe 373

Kebe 374

Kebe 378

Kebe 379

Kebe 382

Kebe 385

Kebe 387

Kebe 389

Kebe 391

Kebe 392

Kebe 393

Kebe 402

Kebe 406

Kebe 422

Kebe 423

Kebe 424

Kebe 425

Kebe 426

Kebe 427

Kebe 428

Kebe 436-444

Kebe 447

Kebe 448

Kebe 478

Kebe 492-502

Kebe 503-511

Kebe 525

Kebe 535-548

Kebe 549

Kebe 563

Kebe 564

Kebe 565

Kebe 610

Kebe 612

Kebe 624

Kebe 645

# **Exhibit B to Plaintiff's Motion *in Limine***

Kebe 028

Kebe 035

Kebe 044

Kebe 047

Kebe 048

Kebe 512-515

Kebe 569-572

Kebe 603

CARDI_000433

CARDI_000434

CARDI_000435

## **Exhibit C to Plaintiff's Motion *in Limine***

Kebe 334

Kebe 335

Kebe 336

Kebe 411

Kebe 412

Kebe 463-477

Kebe 516-517

**Exhibit D to Plaintiff's Motion *in Limine***

CARDI_000075

Kebe 225

Kebe 518-522

Kebe 523

Kebe 559

Kebe 569-572

**Exhibit E to Plaintiff's Motion *in Limine***

CARDI_000003

CARDI_000011

CARDI_000012

CARDI_000013

CARDI_000029

CARDI_000030

CARDI_000035

CARDI_000036

CARDI VIDEO 043

Kebe 019

Kebe 039

Kebe 040

Kebe 388

Kebe 396

Kebe 397

Kebe 643

## **Exhibit F to Plaintiff's Motion *in Limine***

Kebe 386

Kebe 583-590