# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## **PLAINTIFF'S MOTION TO USE EQUIPMENT AT TRIAL**

Counsel for Plaintiff Belcalis Marlenis Almánzar respectfully submit this motion for an order (in the form of the proposed order attached to this motion) authorizing the use of electronic equipment for the presentation of evidence at the trial in this action that is set to begin on Tuesday, November 9, 2021. Such equipment may include laptop and tablet computers, smartphones, external hard drives, video and audio cables, adapters, chargers, power strips, and extension cords.

Dated: November 4, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Lisa F. Moore
　　　　　　　　　　　　　　　　　　　Lisa F. Moore (Bar No. 419633)
　　　　　　　　　　　　　　　　　　　W. Andrew Pequignot (Bar No. 424546)

MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
E-mail: lisa@themoorefirm.com
E-mail: andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
E-mail: sarah@adelmanmatz.com
E-mail: g@adelmanmatz.com

*Attorneys for Plaintiff*

## **CERTIFICATION AS TO FONT**

In accordance with Local Rule 7.1(D), the undersigned certifies that the foregoing document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

Dated: November 4, 2021

>/s/ Lisa F. Moore
>Lisa F. Moore

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                      Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>                      Defendants. | Case No. 1:19-cv-01301-WMR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2021, I electronically filed the foregoing PLAINTIFF'S MOTION TO USE EQUIPMENT AT TRIAL with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record

                                              /s/ Lisa F. Moore
                                              Lisa F. Moore