# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## ORDER GRANTING
## <u>PLAINTIFF'S MOTION TO USE EQUIPMENT AT TRIAL</u>

With the permission of the Court, the following individuals will be allowed to enter the courthouse with equipment necessary for presenting evidence at a trial in this matter scheduled to begin at 9:30 a.m. on Tuesday, November 9, 2021, Courtroom 1705, until completed:

- Lisa Moore, Andrew Pequignot, and Tommy Moorman of Moore Pequignot LLC

- Sarah Matz of Adelman Matz P.C.

- Plaintiff Marlenis Almanzar and her representatives and witnesses, namely Vanessa Anderson, Dr. Sherry Blake, Dashawn Brown, Mariah Comer, Dina LaPolt, James Sennett, and Ravi Shelton

Such equipment includes, but is not limited to, laptop and tablet computers, smartphones, external hard drives, video and audio cables, adapters, chargers, power strips, extension cords, other electronic equipment, accessories, and materials for purposes of the trial in this action. Proper identification will be required upon entering the security station of the courthouse.

Dated: November 5th, 2021

*William M. Ray II*

Honorable William M. Ray, II
UNITED STATES DISTRICT JUDGE