# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## MOTION FOR CONTINUANCE

Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") respectfully submits this motion for a continuance of the trial in this action, which is currently scheduled to begin on Tuesday, November 9, 2021. Plaintiff is seeking a continuance due to a family emergency.

Dated: November 7, 2021　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Lisa F. Moore
　　　　　　　　　　　　　　　　　Lisa F. Moore (Bar No. 419633)
　　　　　　　　　　　　　　　　　W. Andrew Pequignot (Bar No. 424546)
　　　　　　　　　　　　　　　　　MOORE PEQUIGNOT LLC
　　　　　　　　　　　　　　　　　887 West Marietta Street, Suite M-102
　　　　　　　　　　　　　　　　　Atlanta, Georgia 30318
　　　　　　　　　　　　　　　　　Telephone: (404) 748-9596
　　　　　　　　　　　　　　　　　Email: lisa@themoorefirm.com
　　　　　　　　　　　　　　　　　Email: andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
Email: sarah@adelmanmatz.com
Email: g@adelmanmatz.com

*Attorneys for Plaintiff*

## CERTIFICATION AS TO FONT

In accordance with Local Rule 7.1(D), the undersigned certifies that the foregoing document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

Dated: November 7, 2021

/s/ Lisa F. Moore
Lisa F. Moore

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>                Defendants. | Case No. 1:19-cv-01301-WMR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2021, I electronically filed the foregoing MOTION FOR CONTINUANCE with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

                                              /s/ Lisa F. Moore
                                              Lisa F. Moore