Case 8:17-cv-01885-CJC-JPR Document 141-2 Filed 09/13/21 Page 1 of 11 Page ID
Case 1:19-cv-01301-WMR Document 172-2 Filed 11/08/21 Page 1 of 5
#:5563

**Alan G. Dowling**
(California Bar No. 70686)
Email: agdowling@aol.com
**ALAN G. DOWLING,**
**A PROFESSIONAL CORPORATION**
1043 Pacific Street, No. 1
Santa Monica, California 90405
Telephone: (818) 679-6395
Fax: (424) 238-5366
*Attorney for Defendants*

**DEFENDANT'S EXHIBIT B**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., an individual, <br><br> Plaintiff, <br><br> v. <br><br> BELCALIS ALMANZAR, aka Cardi B, an individual; KRS GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 8:17-cv-01885-CJC-JPR <br><br> Hon. Cormac J. Carney <br> U.S. District Judge <br><br> **DECLARATION OF ALAN G. DOWLING IN SUPPORT OF EX PARTE APPLICATION BY DEFENDANTS TO CONTINUE TRIAL AND PRETRIAL CONFERENCE DATES, AND RELATED DEADLINES** <br><br> Complaint filed: 10/26/17 <br> Pre-Trial Conf.: 10/8/21 <br> Trial Date: 10/26/21 |

I, ALAN G. DOWLING, declare:

1. I am an attorney duly licensed to practice before all courts of the State of California, duly admitted to practice before this Court, and counsel of record for Defendants Belcalis Almanzar aka Cardi B, KSR Group, LLC, and

1

Washpoppin, Inc. (the "Defendants") in this action.

2. I submit this Declaration in support of the ex parte application by Defendants for a continuance of the trial and pretrial conference dates, and related deadlines, set forth in the Court's Order (Docket No. 140) dated September 8, 2021. I know all matters of fact set forth herein to be true of my own personal knowledge, except those stated upon information and belief, and I believe those to be true. If called as a witness, I could and would testify competently hereto.

3. On August 20, 2021, pursuant to prior order of the Court, the parties conducted a court-ordered settlement conference (via Zoom) before Magistrate Judge Rosenbluth. Although settlement was unable to be reached at that time, the parties and Magistrate Judge Rosenbluth concurred at the end of that day that the conference had been productive and should be continued to the earliest date available to the Court, all counsel and the parties. Over the following several days, it was determined that the earliest available date was October 15, 2021. (Magistrate Judge Rosenbluth was aware that Ms. Almanzar was in the final weeks of her pregnancy.)

4. On Friday, September 3, 2021, Magistrate Judge Rosenbluth issued her Scheduling Notice (Docket No. 139) setting that October 15 date for the resumption of the settlement conference and ordered additional related deadlines prior thereto.

5. On September 8, 2021, immediately after the Labor Day holiday weekend, this Court issued its Order setting the following dates and deadlines in this case:

--Jury trial in this matter is to commence on October 26, 2021, at 8:30 a.m., in the courtroom of Judge Cormac J. Carney, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth

2

Street, Courtroom 9 B, Santa Ana, CA, 92701-4516. The jury trial is presently estimated to take approximately a week.

-- The Pretrial Conference is to take place on October 8, 2021, at 10:00 a.m., at the same location.

--All pretrial documents— including the joint statement of the case, witness lists, jury instructions and verdict forms, among other things— are to be filed no later than October 1, 2021.

--Any motions in limine are to be filed by September 20, 2021. Any oppositions to them are to be filed by September 27, 2021. Any replies in support of motions in limine are to be filed by October 4, 2021.

Unfortunately, the Court did not communicate with the parties or their counsel prior to issuing the Order of September 8, 2021, to ascertain if there would be any calendar conflicts or other problems with the proposed dates, or the matters raised in this ex parte application could have been brought to the Court's attention at that time. We also assume that the Court was unaware (despite widespread publicity) of Ms. Almanzar's having given birth to her son over the Labor Day holiday weekend, four days before the Order was issued.

6. After having exchanged informal preliminary lists of witnesses and exhibits, in mid-September 2020, faced with imminent pretrial deadlines, the parties filed memoranda of contentions of fact and law, but did so at a time when the Court had not yet considered and ruled upon the Defendants' Motion in Limine No. 1 (which was later granted) to exclude testimony and evidence from Plaintiff's designated expert witness, Doug Bania. Three days after the memoranda of contentions were filed, the Court vacated the pretrial conference and trial dates then in effect. Consequently, preparation for pretrial proceedings was suspended and the parties have not yet undertaken preparation of a joint pretrial conference order, preparation of joint (and disputed) jury instructions and proposed verdict forms, and

Brophy v. Almanzar, et al — DECLARATION OF ALAN G. DOWLING IN SUPPORT OF DEFS MOT TO AMEND SCHEDULING ORDER ETC

no final joint witness and exhibit lists have been prepared (taking into account the Court's rulings since mid-2020). Defendants also anticipate making multiple motions in limine which they believe will directly impact the conduct of the trial, and possibly substantially shorten its duration.

7. On September 10 and 13, 2021, I communicated with Plaintiff's counsel Lawrence Conlan by email and informed him of this ex parte application in accordance with Local Rule 7-19. (See emails attached hereto collectively as Exh. 1, incorporated herein by reference). It appears from Mr. Conlan's correspondence that Plaintiff will oppose (i.e., does not overtly consent to) this ex parte application, though the only specific reasons articulated in such correspondence addressed only two ancillary issues, that is, (1) Plaintiff apparently believes that maintaining the October trial date would encourage settlement of this case sooner, and (2) Plaintiff, apparently ignoring the facts relating to the recent birth of her child, asserts that it would not be unfair to have Ms. Almanzar subjected to a trial in Atlanta, GA, less than a week after the conclusion of the trial presently scheduled in this case in Santa Ana, CA.

Mr. Conlan's contact information is as follows:

Lawrence J. Conlan

**CAPPELLO & NOËL LLP**

831 State Street

Santa Barbara, CA 93101-3227

Telephone: (805)564-2444

Facsimile: (805)965-5950

Email: lconlan@cappellonoel.com

///

4

Brophy v. Almanzar, et al

DECLARATION OF ALAN G. DOWLING IN SUPPORT OF DEFS MOT TO AMEND SCHEDULING ORDER ETC

1    Executed at Santa Monica, California, on September 13, 2021.

2    I declare under penalty of perjury under the laws of the United States of

3 America and the State of California that the foregoing is true and correct.

           /s/ Alan G. Dowling
           ALAN G. DOWLING

5

Brophy v. Almanzar, et al      DECLARATION OF ALAN G. DOWLING IN SUPPORT OF DEFS MOT TO AMEND SCHEDULING ORDER ETC