Alan G. Dowling
(California Bar No. 70686)
Email: agdowling@aol.com
**ALAN G. DOWLING,**
**A PROFESSIONAL CORPORATION**
1043 Pacific Street, No. 1
Santa Monica, California 90405
Telephone: (818) 679-6395
Fax: (424) 238-5366
*Attorney for Defendants*

**DEFENDANT'S EXHIBIT C**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., an individual, <br><br> Plaintiff, <br><br> v. <br><br> BELCALIS ALMANZAR, aka Cardi B, an individual; KRS GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 8:17-cv-01885-CJC-JPR <br><br> Hon. Cormac J. Carney <br> U.S. District Judge <br><br> **DECLARATION OF DR. SETH PLANCHER, M.D., IN SUPPORT OF EX PARTE APPLICATION BY DEFENDANTS TO CONTINUE TRIAL AND PRETRIAL CONFERENCE DATES, AND RELATED DEADLINES** <br><br> Complaint filed: 10/26/17 <br> Pre-Trial Conf.: 10/8/21 <br> Trial Date: 10/26/21 |

I, Dr. Seth Plancher, M.D., declare:

1. I am the obstetrician-gynecologist for Belcalis Almanzar, a defendant in this action, and have served as such during her recent pregnancy. I conduct my practice with Garden City Obstetrics and Gynecology, P.C.,

1

Case 8:17-cv-01885-CJC-JPR Document 141-2 Filed 09/13/21 Page 2 of 5 Page ID
Case 1:19-cv-01301-WMR Document 172-3 Filed 11/08/21 Page 25 of 5 Page ID
#:5579

located in Garden City, NY. I have been Board Certified in obstetrics and gynecology since 1997 by the American Board of Obstetrics & Gynecology and have also served as an adjunct assistant professor in the Department of Obstetrics and Gynecology at NYU Long Island School of Medicine. I am a graduate of the Warren Alpert Medical School of Brown University and did my residency at Winthrop-University Hospital.

2. I submit this Declaration in support of the ex parte application by Defendants for a continuance of the trial and pretrial conference dates, and related deadlines, set forth in the Court's Order (Docket No. 140) dated September 8, 2021. (I am advised by Alan Dowling, counsel for the defendants in this action, that on September 8, 2021, the Court issued an order providing for a jury trial to commence, in Santa Ana, California, on October 26, 2021, with an estimated duration of approximately one week.) I know all matters of fact set forth herein to be true of my own personal knowledge, except those stated upon information and belief, and I believe those to be true. If called as a witness, I could and would testify competently hereto.

3. Ms. Almanzar gave birth to a son on September 4, 2021. She arranged for the child's birth to take place in New York, where she is presently located, so that she could be near, and have the support and assistance from, her immediate and extended families, as well as her physicians, during the period following her pregnancy and the birth of her son.

4. Ms. Almanzar is presently in what is generally termed the postpartum period—the period of days, weeks and months immediately following childbirth. The postpartum period can be divided into several distinct stages: the initial or acute phase in the first hours after childbirth; the subacute postpartum period, which lasts two to six weeks; and the delayed postpartum period, which can last up to eight months. In that context, Ms. Almanzar is

2

presently in her subacute postpartum period, and at the time of the trial in this action, as presently scheduled, in late October 2021, would likely just be transitioning from that phase into her the start of her delayed postpartum period.

5. In the subacute postpartum period, a large majority of women report at least one significant health problem. Long-term health problems (persisting after the delayed postpartum period) are reported by a significant number of women, as well. Included among the things that can occur to a mother during the subacute postpartum period are a significant risk of deep vein thrombosis (DVT), the formulation of one or more blood clots, most commonly in the legs or pelvis, which could result in a pulmonary embolism. For that reason, it is strongly advised to avoid prolonged periods of immobility, such as would result from extended air travel or having to remain seated for extended periods of time, for example in a courtroom during a trial. There are also risks of postpartum infections and urinary incontinence that could lead to long term complications, as well as inconvenience in the short term. The breast-feeding of Ms. Almanzar's newborn child will require frequent and sometimes time-consuming attention and may give rise to difficulties that need to be addressed. Maternal sleep is often disturbed by the newborn child's need to be fed every few hours, including during the night, which can in turn impact the mother's cognition, attention span, ability to stay awake and alert, and her moods (already affected by hormonal changes) during the daytime hours. Developments such as postpartum depression and stress disorder occur in a significant percentage of mothers of newborns. The American College of Obstetricians and Gynecologists, of which I am a Fellow, recognizes the postpartum period (sometimes referred to as the "fourth trimester") as critical for women and their infants, and recommends that all women have regular contact with their obstetrician, and their child's pediatrician, with special care as needed, at several points during the twelve weeks following childbirth, to address the

3

Case 8:17-cv-01885-CJC-JPR Document 141-2 Filed 09/13/21 Page 4 of 45 Page ID
Case 1:19-cv-01301-WMR Document 172-3 Filed 11/08/21 Page 4 of 5 Page ID
#:5581

mother's mood and emotional well-being, physical recovery after childbirth, infant feeding, preventive health care and maintenance, and the health and development of the child, among other things.

6. It is particularly important, during the subacute postpartum period, for the mother the remain in close proximity to the child, not only to address its needs but also to observe any potential problems that need to be addressed immediately.

7. The delayed postpartum period follows the subacute postpartum period and can last up to six months. A variety of childbirth complications such as fecal or urinary incontinence may resolve only slowly during this period, there are ongoing hormonal readjustments taking place within the mother's body, and long-term health problems are reported by approximately a third of women.

8. As much as I would advise against the mother of a newborn engaging in extended or stressful travel during the subacute post-partum period in particular, I would absolutely advise against subjecting a newborn child to the stress of long-distance air travel, not to mention the exposure to potential disease or infection from being in enclosed public spaces among strangers, and all the more so during the present extended and ongoing Covid-19 pandemic and the reported proliferation of certain pediatric respiratory diseases.

9. As Ms. Almanzar and her newborn child will be subject to all of the childbirth-related circumstances described above during the crucial period from now through the end of October, 2021 and very likely for a period of weeks (if not months) beyond then, I believe, for medical reasons, it would be highly inadvisable for them to undertake extensive travel (especially air travel) and to have to stay in a strange temporary environment far away from home, their physicians and their extended family. I likewise believe it would inadvisable, during that time, for Ms. Almanzar to be physically separated for long periods

4

from her newborn and subjected to the extraordinary physical, psychological and emotional stress of preparing for and participating in a lengthy federal court trial.

Executed at Garden City, NY, on September 13, 2021.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

_____
DR. SETH PLANCHER, M.D.

5