DocuSign Envelope ID: B4BC6EDF-5328-4150-AF2B-5DFC4895D24E

**Alan G. Dowling**
(California Bar No. 70686)
Email: agdowling@aol.com
**ALAN G. DOWLING,**
**A PROFESSIONAL CORPORATION**
1043 Pacific Street, No. 1
Santa Monica, California 90405
Telephone: (818) 679-6395
Fax: (424) 238-5366
*Attorney for Defendants*

**DEFENDANT'S EXHIBIT D**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>BELCALIS ALMANZAR, aka Cardi B, an individual; KRS GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01885-CJC-JPR<br><br>Hon. Cormac J. Carney<br>U.S. District Judge<br><br>**DECLARATION OF BELCALIS ALMANZAR IN SUPPORT OF EX PARTE APPLICATION BY DEFENDANTS TO CONTINUE TRIAL AND PRETRIAL CONFERENCE DATES, AND RELATED DEADLINES**<br><br>Complaint filed: 10/26/17<br>Pre-Trial Conf.: 10/8/21<br>Trial Date: 10/26/21 |

I, Belcalis Almazar, declare:

1. I am a Defendant in this action.

2. I submit this Declaration in support of the ex parte application by Defendants for a continuance of the trial and pretrial conference dates, and related

1 deadlines, set forth in the Court's Order (Docket No. 140) dated September 8, 2021. I know all matters of fact set forth herein to be true of my own personal knowledge, except those stated upon information and belief, and I believe those to be true. If called as a witness, I could and would testify competently hereto.

3. Just a few days ago, on September 4, 2021, in New York City, I gave birth to a son, my second child. I also have a three-year old daughter. With all respect, for medical reasons, I do not feel it will be appropriate, fair or reasonable for me to be required to travel from the East Coast to Southern California in mid to late October. It will be especially important for me to be with my newborn infant over the next two months. As I am and will be in the immediate post-natal period and nursing my newborn child, it would be extremely difficult and burdensome for me to have to be present for and participate in pretrial preparation, beginning in mid-October, and attendance at the trial, beginning in late October, in this case. The sheer burden of travelling across the country with my family (especially my infant children), under these circumstances, would be substantial and unreasonable, and should be avoided. Apart from that burden, the risk, to either me, or especially to my newborn son and my young daughter, of possibly contracting a variant of the COVID-19 coronavirus in the course of such travel, or by having to spend extended periods in (or moving about in) public places such as the courthouse generally, a public courtroom, and other public facilities such as airports or a hotel, is, I believe, unreasonably great.

4. In addition to this case, I have another trial presently scheduled to commence on November 9, 2021, in Atlanta, Georgia, where I maintain a residence with my family. (That trial date, already previously continued, was set on July 26, 2021. Since we were not given the opportunity to bring that to this Court's attention before the unanticipated issuance of the Order of September 8—prior to which nobody anticipated a trial date so soon in this case—we assume the

2

Brophy v. Almanzar, et al     DECLARATION OF BELCALIS ALMANZAR

Court was unaware of this and did not take it into account.) The Atlanta case is *Belcalis Marlenis Almanzar v. Latasha Transrina Kebe and Kebe Studios LLC*, United States District Court, Northern District of Georgia, Case No. 1:19-cv-01301-WMR. As the Plaintiff in that case, I have asserted claims for defamation, false light and intentional infliction of emotional distress. (Counterclaims against me were dismissed when the Court granted my motion for summary judgment.) I understand it is estimated that case will take a week to try, before a jury, and that it may have to trail for a few days before actually starting (though we will not know until then whether that comes to pass). That trial could therefore potentially run on into mid to late November. It would be extremely burdensome for me, in addition to attending to my newborn and recovering from recent childbirth, to have to participate in both trials back-to-back, on the two different coasts, first beginning with trial preparation in Southern California in mid-October, followed immediately by trial here from late October into early November, leaving almost no time then to travel to Atlanta and prepare for the trial there on its eve, with that trial commencing within a matter of a few days after this case.

5. I took part in the lengthy settlement conference via Zoom in this case on August 20, 2021. Although we were not able reach a settlement at that time, we all agreed to continue the negotiation at the earliest possible date, which (due to various participants' schedules) turned out to be October 15, 2021. We have all worked hard toward hopefully reaching a settlement, with the Magistrate Judge's assistance, and it would be a shame to lose that momentum. At the time of our recent settlement conference on August 20, we also made Magistrate Judge Rosenbluth aware that I was in the final weeks of my pregnancy. I believe that was taken into account by her, along with the schedules of everyone else involved, in setting the date for the next settlement conference as October 15, 2021.

3

Brophy v. Almanzar, et al                          DECLARATION OF BELCALIS ALMANZAR

Case 8:17-cv-01885-CJC-JDE Document 141-3 Filed 09/13/21 Page 4 of 4 Page ID
Case 1:19-cv-01301-WMR Document 172-4 Filed 11/08/21 Page 4 of 4
#:5577

1  Executed at New York, NY, on September 10, 2021.

2  I declare under penalty of perjury under the laws of the United States of
3  America and the State of New York that the foregoing is true and correct.

*Belcalis Marlenis Almánzar p/k/a "Cardi B"*

BELCALIS ALMANZAR

4

Brophy v. Almanzar, et al        DECLARATION OF BELCALIS ALMANZAR