


https://www.instagram.com/iamcardib/