

← Tweet

**iamcardib** ✓
@iamcardib

First, why didn't you say hi! Second, I'm licensed to do that sooo……..let me know.

🧑 **Kal Penn** ✓  @kalpenn · Nov 3
Cardi B was on my flight to LA. I fell asleep and had a dream that she officiated our wedding on the plane and the three of us walked out of LAX holding hands.

10:04 PM · Nov 3, 2021 · Twitter for iPhone

**4,696** Retweets   **232** Quote Tweets   **92.3K** Likes

https://twitter.com/iamcardib/status/1456079832178065412



DEFENDANT'S
EXHIBIT
tabbies _____