**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER FOR PRODUCTION OF
## CERTAIN OF PLAINTIFF'S MEDICAL RECORDS RELATING SOLELY
## TO THE HERPES AND HPV TESTING DONE AT UCLA

The matter of Plaintiff's medical records came before this Court at the Pretrial

Conference on November 9, 2021. Having considered argument by the Defendants,

and for good cause shown, THE COURT HEREBY ORDERS AS FOLLOWS:

TO:  Custodian of Medical Records
      Center for Women's Pelvic Health at UCLA
      Suite 140
      200 Medical Plaza
      Los Angeles, CA 90095

You are hereby authorized, directed, and ordered pursuant to the laws of

Georgia and applicable federal laws, including but not limited to the Health

Insurance Portability and Accountability Act (HIPAA), to produce the following

records:

1.  Any and all medical records within your possession related solely to the

    testing for Herpes and HPV for Belcalis Marlenis Almanzar, DOB:

    10/11/1992.

The records, specified above, shall be produced to this Court for an *in camera*

inspection as soon as possible.

IT IS SO ORDERED, this 22nd day of November, 2021.


WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE