IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR,<br><br>Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE,<br><br>Defendant. | CIVIL ACTION NO.<br>1:19-cv-01301-WMR |

## ORDER

On November 22, 2021, this Court ordered the Center for Women's Pelvic Health at UCLA to produce to the Court, for an *in camera* inspection, "[a]ny and all medical records within [its] possession related solely to the testing for Herpes and HPV for Belcalis Marlenis Almanzar, DOB: 10/11/1992." [Doc. 178.]

The Court has received and reviewed the records and finds that they are not helpful to Defendant. Accordingly, the Court will file the records under seal. At Plaintiff's request only, the Court will release the records to both sides to be used at trial. Otherwise, the records shall not be opened except with permission of the District Judge or the Court of Appeals.

**IT IS SO ORDERED**, this 8th day of December, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE