**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## RECERTIFICATION OF PUBLISHED AND UNPUBLISHED CONTENT

I, Sadeer Sabbak, certify to the best of my knowledge as follows:

1. I am one of the attorneys for Latasha Kebe, Defendant in the above-entitled action.

2. This Recertification is being provided in accordance with the Court's Order, dated February 3, 2021, on Plaintiff's Motion to Compel.

3. Defendant produced to Plaintiff all published and unpublished content between October 21, 2021and December 29, 2021, as required by this Court's Order.

I declare under penalty of perjury that this declaration is true and correct.

This 29th of December, 2021.

*/s/Sadeer Sabbak*
Sadeer Sabbak

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE, et all | * | |
| | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF DEFENDANT KEBE

I hereby certify that I electronically served upon Lisa Moore at lisa@themoorefirm.com, Andrew Pequignot at andrew@themoorefirm.com, Gary P. Adelman at g@adelmanmatz.com, and Sarah M. Matz at sarah@adelmanmatz.com the following: **Recertification of Published and Unpublished Content.**

Respectfully submitted this 29th day of December, 2021.

/s/Sadeer Sabbak
ssabbak@silawatl.com
Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 760
Roswell, Georgia 30076
p. (404) 793-7773
f. (678) 878-4911