# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-01301-WMR
### Almanzar v. Kebe et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/05/2022.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:45 P.M.         COURT REPORTER: Wynette Blathers
TIME IN COURT: 1:15                     DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Olga Izmaylova representing Kebe Studios LLC
                        Olga Izmaylova representing Latasha Transrina Kebe
                        Sarah Matz representing Belcalis Marlenis Almanzar
                        Lisa Moore representing Belcalis Marlenis Almanzar
                        William Pequignot representing Belcalis Marlenis Almanzar
                        Sadeer Sabbak representing Kebe Studios LLC
                        Sadeer Sabbak representing Latasha Transrina Kebe

PROCEEDING CATEGORY:    Pretrial Conference;

MINUTE TEXT:    The Court discussed the continued trial date and concerns regarding Covid-19. Attorneys are directed to report by 9:00 AM to Courtroom 2306 for jury selection on January 10, 2022.

HEARING STATUS:    Hearing Concluded