# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. |
|  | *   1:19-cv-01301-WMR |
| LATASHA TRANSRINA KEBE et al., | * |
| Defendants. | * |

## DEFENDANTS' OBJECTIONS TO DEPOSITION QUESTIONS OF LATASHA KEBE

| I. | NOVEMBER 19, 2020—DEPOSITION OF LATASHA KEBE | |
|---|---|---|
| | | **OBJECTIONS** |
| **1** | 009:24 – 020:07 | Relevance |
| **2** | 020:23 – 023:24 | Relevance; Confidential |
| **3** | 046:10 – 049:22 | Relevance |
| **4** | 049:23 – 051:03 | Relevance; Unfairly Prejudicial |
| **5** | 051:04 – 051:16 | Relevance |
| **6** | 051:17 – 056:03 | Relevance; Impermissible Character Evidence |
| **7** | 056:04 – 057:12 | Relevance; Impermissible Character Evidence |
| **8** | 057:13 – 060:09 | Relevance; Impermissible Character Evidence |

| | | |
|---|---|---|
| 9 | 060:09 – 061:15 | Relevance; Impermissible Character Evidence |
| 10 | 086:25 – 089:20 | Relevance |
| 11 | 089:20 – 101:20 | Relevance |
| 12 | 101:21– 110:04 | Relevance |
| 13 | 118:03 – 118:07 | Relevance |
| 14 | 120:09 – 140:11 | Relevance |
| 15 | 148:06 – 159:21 | Relevance |
| 16 | 159:24 – 160:19 | Relevance |
| 17 | 160:20 – 163:14 | Relevance |
| 18 | 163:15 – 186:06 | Relevance |
| 19 | 191:03 – 191:12 | Hearsay |
| 20 | 194:05 – 195:14 | Relevance |
| 21 | 199:16 – 202:05 | Relevance; Improper Character Evidence |
| 22 | 229:24 – 233:03 | Relevance |
| 23 | 238:24 – 240:21 | Relevance |
| 24 | 241:12 – 242:13 | Relevance |
| 25 | 242:17– 244:18 | Relevance |
| 26 | 254:13 – 256:03 | Relevance |
| 27 | 265:24 – 266:03 | Relevance |
| 28 | 276:21 – 278:05 | Relevance |
| 29 | 286:10– 290:08 | Relevance |

| | | |
|---|---|---|
| **II.** | **NOVEMBER 30, 2020—DEPOSITION OF LATASHA KEBE** | |
| | | **OBJECTIONS** |
| 1 | 020:08 – 033:04 | Relevance |
| 2 | 033:05 – 040:24 | Relevance |
| 3 | 040:14 – 041:11 | Relevance |
| 4 | 066:23 – 067:04 | Mischaracterization of Testimony |
| 5 | 096:07 – 099:09 | Relevance |
| 6 | 101:09 – 102:21 | Confusion; Waste of Time; Relevance |
| 7 | 119:17 – 120:07 | Relevance |
| 8 | 162:04 – 163:02 | Relevance |
| 9 | 167:16 – 168:15 | Asking Defendant whether she's seen medical records Plaintiff has marked confidential. |
| 10 | 175:13 – 176:23 | Relevance |
| 11 | 176:24– 188:12 | Relevance |
| 12 | 188:13– 192:02 | Relevance |
| 13 | 192:03 – 195:24 | Relevance |
| 14 | 197:06 – 200:06 | Relevance |
| 15 | 200:07 – 202:16 | Relevance |
| 16 | 215:05 – 217:04 | Relevance |
| 17 | 220:09 – 223:10 | Relevance |
| 18 | 225:11 – 228:11 | Relevance |
| 19 | 233:24 – 243:25 | Relevance |

| **20** | 244:05– 245:05 | Relevance |
|---|---|---|
| **21** | 245:06 – 245:16 | Relevance |
| **22** | 245:17 – 249:02 | Relevance |
| **23** | 249:10 – 250:01 | Relevance |
| **24** | 259:10 – 297:93 | Relevance |

Submitted this 8th day of January, 2022.

*/s/Sadeer Sabbak*
sabbak@silawatl.com
Georgia State Bar No. 918493

*Attorney for Defendants*

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 510
Roswell, Georgia 30076
p. (404) 793-7773
f. (770) 797-5887

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE, et all | * | |
| | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF DEFENDANT KEBE

I hereby certify that I electronically served upon Lisa Moore at lisa@themoorefirm.com, Andrew Pequignot at andrew@themoorefirm.com, Gary P. Adelman at g@adelmanmatz.com, and Sarah M. Matz at sarah@adelmanmatz.com the following: **Defendants' Objections to Deposition Questions of Latasha Kebe.**

Respectfully submitted this 9th day of January, 2022.

/s/Sadeer Sabbak
sabbak@silawatl.com
Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 510
Roswell, Georgia 30076
p. (404) 793-7773
f. (770) 797-5887