# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR, | * |
| Plaintiff, | * |
| v. | * Civil Action No. |
| | * 1:19-cv-01301-WMR |
| LATASHA TRANSRINA KEBE et al., | * |
| Defendants. | * |

## DEFENDANTS' OBJECTIONS TO DEPOSITION QUESTIONS OF CHEICKNA KEBE

| I. | NOVEMBER 29, 2020—DEPOSITION OF CHEICKNA KEBE | |
|---|---|---|
| | | **OBJECTIONS** |
| **1** | 024:03 – 025:02 | Relevance |
| **2** | 029:11– 032:05 | Relevance |
| **3** | 041:024– 042:08 | Relevance |
| **4** | 042:15 – 055:07 | Relevance; Impermissible Character Evidence; Unfair Prejudice; Confusion of the Issues |
| **5** | 055:13 – 055:07 | Relevance |
| **6** | 055:09– 062:21 | Relevance |
| **7** | 063:17– 063:23 | Relevance |

| 8 | 064:09– 070:02 | Relevance |
|---|---|---|
| 9 | 070:03– 080:21 | Relevance |
| 10 | 094:25 – 095:13 | Relevance |
| 11 | 098:08 – 099:10 | Relevance |
| 12 | 099:11 – 103:03 | Relevance |
| 13 | 123:03 – 123:09 | Relevance |
| 14 | 125:03 – 125:15 | Relevance |
| 15 | 129:03 – 129:08 | Relevance |
| 16 | 130:21 – 131:03 | Relevance |
| 17 | 134:20 – 137:04 | Relevance |
| 18 | 143:21 – 148:04 | Relevance |
| 19 | 150:16 – 152:14 | Relevance |
| 20 | 156:22 – 158:04 | Relevance |
| 21 | 164:20 – 164:24 | Relevance |
| 22 | 172:21 – 173:03 | Relevance |
| 23 | 176:25 – 178:07 | Relevance |
| 24 | 178:19 – 178:25 | Relevance |
| 25 | 179:11 – 181:08 | Relevance |

Submitted this 9th day of January, 2022.

*/s/Sadeer Sabbak*
sabbak@silawatl.com
Georgia State Bar No. 918493

*Attorney for Defendants*

2

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 510
Roswell, Georgia 30076
p. (404) 793-7773
f. (770) 797-5887

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE, et all | * | |
| | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF DEFENDANT KEBE

I hereby certify that I electronically served upon Lisa Moore at lisa@themoorefirm.com, Andrew Pequignot at andrew@themoorefirm.com, Gary P. Adelman at g@adelmanmatz.com, and Sarah M. Matz at sarah@adelmanmatz.com the following: **Defendants' Objections to Deposition Questions of Cheickna Kebe.**

Respectfully submitted this 9th day of January, 2022.

                                                  */s/Sadeer Sabbak*
                                                  sabbak@silawatl.com
                                                  Georgia State Bar No. 918493

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road, Suite 510
Roswell, Georgia 30076
p. (404) 793-7773
f. (770) 797-5887