# DEFENSE EXHIBIT LIST

| No. | Description | TENDER | OBJECT | ADMIT |
|---|---|---|---|---|
| 1. | KEBE 006: Cardi IG Live (with towel on her head) re: suing Kebe | | | |
| 2. | KEBE 016: Cardi IG Live where she raps part of her song "Press" | | | |
| 3. | KEBE 018: Picture of Cardi with cold sore on her lip | | | |
| 4. | KEBE 046: Kebe 9/2/18 YouTube video re: Cardi's MLK skit | | | |
| 5. | KEBE 050: Kebe 9/19/18 YouTube video of interview with Starmarie Jones | | | |
| 6. | KEBE 025: clip of Cardi on stage at Summer Jam yelling "we selling pussy" to the crowd | | | |
| 7. | KEBE 027: Kebe 4/23/19 YouTube video re: Cardi's attempt to mute black blogs | | | |
| 8. | KEBE 032: Kebe 12/18/18 YouTube video where Kebe addresses Cardi's intent to sue Kebe for defamation | | | |
| 9. | KEBE 035: Kebe 1/4/19 YouTube video where Kebe reads an email from Cardi's cousin | | | |
| 10. | CARDI VIDEO 043: Kebe 7/19/19 YouTube video where Kebe discusses Kulture's birthday party and one of Offset's exes showing up | | | |
| 11. | KEBE 051: Kebe 9/21/18 YouTube video re: proof that Starmarie wasn't lying in her interview | | | |
| 12. | KEBE 120-126: Copy of TPO Dennis Byron filed against Kebe in Virginia | | | |
| 13. | KEBE 127-136: Kebe TPO Application against Dennis Byron | | | |
| 14. | KEBE 137-140: Motion to Dismiss Byron's Virginia TPO | | | |
| 15. | KEBE 141-143: Emails re: dismissal of Byron's Virginia TPO | | | |
| 16. | KEBE 170: 4/10/19 email Kebe received from IG re: Dennis Byron reporting her account | | | |
| 17. | KEBE 173: 3/27/19 email Kebe received from IG re: Sarah Matz reporting her account | | | |
| 18. | KEBE 176: 4/11/19 email Kebe received from IG re: her account being disabled because of multiple reports | | | |
| 19. | KEBE 226: Kebe 9/18/20 YouTube video where Kebe jokes that Cardi has HPV | | | |
| 20. | KEBE 239: Kebe 11/8/19 YouTube video where Kebe mentions that Cardi was tweeting about her the night before | | | |
| 21. | KEBE 255: Kebe 12/30/19 YouTube video re: Offset contacting his ex-girlfriend Jade | | | |
| 22. | KEBE 257: Dennis Byron IG Live threatening Kebe | | | |
| 23. | KEBE 371: Screenshot showing that Cardi follows Lovelyti on IG | | | |
| 24. | KEBE 408: Kebe 1/9/19 Tweet re: going viral for R Kelly content | | | |
| 25. | KEBE 413: Screenshot of Cardi commenting on IG about | | | |

