# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/10/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:20 P.M.
TIME IN COURT: 7:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Olga Izmaylova representing Kebe Studios LLC<br>Olga Izmaylova representing Latasha Transrina Kebe<br>Sarah Matz representing Belcalis Marlenis Almanzar<br>Lisa Moore representing Belcalis Marlenis Almanzar<br>William Pequignot representing Belcalis Marlenis Almanzar<br>Sadeer Sabbak representing Kebe Studios LLC<br>Sadeer Sabbak representing Latasha Transrina Kebe |
| PROCEEDING CATEGORY: | Voir Dire;Jury Selection |
| MINUTE TEXT: | The Court discussed pretrial matters, defendant's forthcoming motion to reconsider, and exhibit lists. Parties conducted voir dire. Potential jurors excused while the Court heard motions for cause. 10 jurors selected via silent strike. No Batson challenges. The Court will reconvene at 11:00 AM and jury trial will commence at 12:00 PM. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 1-11-2022 at 11:00 AM. Jurors excused until the above time under the usual caution of the Court. |