# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/11/2022.

TIME COURT COMMENCED: 11:20 A.M.
TIME COURT CONCLUDED: 5:20 P.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 5:20                                         DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Olga Izmaylova representing Kebe Studios LLC<br>Olga Izmaylova representing Latasha Transrina Kebe<br>Sarah Matz representing Belcalis Marlenis Almanzar<br>Lisa Moore representing Belcalis Marlenis Almanzar<br>William Pequignot representing Belcalis Marlenis Almanzar<br>Sadeer Sabbak representing Kebe Studios LLC<br>Sadeer Sabbak representing Latasha Transrina Kebe |
| PROCEEDING CATEGORY: | Jury Trial Began; |
| MINUTE TEXT: | The Court heard Defendant's motion for reconsideration on a motion in limine and DENIES the motion, ruling the demand letter is admissible because it is not a settlement offer. The jury was sworn and instructed. Counsel conducted opening arguments. Plaintiff called Defendant Latasha Kebe as their first witness. Plaintiff read stipulated facts into the record. Plaintiff's exhibits 532, 534, 314, 61, 517, 317, 312, 519, 535, 585, 524 admitted. |

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 1-12-2022. Jurors excused until 9:30 AM under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |