# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/12/2022.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 5:00 P.M.   COURT REPORTER: Wynette Blathers
TIME IN COURT: 06:25   DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Olga Izmaylova representing Kebe Studios LLC<br>Olga Izmaylova representing Latasha Transrina Kebe<br>Sarah Matz representing Belcalis Marlenis Almanzar<br>Lisa Moore representing Belcalis Marlenis Almanzar<br>William Pequignot representing Belcalis Marlenis Almanzar<br>Sadeer Sabbak representing Kebe Studios LLC |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Plaintiff's counsel resumed and finished her examination of Ms. Kebe. Plaintiff's Exhibits 606, 522, 276, 233, 943, 549, 264, 286, 853, 370, 250, 583, 946, 576, 525, 51, 592, 550, 651, 581, 887, 592, 320, 615, 649, 521, 579, 655, 236, 325, 269, 987, 999, 1000, 986 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 11/12/22. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |