# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/13/2022.

TIME COURT COMMENCED: 9:20 A.M.
TIME COURT CONCLUDED: 4:20 P.M.   COURT REPORTER: Wynette Blathers
TIME IN COURT: 6:00              DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Olga Izmaylova representing Kebe Studios LLC
Olga Izmaylova representing Latasha Transrina Kebe
Sarah Matz representing Belcalis Marlenis Almanzar
Lisa Moore representing Belcalis Marlenis Almanzar
William Pequignot representing Belcalis Marlenis Almanzar
Sadeer Sabbak representing Kebe Studios LLC
Sadeer Sabbak representing Latasha Transrina Kebe |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | The Court discussed a note, marked Court's Exhibit 1, received from a juror reporting another juror's comments made yesterday during a break. The Court decided to excuse the juror for failure to follow the Court's instructions. Jurors were individually advised of another juror's family member testing positive for Covid-19, but because this juror is vaccinated and has had limited contact with the family member, the Court is not dismissing her and each juror questioned affirmed their desire to proceed. Ms. Patricia Eidson was dismissed and the trial resumed. Plaintiff called Mr. Kebe to testify. Plaintiff called to testify; examined on cross and redirect. Plaintiff's exhibits 813, 834, 236, 1, 1018, 2, 1005, 1007, 1011, |

|  |  |
|---|---|
|  | 1013, 509, 247, 24, 45 and Defendants' exhibits 35, 37, 61, 57, 58, 60, 63, 6, 106 and a portion of exhibit 1 admitted. Trial will resume Tuesday, January 18. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 1/18/22. Jurors excused until 9:30 AM on 1/18/22 under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |