# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-01301-WMR
### Almanzar v. Kebe et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/18/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 3:35 P.M.      COURT REPORTER: Wynette Blathers
TIME IN COURT: 5:05                  DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Olga Izmaylova representing Kebe Studios LLC<br>Olga Izmaylova representing Latasha Transrina Kebe<br>Sarah Matz representing Belcalis Marlenis Almanzar<br>Lisa Moore representing Belcalis Marlenis Almanzar<br>William Pequignot representing Belcalis Marlenis Almanzar Sadeer<br>Sabbak representing Kebe Studios LLC |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Plaintiff called witness Dr. Sherry Blake. Plaintiff rests. Defendant calls Ms. Kebe to testify. Plaintiff's exhibit 46 and Defendants' exhibits 96, 97, 98, 99, 103 (as redacted), 24, 75, 67, 5, 52, and 76 admitted. Court's Exhibit 2 admitted. Defendant tendered video exhibit 11; Plaintiff objected and the Court recessed early, ordering Defendants to provide all photo and video exhibits to Plaintiff to review to ensure there is nothing that violates the pretrial order. Plaintiff is ordered to notify defense tonight if there are any objections. If there are disputes, the Court will reconvene with attorneys at 10:30 am. If not, the Court will begin at 11:30 am. Jurors will return at noon.<br>* Correction to last week's minutes - Plaintiff's Exhibit 615 also admitted. |

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 10:30 AM on 1/19/22. Jurors excused until 12:00 PM under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |