# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-01301-WMR
### Almanzar v. Kebe et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/19/2022.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 1:55 P.M.
TIME IN COURT: 3:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

ATTORNEY(S) PRESENT:
Olga Izmaylova representing Kebe Studios LLC
Olga Izmaylova representing Latasha Transrina Kebe
Sarah Matz representing Belcalis Marlenis Almanzar
Lisa Moore representing Belcalis Marlenis Almanzar
William Pequignot representing Belcalis Marlenis Almanzar
Sadeer Sabbak representing Kebe Studios LLC

PROCEEDING CATEGORY:
Jury Trial Continued;

MINUTE TEXT:
The Court discussed options with counsel for a juror who reported Covid-19 symptoms and ultimately decided to excuse the juror. Plaintiff's counsel argued its objections with portions of Defendant's video exhibits. The Court sustained Plaintiffs objections in part and overruled them in part. The Court will provide the jury with a limiting instruction on hearsay for certain evidence. The Court recessed early to allow Defendants to edit the videos as ruled upon in Court. Jurors were informed of the possible Covid-19 exposure and each affirmed in written notes to the Court that they wished to proceed.

HEARING STATUS:    Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 1/19/2022. Jurors excused until the above time under the usual caution of the Court.

TRIAL STATUS:    Evidence Entered, continued