# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/20/2022.

TIME COURT COMMENCED: 9:20 A.M.
TIME COURT CONCLUDED: 4:15 P.M.      COURT REPORTER: Wynette Blathers
TIME IN COURT: 5:55                   DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Olga Izmaylova representing Kebe Studios LLC<br>Olga Izmaylova representing Latasha Transrina Kebe<br>Sarah Matz representing Belcalis Marlenis Almanzar<br>Lisa Moore representing Belcalis Marlenis Almanzar<br>William Pequignot representing Belcalis Marlenis Almanzar<br>Sadeer Sabbak representing Kebe Studios LLC<br>Sadeer Sabbak representing Latasha Transrina Kebe |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Defense resumed examination of Ms. Kebe. Defendant's Exhibit 11, 77, 8, 34, 3, 68 admitted. Defendant moved an edited version of Plaintiff's 524, admitted as P524-A. A stipulated translation of Spanish dialogue from D-8 was read into the recorded. The Court will resume with Ms. Kebe's cross examination tomorrow. Attorneys are directed to return at 9:00 AM for the charge conference and the jurors will report at 10:30 AM. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 1/21/2022. Jurors excused until 10:30 AM under the usual caution of the Court. |

TRIAL STATUS:     Evidence Entered, continued

EXHIBIT STATUS:   Exhibits retained by the Court to be forwarded to the Clerk's Office.