# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/24/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:35 P.M.   COURT REPORTER: Wynette Blathers
TIME IN COURT: 3:35   DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Olga Izmaylova representing Kebe Studios LLC<br>Olga Izmaylova representing Latasha Transrina Kebe<br>Sarah Matz representing Belcalis Marlenis Almanzar<br>Lisa Moore representing Belcalis Marlenis Almanzar<br>William Pequignot representing Belcalis Marlenis Almanzar |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| PLEADINGS FILED IN COURT: | Jury Verdict Form |
| MINUTE TEXT: | Closing arguments. Jurors charged and began deliberations. Jury returned a verdict finding Defendant liable in the amount of $1.25 million. Verdict published and jury polled; no objections. The Court will resume tomorrow for the punitive damages and attorneys' fees and expenses portion. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 1/25/2022. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |