# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR,<br><br>Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>Defendants. | CIVIL ACTION NO.<br>1:19-cv-01301-WMR<br><br>FILED IN OPEN COURT<br>U.S.D.C. - Atlanta<br><br>JAN 2 4 2022<br><br>KEVIN P. WEIMER, Clerk<br>By: _____ Deputy Clerk |

## JURY VERDICT

### Claims

We, the Jury, make the following findings regarding the Defendants' liability for the Plaintiff's Defamation claim:

    As to Defendant Latasha Kebe:    ✓ Liable      ___ Not Liable

    As to Defendant Kebe Studios LLC:    ✓ Liable      ___ Not Liable

We, the Jury, make the following findings regarding the Defendants' liability for the Plaintiff's Invasion of Privacy – False Light claim:

    As to Defendant Latasha Kebe:    ✓ Liable      ___ Not Liable

    As to Defendant Kebe Studios LLC:    ✓ Liable      ___ Not Liable

We, the Jury, make the following findings regarding the Defendants' liability for the Plaintiff's Intentional Infliction of Emotional Distress claim:

    As to Defendant Latasha Kebe:    **✓** Liable    ___ Not Liable

    As to Defendant Kebe Studios LLC:    **✓** Liable    ___ Not Liable

## Damages

We, the Jury, find the Plaintiff ( **✓** has / ___ has not) proven, by a preponderance of the evidence, that she is entitled to recover damages.

We, the Jury, therefore award the Plaintiff damages in the following amount(s):

    $ __1,000,000__    in general damages (pain and suffering and/or reputational injury)

    $ __250,000__    in medical expenses

    $ __1,250,000__    Total

We, the Jury, make the following findings regarding joint and several liability:

    **✓** The Plaintiff has proven, by a preponderance of the evidence, that the Defendants are jointly and severally liable for the damages awarded, if any.

    ___ The Plaintiff has not proven, by a preponderance of the evidence, that the Defendants are jointly and severally liable for the damages awarded, if any, so we assign the following percentage of fault to each Defendant for causing the Plaintiff's damages, if any (with the total percentages equal to 100 percent):

    As to Defendant Latasha Kebe    _____ %

    As to Defendant Kebe Studios LLC    _____ %

2

4

**SO SAY WE ALL**, signed and dated, this 24 day of January, 2022.

_____Timothy J. Dorsey_____
Foreperson's Signature