UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>Defendants. | Case No. 1:19-cv-01301-WMR |

**ADDITIONAL STIPULATED FACTS**

Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendants Latasha Transrina Kebe ("Kebe") and Kebe Studios LLC ("Kebe Studios") (Kebe and Kebe Studios are collectively referred to as "Defendants"), by and through their undersigned counsel, respectfully submit these additional statements of fact that are agreed upon and may be admitted into evidence. Plaintiff and Defendants may each rely on and/or utilize any agreed upon fact set forth herein.

53.  The following is a true and correct transcription and translation of the words spoken by Plaintiff in the video that is depicted in Defendants' Exhibit 8 at or around the timecodes 4:41, 5:34, and 8:05:

> They don't have a life like it's just annoying it's frustrating like it's just like everything my n***a everything. They say I had a coldsore. Diablo Damn

[laughing]. These people are crazy they say whatever. They say any fucking dumb shit but I bet they won't take the time to go to YouTube and look up CardiB videos and see that my shit has been looking the same forever. I bet they won't go on Google and see that this I have a birthmark here all my life and how my lip always been brown around here. Like a lot of bitches my skin complexion.