# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br>　　　　　　　　Defendants. | Case No. 1:19-cv-01301-WMR |

## ADDITIONAL STIPULATED FACTS

Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") and Defendants Latasha Transrina Kebe ("Kebe") and Kebe Studios LLC ("Kebe Studios") (Kebe and Kebe Studios are collectively referred to as "Defendants"), by and through their undersigned counsel, respectfully submit these additional statements of fact that are agreed upon and may be admitted into evidence. Plaintiff and Defendants may each rely on and/or utilize any agreed upon fact set forth herein.

54.　Plaintiff's attorney fees and expenses in this action through January 25, 2022 are $1,338,753.47 and are reasonable.