# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01301-WMR
## Almanzar v. Kebe et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 01/25/2022.

TIME COURT COMMENCED: 9:45 A.M.
TIME COURT CONCLUDED: 12:40 P.M.       COURT REPORTER: Wynette Blathers
TIME IN COURT: 1:00                     DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Olga Izmaylova representing Kebe Studios LLC
Olga Izmaylova representing Latasha Transrina Kebe
Sarah Matz representing Belcalis Marlenis Almanzar
Lisa Moore representing Belcalis Marlenis Almanzar
William Pequignot representing Belcalis Marlenis Almanzar
Sadeer Sabbak representing Kebe Studios LLC
Sadeer Sabbak representing Latasha Transrina Kebe

PROCEEDING CATEGORY: Jury Trial Concluded

MINUTE TEXT: The parties presented a stipulation that was read into the record and waived opening arguments and statements. Each side presented a closing argument and then the jury was charged and began deliberation on the punitive and attorney fees and expense portion. The Court admitted a jury note and answer as Court's Exhibits 7-8. The jury returned with a verdict of $1.5 million in punitive damages and $1,338,753.47 in litigation expenses. The Court directed parties to file, within 30 days of today's date, briefings and proposed orders on the injunction issue. Parties stipulated to reduce the amount of medical expenses from $250,000 to $25,000.

HEARING STATUS: Hearing Concluded