IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR, <br><br> Plaintiff, <br><br> v. <br><br> LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:19-cv-01301-WMR <br><br> FILED IN OPEN COURT <br> U.S.D.C. - Atlanta <br><br> JAN 2 5 2022 <br><br> KEVIN P. WEIMER, Clerk <br> By: _____ Deputy Clerk |

## JURY VERDICT

### Punitive Damages

As to Plaintiff's claim for punitive damages, we, the Jury, award the following punitive damages:

As to Defendant Latasha Kebe, we assess the amount of $ _1,000,000_ as punitive damages, which is separate from any punitive damages against Defendant Kebe Studios LLC.

As to Defendant Kebe Studios LLC, we assess the amount of $ _500,000_ as punitive damages, which is separate from any punitive damages against Defendant Latasha Kebe.

## Litigation Expenses

As to Plaintiff's claim for litigation expenses, we award the amount of $ _1,338,753.47_ against _✓_ Defendant Latasha Kebe and/or _✓_ Defendant Kebe Studios, LLC.

**SO SAY WE ALL**, signed and dated, this _25_ day of January, 2022.

*Timothy J. Dorsey*
Foreperson's Signature