

887 West Marietta Street, Suite M-102
Atlanta, GA 30318

P 404.748.9596  E info@TheMooreFirm.com
F 404.565.2941  W TheMooreFirm.com

February 2, 2022

**<u>Via ECF</u>**

Ms. Jennifer Lee
Courtroom Deputy Clerk for Hon. William M. Ray, II
United States District Court for the Northern District of Georgia
2188 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive SW, Atlanta, GA 30303-3309

    Re:    *Almanzar v. Kebe*, No. 1:19-cv-1301-WMR

Dear Ms. Lee:

    Pursuant to Local Rule 83.1, I am writing to notify the Court that my law partner Andrew Pequignot and I will be on vacation and unavailable between March 4, 2022 and March 13, 2022. In addition, our co-counsel Sarah Matz will be unavailable between March 14, 2022 and March 18, 2022 to attend a conference. We respectfully request that hearings not be scheduled in this action during these periods of absence. Thank you for your attention to this matter.

    Respectfully submitted,

    /s/ Lisa F. Moore

    Lisa F. Moore
    Moore Pequignot LLC