IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Belcalis Marlenis Almanzar**, <br>    Plaintiff, <br><br>     v. <br><br><br> **Latasha Transrina Kebe** <br> *also known as* <br> Latasha Transrina Howard, <br> **Starmarie Ebony Jones** <br>    Defendants. | CIVIL ACTION FILE <br> NO. 1:19-cv-1301-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court **schedules** a hearing on injunctive relief to be conducted via **ZOOM VIDEO** on Friday, April 1, 2022 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** will be sent separately from the docket.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 17th day of February, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE