UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>                   Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br>                   Defendants. | Case No. 1:19-cv-01301-WMR |

## DECLARATION OF W. ANDREW PEQUIGNOT

I, W. Andrew Pequignot, make the following declaration:

1. I represent Plaintiff Belcalis Marlenis Almánzar in the above-captioned action. I am over the age of 18 and have personal knowledge of the facts stated herein.

2. Attached as Exhibit A is true and correct copy of a screenshot taken from Defendants' YouTube channel, which features a prior Tweet from the unWinewithTashaK Twitter account on November 8, 2021.

3. Attached as Exhibit B is a true and correct copy of a Tweet from the unWinewithTashaK Twitter account on January 26, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2022

/s/ W. Andrew Pequignot
W. Andrew Pequignot

# Exhibit A

3/2/22, 4:26 PM      nimbus screenshot app print

*screenshot-www.youtube.com-2022.03.02-16_26_04*
*https://www.youtube.com/channel/UCeh2lG0oUUMk8B6-l5ctB6w/community?lb=UgkxF3n0E7GIsjtM2PrYv7Na18s1nRMZJCwJ*
*02.03.2022*



# Exhibit B

3/3/22, 1:05 PM                                                                       nimbus screenshot app print

*screenshot-twitter.com-2022.03.03-13_05_34*
*https://twitter.com/unwinewithtasha/status/1486559991964512263*
*03.03.2022*

