# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## **DEFENDANTS' NOTICE OF APPEAL**

The above-named Defendants, Latasha Kebe and Kebe Studios LLC, appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on February 17, 2022.

Respectfully submitted this 17th day of March, 2022.

                                               */s/Olga Izmaylova*
                                               olga@silawatl.com
                                               Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.           *Attorney for the Defendants/Appellants*
1875 Old Alabama Road
Suite 510
Roswell, Georgia 30076
p. (404) 793-7773
f.  (770) 797-5887

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2022, I electronically filed the foregoing DEFENDANTS' NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

*/s/Olga Izmaylova*
olga@silawatl.com
Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road
Suite 510
Roswell, Georgia 30076
p. (404) 793-7773
f. (770) 797-5887