# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

March 18, 2022

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

**U.S.D.C. No.: 1:19-cv-1301-WMR**  
**U.S.C.A.** *No. 00-00000-00*  
***In re: Belcalis Marlenis Almanzar v. Latasha Transrina Kebe, et al.***

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Jury Verdict, Clerk's Judgment, and Docket Sheet appealed enclosed.** |
| ___ | This is not the first Notice of Appeal. |
| ___ | There is no transcript. |
| **X** | **The court reporters are Andy Ashley and Wynette Blathers.** |
| **X** | **There is sealed material in this case.** |
| ___ | Other: . |
| **X** | **Fee paid; Receipt Number AGANDC-11666101.** |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is Judge . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is William M. Ray, II.** |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

Kevin P. Weimer  
District Court Executive  
and Clerk of Court

By:   /s/ Ms. Carter  
Deputy Clerk

Enclosures