# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

June 3, 2022

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

**U.S.D.C. No.: 1:19-cv-1301-WMR**
**U.S.C.A. *No. 22-10871-AA***
***In re: Belcalis Marlenis Almanzar v. Latasha Transrina Kebe, et al.***

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

Certified copies of the Notice of Appeal, Order and Docket Sheet appealed enclosed.

___ This is not the first Notice of Appeal.

___ There is no transcript.

___ The court reporter is .

___ There is sealed material in this case.

**X** Other: 1 Envelope of Exhibits w/ pldg nos. 92, 99 and 115; 2 Envelopes of Sealed Pldgs w/ pldg nos. 174 and 180.

___ Fee paid; Receipt Number .

___ Appellant has been   leave to file *in forma pauperis*.

___ This is a bankruptcy appeal.   The Bankruptcy Judge is Judge .

___ The Magistrate Judge is .

___ The District Judge is .

___ This is a **DEATH PENALTY** appeal.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:  /s/ **Ms. Carter**
     Deputy Clerk

Enclosures