

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

June 3, 2022

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

**U.S.D.C. No.: 1:19-cv-1301-WMR**
**U.S.C.A. No. 22-10871-AA**
*In re: Belcalis Marlenis Almanzar v. Latasha Transrina Kebe, et al.*

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

Certified copies of the Notice of Appeal, Order and Docket Sheet appealed enclosed.

_____  This is not the first Notice of Appeal.

_____  There is no transcript.

_____  The court reporter is .

_____  There is sealed material in this case.

__X__  **Other: 1 Envelope of Exhibits w/ pldg nos. 92, 99 and 115; 2 Envelopes of Sealed Pldgs w/ pldg nos. 174 and 180.**

_____  Fee paid; Receipt Number .

_____  Appellant has been   leave to file *in forma pauperis*.

_____  This is a bankruptcy appeal.   The Bankruptcy Judge is Judge .

_____  The Magistrate Judge is .

_____  The District Judge is .

_____  This is a **DEATH PENALTY** appeal.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:   /s/ Ms. Carter
Deputy Clerk

Enclosures