UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>     Plaintiff,<br><br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>     Defendants. | Case No. 1:19-cv-01301-WMR |

**ORDER GRANTING**
**PLAINTIFF'S CONSENT MOTION TO AMEND**
**JURISDICTIONAL ALLEGATIONS PURSUANT TO 28 U.S.C. § 1653**

Pursuant to 28 U.S.C. § 1653, IT IS ORDERED that the jurisdictional allegations made by Plaintiff in Paragraph 4 of her operative Second Amended Complaint (ECF No. 69) are amended as follows:

**Current Paragraph 4**: "Upon information and belief, Kebe Studios is a Georgia limited liability company with a principal office address of 3614 Janna Lane SW, Marietta, Georgia 30008."

**Amended Paragraph 4**: "Upon information and belief, Kebe Studios is a Georgia limited liability company with a principal office address of 3614 Janna Lane SW, Marietta, Georgia 30008. The only members of Kebe Studios are Kebe and her husband Cheickna Kebe. At all times during the pendency of this action, Kebe and her husband Cheickna Kebe have been citizens and residents of the State of Georgia."

Defendants have consented to the aforementioned amendment and have admitted the truth of the allegations in the Amended Paragraph 4.

Dated: July 18th, 2022

*William M. Ray II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE