# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BELCALIS MARLENIS ALMANZAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | 1:19-cv-01301-WMR |
| | * | |
| LATASHA TRANSRINA KEBE et al., | * | |
| | * | |
| Defendants. | * | |

## **DEFENDANTS' NOTICE OF APPEAL**

The above-named Defendants, Latasha Kebe and Kebe Studios LLC, appeal to the United States Court of Appeals for the Eleventh Circuit from the final amended judgment entered on July 19, 2022.

Respectfully submitted this 29th day of July, 2022.

                                                        */s/Olga Izmaylova*
                                                        olga@silawatl.com
                                                        Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.         *Attorney for the Defendants/Appellants*
1875 Old Alabama Road
Suite 510
Roswell, Georgia 30076
p. (404) 793-7773
f.  (770) 797-5887

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2022, I electronically filed the foregoing DEFENDANTS' NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

>                                  */s/Olga Izmaylova*
>                                  olga@silawatl.com
>                                  Georgia State Bar No. 666858

SABBAK & IZMAYLOVA, P.C.
1875 Old Alabama Road
Suite 510
Roswell, Georgia 30076
p. (404) 793-7773
f.  (770) 797-5887