### UNITED STATES DISTRICT COURT

#### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
  AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

July 29, 2022

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia     30303

> **U.S.D.C. No.: 1:19-cv-1301-WMR**
> **U.S.C.A. *No. 00-00000-00***
> ***In re: Belcalis Marlenis Almanzar v. Latasha Transrina Kebe, et al.***

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Amended Clerk's Judgment, and Docket Sheet appealed enclosed.** |
| **X** | **This is not the first Notice of Appeal.** |
| | There is no transcript. |
| **X** | **The court reporter is Wynette Blathers.** |
| | There is sealed material in this case. |
| | Other: . |
| **X** | **Fee paid; Receipt Number AGANDC-11961750.** |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is Judge . |
| | The Magistrate Judge is Judge . |
| **X** | **The District Judge is William M. Ray, II** |
| | This is a **DEATH PENALTY** appeal. |

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:   /s/ Ms. Carter
Deputy Clerk

Enclosures