IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> LATASHA TRANSRINA KEBE ) <br> and KEBE STUDIOS LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO. 1:19-cv-01301-WMR |

## NOTICE OF APPEARANCE

**COMES NOW,** Daniel T. Seelos and C. Joseph Hoffman of the law firm Kitchens Kelley Gaynes, P.C., who hereby enter their appearance as counsel on behalf of Plaintiff Belcalis Marlenis Almanzar, and respectfully request receipt of all future notifications, pleadings, motions, and court notice in the above case.

Respectfully submitted this 1st day of September, 2022.

                                        **KITCHENS KELLEY GAYNES, P.C.**
                                        By:

                                        /s/ *Daniel T. Seelos*
                                        Daniel T. Seelos
                                        Georgia Bar No. 235211
                                        C. Joseph Hoffman
                                        Georgia Bar No. 984961
                                        *Attorneys Plaintiff*

Glenridge Highlands One - Suite 800
5555 Glenridge Connector
Atlanta, GA 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
dseelos@kkgpc.com
jhoffman@kkgpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a copy of the following **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will electronically serve a copy on all counsel of record

This 1st day of September, 2022.

        **KITCHENS KELLEY GAYNES, P.C.**
        By:

        /s/ *Daniel T. Seelos*
        Daniel T. Seelos
        Georgia Bar No. 235211
        *Attorney for Plaintiff*

Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, Georgia 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: dseelos@kkgpc.com