# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR, | * |
| Plaintiff, | * |
| v. | *  Civil Action No. |
| | *  1:19-cv-01301-WMR |
| LATASHA TRANSRINA KEBE et al., | * |
| Defendants. | * |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY PENDING APPEAL

Having considered Defendants' Motion for Stay Pending Appeal, Fed. R. Civ. P. 62(f), O.C.G.A. § 9-12-80, and O.C.G.A. § 5-6-46(a), and for good cause shown, IT IS HEREBY ORDERED THAT the Court's July 19, 2022, Amended Judgment (ECF No. 241) be, and is hereby, stayed during the pendency of Defendants' appeal taken pursuant to a Notice of Appeal dated July 29, 2022 (ECF No. 242).

SO ORDERED, this _____ day of _____, 20__.

_____
Honorable William M. Ray, II
United States District Judge

1