# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMANZAR,<br><br>                    Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>                    Defendants. | Case No. 1:19-cv-01301-WMR |

## PLAINTIFF'S MOTION FOR A SUPERSEDEAS BOND

To the extent necessary, as set forth in the brief filed concurrently with this motion (ECF No. 252), Plaintiff Belcalis Marlenis Almanzar respectfully submits this motion for a supersedeas bond.

Dated: September 16, 2022        Respectfully submitted,

/s/ W. Andrew Pequignot
Lisa F. Moore (Bar No. 419633)
W. Andrew Pequignot (Bar No. 424546)
MOORE PEQUIGNOT LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia 30318
Telephone: (404) 748-9596
Email: lisa@themoorefirm.com
Email: andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)

> Gary P. Adelman (admitted *pro hac vice*)
> ADELMAN MATZ P.C.
> 1173A Second Avenue, Suite 153
> New York, New York 10065
> Telephone: (646) 650-2207
> Email: sarah@adelmanmatz.com
> Email: g@adelmanmatz.com
>
> Daniel T. Seelos
> KITCHENS KELLEY GAYNES, P.C.
> Glenridge Highlands One
> 5555 Glenridge Connector, Suite 800
> Atlanta, Georgia 30342
> Telephone: (404) 467-2287
> Email: dseelos@kkgpc.com
>
> *Attorneys for Plaintiff*

## **CERTIFICATION AS TO FONT**

In accordance with Local Rule 7.1(D), the undersigned certifies that the foregoing document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(C).

Dated: September 16, 2022

> /s/ W. Andrew Pequignot
> W. Andrew Pequignot

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>               Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>               Defendants. | Case No. 1:19-cv-01301-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically filed the foregoing PLAINTIFF'S MOTION FOR A SUPERSEDEAS BOND with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

                                          /s/ W. Andrew Pequignot
                                          W. Andrew Pequignot