**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

BELCALIS MARLENIS ALMANZAR,

                Plaintiff,

    v.

LATASHA TRANSRINA KEBE and KEBE
STUDIOS LLC,

                Defendants.

Case No. 1:19-cv-01301-WMR

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR A SUPERSEDEAS BOND**

It is hereby ORDERED that Plaintiff's Motion for a Supersedeas Bond is

GRANTED. Pursuant to Rule 62 of the Federal Rules of Civil Procedure and

Georgia law, Plaintiff must post a supersedeas bond in the amount of

$3,863,753.47 to stay execution of the Amended Judgment.

Dated: _____, 2022

_____
Honorable William M. Ray, II
UNITED STATES DISTRICT JUDGE