**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 06 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 06, 2022

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: **22-10871-AA**
Case Style: Belcalis Marlenis Almanzar v. Latasha Transrina Kebe, et al
District Court Docket No: 1:19-cv-01301-WMR

The following record materials in the referenced case are returned herewith:

One Folder of Exhibits and One Folder of SEALED Exhibits.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller
Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC