**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BELCALIS MARLENIS ALMÁNZAR,<br><br>      Plaintiff,<br>v.<br><br>LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC,<br><br>      Defendants. | Case No. 1:19-cv-01301-WMR |

## NOTICE OF REFILING DOCUMENT

The Clerk has informed counsel for Plaintiff Belcalis Marlenis Almánzar ("Plaintiff") that Document 92-7 (Exhibit H to Plaintiff's Motion for Summary Judgment) cannot be viewed on the Electronic Case Filing system and needs to be refiled. Accordingly, please take notice that Plaintiff is refiling this document.

Dated: December 6, 2022    Respectfully submitted,

               /s/ W. Andrew Pequignot
               Lisa F. Moore (Bar No. 419633)
               W. Andrew Pequignot (Bar No. 424546)
               MOORE PEQUIGNOT LLC
               887 West Marietta Street, Suite M-102
               Atlanta, Georgia 30318
               (404) 748-9596 (telephone)
               lisa@themoorefirm.com
               andrew@themoorefirm.com

Sarah M. Matz (admitted *pro hac vice*)
Gary P. Adelman (admitted *pro hac vice*)
ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
(646) 650-2207 (telephone)
sarah@adelmanmatz.com
g@adelmanmatz.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2022, I electronically filed the foregoing NOTICE OF REFILING DOCUMENT with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all of the attorneys of record.

/s/ W. Andrew Pequignot
W. Andrew Pequignot
