# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

April 19, 2023

Clerk - Northern District of Georgia  
Richard B. Russell Bldg & US Courthouse  
2211 UNITED STATES COURTHOUSE  
75 TED TURNER DR SW  
STE 2211  
ATLANTA, GA 30303-3309

Appeal Number: 22-12512-DD  
Case Style: Belcalis Almanzar v. Latasha Kebe, et al  
District Court Docket No: 1:19-cv-01301-WMR

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

General Information:              404-335-6100    Attorney Admissions: 404-335-6122  
New / Before Briefing Cases:      404-335-6135    Capital Cases:       404-335-6200  
Cases in Briefing / After Opinion: 404-335-6130   CM/ECF Help Desk:    404-335-6125  
Cases Set for Oral Argument:      404-335-6141

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 22-12512

_____

BELCALIS MARLENIS ALMANZAR,

                    Plaintiff-Counter Defendant- Appellee,

*versus*

LATASHA TRANSRINA KEBE,
a.k.a. Latasha Transrina Howard,

                    Defendant-Counter Claimant- Appellant,

STARMARIE EBONY JONES,

                    Defendant,

KEBE STUDIOS LLC,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-01301-WMR

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 21, 2023

For the Court: DAVID J. SMITH, Clerk of Court