Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

**WRIT OF EXECUTION**

Belcalis Marlenis Almanzar v. Latasha Transrina Kebe and Kebe Studios LLC
Civil Action No. 1:19-cv-01301-WMR
Daniel T. Seelos, counsel for Plaintiff

# United States District Court

**DISTRICT:** NORTHERN DISTRICT OF GEORGIA

**TO THE MARSHAL OF:** THE NORTHERN DISTRICT OF GEORGIA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME:** LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT:** $2,363,753.47 principal against both Defendants, jointly and severally, plus $1,000,000.00 principal against only Defendant Latasha Kebe and $500,000.00 principal against only Defendant Kebe Studios LLC.

and

in the United States District Court for the **NORTHERN DISTRICT** District of **GEORGIA**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

LATASHA TRANSRINA KEBE and KEBE STUDIOS LLC

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

**PLACE:** U.S. DISTRICT COURTHOUSE
**CITY:** ATLANTA, GA
**DISTRICT:** NORTHERN DISTRICT OF GEORGIA
**DATE:**

Witness the Honorable **William M. Ray, II**
(United States Judge)

**DATE:**
**CLERK OF COURT:** KEVIN P. WEIMER
**(BY) DEPUTY CLERK:**

**RETURN**

**DATE RECEIVED:**
**DATE OF EXECUTION OF WRIT:**

This writ was received and executed.

**U.S. MARSHAL:**
**(BY) DEPUTY MARSHAL:**