UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BELCALIS MARLENIS ALMANZAR,                    CASE NO. 1:19-cv-01301-WMR

        Plaintiff,

v.

LATASHA TRANSRINA KEBE a/k/a
LATASHA TRANSRINGA HOWARD
and STARMARIE EBONY JONES,

        Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

LATASHA TRANSRINA KEBE, by and through undersigned attorney, hereby files this Suggestion of Bankruptcy in the above captioned matter and in support thereof states as follows:

1. On May 25, 2023, the Debtor filed a Voluntary Petition for relief pursuant to Title 11, of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, Bankruptcy Case No.: 23-14082-SMG.

2. A copy of the Notice of Bankruptcy Filing is attached.

3. That pursuant to the Bankruptcy Code, 11 U.S.C. §362, the above-styled case is stayed, unless this matter falls within one of the exceptions from the automatic stay.

4. *This suggestion of bankruptcy is for notice purposes only and does not constitute an appearance by the undersigned in this case.*

WHEREFORE, Debtor respectfully suggest that pursuant to 11 U.S.C. 362 that all proceedings in this case should be stayed pending further Order of the Bankruptcy Court, and for whatever relief, this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May 2023 a true and correct copy of this Suggestion of Bankruptcy was sent to all electronically registered parties in the matter, and such other emails as are designated for this matter in the matter.

Dated: May 25, 2023.  **VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By:/s/   **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500

United States Bankruptcy Court
Southern District of Florida

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/25/2023 at 3:28 PM and filed on 05/25/2023.

**Latasha Transrina Kebe**
300 SE 2nd St
#600
Fort Lauderdale, FL 33301-1950
SSN / ITIN: xxx-xx-8909

The case was filed by the debtor's attorney:

**Chad T Van Horn**
500 NE 4 St #200
Ft Lauderdale, FL 33301
954-765-3166

The case was assigned case number 23-14082-SMG to Judge Scott M Grossman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Joseph Falzone
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/25/2023 15:49:34 | | | |
| **PACER Login:** | cvhlaw10 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-14082-SMG |

| Billable Pages: | 1 | Cost: | 0.10 |