# DEFENSE EXHIBIT LIST

| No. | Description | TENDER | OBJECT | ADMIT |
|---|---|---|---|---|
|  | Kebe interviewing Starmarie |  |  |  |
| 26. | KEBE 414-419: Screenshots of IG DM conversation between Cardi and Kebe re: Starmarie story |  |  |  |
| 27. | KEBE 422: Kebe 3/29/19 Facebook post re: Dennis Byron stalking her |  |  |  |
| 28. | KEBE 518-522: 10/26/20 email from Cassidy Jones, stating that she is pregnant by Offset and providing receipts |  |  |  |
| 29. | KEBE 569-572: Kebe's tweets confirming that she didn't report the Offset pregnancy story as facts |  |  |  |
| 30. | KEBE 573: Kebe's tweet stating that the Offset pregnancy story was already reported by another blog |  |  |  |
| 31. | KEBE 618: Screenshot of Spotlight's comment on IG, confirming that they all worked with Starmarie and she punched Starmarie in the face |  |  |  |
| 32. | KEBE 619-620: Screenshot of DM between Kebe and Cardi's makeup artist, also confirming she knew Starmarie |  |  |  |
| 33. | KEBE 623: Video recording of Kebe texts with Kyle re: Kebe thinking Cardi is setting her up with a fake story |  |  |  |
| 34. | KEBE 683: Cardi strip club beer bottle video |  |  |  |
| 35. | KEBE 698: Video where Cardi refers to herself as a prostitute |  |  |  |
| 36. | KEBE 699: Cardi IG Live where she states that she's lived everything she raps about |  |  |  |
| 37. | KEBE 700: Clip from Cardi B's song Everything, where she raps about prostitution and drug use |  |  |  |
| 38. | KEBE 701: Cardi IG Live where she admits to knowing and protecting Starmarie at the strip club |  |  |  |
| 39. | KEBE 703: Cardi IG live re: using percocets |  |  |  |
| 40. | KEBE 704: Cardi video re: having tricks |  |  |  |
| 41. | KEBE 705: Screenshot of Offset Twitter post from 10/1/21 of Offset and Cardi having dinner in Paris |  |  |  |
| 42. | KEBE 706: Screenshot of Playboy IG post from 12/9/21 re: Cardi being their new creative director |  |  |  |
| 43. | KEBE 707: Screenshot of AMAs IG post from 11/2/21 re: Cardi hosting the AMAs on 11/21/21 |  |  |  |
| 44. | KEBE 708: Screenshot of Warner Chappell Music IG Post from 11/10/21re: Cardi signing with them |  |  |  |
| 45. | KEBE 709: Screenshot of AMAs IG post from 11/21/21 re: Cardi winning an award for "Up" being Favorite Hip-Hop Song |  |  |  |
| 46. | KEBE 710: Screenshot of AMAs IG post from 11/19/21 re: Cardi rolling out the red carpet for AMAs weekend |  |  |  |
| 47. | KEBE 711: Screenshot of Cardi Twitter post from 12/13/21 re: her becoming the first female rapper to earn three Diamond singles |  |  |  |

## DEFENSE EXHIBIT LIST

| No. | Description | TENDER | OBJECT | ADMIT |
|---|---|---|---|---|
| 48. | KEBE 712: Screenshot of Cardi IG post from 11/2/21 re: purchasing a house in NY | | | |
| 49. | KEBE 713: Screenshot taken on 12/28/21 of Cardi IG home page showing she has 120 million followers | | | |
| 50. | KEBE 714: Screenshot taken on 12/28/21 of Cardi Twitter home page showing she has 20.7 million followers | | | |
| 51. | KEBE 715: Screenshot taken on 12/28/21 of Cardi YouTube page showing she has 18 million subscribers | | | |
| 52. | KEBE 718: Cardi video of her, in an Uber, airing out her vagina so she doesn't get a yeast infection | | | |
| 53. | KEBE 719: Screenshot of Cardi IG from 11/30/21 re: her release of vodka whipped cream called Whipshots | | | |
| 54. | KEBE 720: Screenshot of Cardi IG post from 11/19/21 re: working with Halle Berry on the Bruised Soundtrack | | | |
| 55. | KEBE 721: Screenshot of Cardi IG post from 9/6/21 re: her son being born | | | |
| 56. | KEBE 722: Video of Cardi at Offset's birthday party on 12/21/21 | | | |
| 57. | KEBE 729: Video of Cardi referring to herself as a stripper hoe | | | |
| 58. | KEBE 730: Video of Cardi where she says "Imma always be a hoe" | | | |
| 59. | KEBE 731: Video of Cardi where she says "I'm a hoe" | | | |
| 60. | KEBE 732: Video of Cardi where she calls herself a "stripper hoe" | | | |
| 61. | KEBE 733: Video of Cardi where she advises women to retaliate by cheating if their man cheats | | | |
| 62. | KEBE 734: Video of Cardi commenting on how expensive a water bottle is and saying "it must have molly in it" | | | |
| 63. | KEBE 736: Video of Cardi where she discusses the 3 rules of dealing with a trick | | | |
| 64. | KEBE 737: Kebe IG Post re: Dennis Byron stalking her | | | |
| 65. | CARDI_000049: Kebe IG Post from 4/26/19 re: releasing the 2-hour call between her and Lovelyti | | | |
| 66. | CARDI_000057: Kebe IG Post from 9/24/18 re: 3 of Cardi's friends corroborating Star's story | | | |
| 67. | KEBE 738: Screenshot of name of video from Kebe YouTube page with Starmarie Jones interview | | | |
| 68. | KEBE 739: Kebe IG Post from 9/19/18 re: picture of Offset with cold sore on his lip | | | |
| 69. | KEBE 740: Screenshot of Kebe Tweet from 10/5/18 re: Cardi sending her fake stories to publish | | | |
| 70. | KEBE 741: Screenshot of Kebe Tweet from 12/19/19 re: Cardi B being one (#10) of her top 15 favorite artists | | | |

## DEFENSE EXHIBIT LIST

| No. | Description | TENDER | OBJECT | ADMIT |
|---|---|---|---|---|
| 71. | CARDI_000775-776: Executed HIPAA form for Cardi medical records from UCLA Health | | | |
| 72. | CARDI VIDEO 006: Recording of phone call between Kebe and Lovelyti that was posted on 4/23/19, but recorded about 6 months prior | | | |
| 73. | CARDI VIDEO 132: 4/24/20 video where Kebe is with her son, showing her followers why she can't work while her son is awake. Discusses Cardi briefly toward the end. | | | |
| 74. | CARDI VIDEO 085: Kebe 9/21/20 video where Kebe is frustrated and goes on a rant about why Cardi won't dismiss this lawsuit. | | | |
| 75. | KEBE 742: Screenshot of name of Kebe 9/2/18 YouTube video re: MLK skit | | | |
| 76. | KEBE 743: Screenshot of name of Kebe 9/21/18 YouTube video re: Starmarie receipts | | | |
| 77. | KEBE 744: Screenshot of name of Kebe 12/18/18 YouTube video re: responding to defamation lawsuit | | | |
| 78. | KEBE 745: Screenshot of name of Kebe 1/4/19 YouTube video re: Cardi's cousin being angry | | | |
| 79. | KEBE 746: Screenshot of name of Kebe 4/23/19 YouTube video re: Cardi muting black blogs | | | |
| 80. | KEBE 747: Screenshot of name of Kebe 7/19/19 YouTube video re: Offset's ex coming to Kulture's birthday party | | | |
| 81. | KEBE 748: Screenshot of name of Kebe 12/30/19 YouTube video re: Offset contacting his ex-girlfriend, Jade | | | |
| 82. | KEBE 749: Screenshot of name of Kebe 9/29/18 YouTube video re: Cardi confirming that she knew Starmarie | | | |
| 83. | KEBE 750: Screenshot of Kebe 4/23/19 video re: Cardi's rap song about how she used to make money | | | |
| 84. | CARDI_000227-228: Screenshot from clerk's office re: Kebe's TPO application against Dennis Byron | | | |
| 85. | CARDI VIDEO 008: Kebe video addressing Dennis Byron | | | |
| 86. | CARDI VIDEO 009: Kebe video addressing Dennis Byron threats toward her | | | |
| 87. | CARDI VIDEO 010: YouTube video of Kebe interview with Hey Frase | | | |
| 88. | CARDI VIDEO 038: Kebe addressing Dennis Byron, telling him to stop calling her husband | | | |
| 89. | Kebe 049: Kebe 9/18/18 video teaser of Starmarie interview with Kebe | | | |
| 90. | CARDI VIDEO 001: Kebe IG Live video from 9/18/18 where Kebe discusses people's reactions to Starmarie interview teaser and confirms that she believes Starmarie's story | | | |
| 91. | CARDI VIDEO 117: Kebe phone interview with Nique at | | | |

# DEFENSE EXHIBIT LIST

| No. | Description | TENDER | OBJECT | ADMIT |
|---|---|---|---|---|
|  | Nite, where Kebe discusses the credibility of Star's story |  |  |  |
| 92. | CARDI VIDEO 123: Kebe video re: Cardi will not control her channel; Cardi is a public figure who should be scrutinized |  |  |  |
| 93. | CARDI VIDEO 130: Kebe live video where she discusses how Cardi stressed Kebe out during Kebe's entire pregnancy |  |  |  |
| 94. | CARDI_000322: Kebe 9/20/18 Tweet that Kebe will be showing receipts that Cardi and Starmarie knew each other during her next YouTube Live |  |  |  |
| 95. | CARDI_000316: Cheick 9/20/18 email response to Damien Granderson re: Cease and Desist letter he sent to Kebe |  |  |  |
| 96. | CARDI_000403: Screenshot of text conversation between Johnny Lester (Dr. Blake's agent) and Lynda Burton (Cardi's agent) re: Dr. Blake's first therapeutic coaching session with Cardi on 11/3/18 |  |  |  |
| 97. | CARDI_000404: Screenshot of text conversation between Johnny Lester and Lynda Burton re: Dr. Blake's second therapeutic coaching session with Cardi on 11/4/18 |  |  |  |
| 98. | CARDI_000405: Screenshot of text Johnny Lester sent to Lynda Burton on 2/11/19 re: Cardi informing Dr. Blake that she will not be continuing with Dr. Blake's services |  |  |  |
| 99. | CARDI_000407-408: Dr. Blake's Therapeutic Coaching Summary re: coaching sessions with Cardi during the weekend of 11/1/2018; summary is dated 10/26/2020. |  |  |  |
| 100. | CARDI_000478: Kebe 12/18/18 Facebook Post showing a picture of Cardi with coldsore on lip and referring to her as Herpes B |  |  |  |
| 101. | CARDI_000488: Kebe 1/25/19 Tweet referring to Cardi as Herpes B |  |  |  |
| 102. | CARDI_000671: 10/30/18 Twitter post from Milli Vanilli B with Cardi's picture showing that she is having a breakout on her mouth, refers to the breakout as herpes |  |  |  |
| 103. | CARDI_000745-746: Dr. Blake's Psychological Treatment Summary, dated 12/3/20, re: two 1-hr individual therapeutic coaching sessions with Cardi on 11/19/20 & 11/23/20 |  |  |  |
| 104. | CARDI_000747-748: Dr. Blake invoice from 11/23/20 |  |  |  |
| 105. | CARDI_000749: Dr. Blake invoice from 11/19/20 |  |  |  |
| 106. | CARDI_000778: Screenshot of DM between Cardi and Remy Roja where Cardi says she wants to kill Kebe |  |  |  |
| 107. | CARDI_000787: 4/15/19 Invoice from Dennis Byron to Cardi for work on T.Kebe/StarMarie project |  |  |  |
| 108. | CARDI_000788: 5/13/19 Invoice from Dennis Byron to Cardi for work on T.Kebe/StarMarie project |  |  |  |
| 109. | CARDI_000789: 6/13/19 Invoice from Dennis Byron to Cardi for work on T.Kebe/StarMarie project |  |  |  |

## DEFENSE EXHIBIT LIST

| No. | Description | TENDER | OBJECT | ADMIT |
|---|---|---|---|---|
| 110. | CARDI_000790: 7/14/19 Invoice from Dennis Byron to Cardi for work on T.Kebe/StarMarie project | | | |
| 111. | CARDI-IN-CAMERA_000003: 4/13/19 text from Dennis Byron to Cardi re: filing Virginia TPO | | | |
| 112. | KEBE 751: 5/3/19 text from Dennis Byron to Cardi re: reporting Kebe video and getting it removed | | | |
| 113. | KEBE 752: 6/12/19 text from Dennis Byron to Cardi re: Kebe getting removed from Instagram | | | |
| 114. | KEBE 753-754: 6/17/19 text from Dennis Byron to Cardi with picture of him and Lovelyti saying the team is working | | | |
| 115. | KEBE 755: 7/14/19 & 7/15/19 texts from Dennis Byron to Cardi re: getting on a call to discuss strategy with Cardi's lawsuit against Kebe | | | |
| 116. | KEBE 756: 7/25/19 text from Dennis Byron to Cardi re: Kebe having her baby | | | |
| 117. | KEBE 757-758: 8/11/19 text from Dennis Byron to Cardi that it's time to bring out heavy guns against Kebe and crush her | | | |
| 118. | KEBE 759: 8/27/19 text from Dennis Byron to Cardi re: approving the invoice he sent that day | | | |
| 119. | KEBE 760-761: 8/29/19 text from Dennis Byron to Cardi re: missing her call | | | |
| 120. | KEBE 762: 10/16/19 text from Dennis Byron to Cardi re: Cardi being able to win the lawsuit against Kebe if she gets in a defensive posture | | | |
| 121. | KEBE 763: 11/2/19 text from Dennis Byron to Cardi that he made Kebe feel very uncomfortable with his efforts and Cardi needs to get on the offensive | | | |
| 122. | KEBE 764: 11/30/19 text from Dennis Byron to Cardi re: putting together a takedown of Kebe campaign | | | |
| 123. | KEBE 765: 2/2/20 text from Dennis Byron to Cardi thanking her for their talk the night before and their mutual goals | | | |
| 124. | CARDI-IN-CAMERA_000128-129: 3/28/19 message from Dennis Byron to Cardi that he is ready to sue Kebe and 4/4/19 message asking Cardi to share his post, which is a warning shot to Kebe | | | |
| 125. | Kebe 691-692: Screenshot with information re: the different types of services Dr. Blake offers | | | |